1  DERGOSITS & NOAH LLP
   Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
2  Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
   Four Embarcadero Center, Suite 1450
3  San Francisco, California 94111
   Telephone: (415) 705-6377
4  Facsimile: (415) 705-6383

5  Attorneys for Plaintiff MMJK, Inc.

6  GREENBERG TRAURIG, LLP
   Matthew Steinberg (SBN 82969) (steinbergm@gtlaw.com)
7  Raymond B. Kim (SBN 162756) (kimr@gtlaw.com)
   Steve P. Hassid (SBN 219913) (hassids@gtlaw.com)
8  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
9  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800

10

   Attorneys for Defendant Ultimate Blackjack Tour, Inc.
11

12
                    UNITED STATES DISTRICT COURT
13
                THE NORTHERN DISTRICT OF CALIFORNIA
14

15
   MMJK, Inc.                              Case No. C 3:07-cv-03236-BZ
16
                      Plaintiff,
17                                          **JOINT MOTION TO EXTEND TIME
                                            TO ANSWER COMPLAINT**
18 v.

19 Ultimate Blackjack Tour, Inc.,          JUDGE:  Hon. Bernard Zimmerman

20                    Defendant.

21

22

23

24

25

26

27

28
                                   1

*LA 126852889v1 102741010300*

1    Plaintiff MMJK, Inc.("Plaintiff") and Defendant Ultimate Blackjack Tour, Inc.

2  ("Defendant") by and through their respective attorneys, hereby stipulate and agree as

3  follows:

4    1.    On June 19, 2007 Plaintiff filed its Complaint against Defendant in the

5  Northern District of California.

6    2.    Counsel for Defendant was recently retained.  Defendant has requested,

7  and Plaintiff has agreed, to a 21 day extension of time for Defendant to answer the

8  Complaint.  The parties have not entered into any other stipulations.

9    5.    In accordance with Local Rule 7-12 of the Northern District of California,

10  the parties respectfully request that the time by which Defendant must answer the

11  Complaint be extended twenty one (21) days, until July 30, 2007.

12

13  Dated: July _6, 2007                    DERGOSITS & NOAH LLP

14                                          By:  s/Todd A. Noah
                                                 Attorneys for Plaintiff
15                                               MMJK, Inc.

16

17

18  Dated: July _6, 2007                    GREENBERG TRAURIG, LLP

19

20                                          By: s/Steve P. Hassid
                                                Attorneys for Defendant
21                                              Ultimate Blackjack Tour, Inc.

22

23

24

25

26

27
                                     2
28                        JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT

## ATTESTATION CLAUSE

I, Raymond B. Kim, am the ECF User whose ID and password are being used to file this **JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT**.  In compliance with General Order 45, X.B., I hereby attest that Matthew S. Steinberg has concurred in this filing.


Dated:  July 6, 2007

GREENBERG TRAURIG, LLP


BY:  _____/s/_____
Raymond B. Kim
Attorneys for Defendant Ultimate
Blackjack Tour, Inc.


## CERTIFICATE OF SERVICE

I, hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:  (415) 705-6377
Facsimile:  (415) 705-6383


Dated:  July 6, 2007

GREENBERG TRAURIG, LLP


BY:  _____/s/_____
Raymond B. Kim
Attorneys for Defendant Ultimate
Blackjack Tour, Inc.

JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT

LA 126852889v1 102741010300