DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorneys for Plaintiff MMJK, Inc.

GREENBERG TRAURIG, LLP
Matthew Steinberg (SBN 82969) (steinbergm@gtlaw.com)
Steve P. Hassid (SBN 219913) (hassids@gtlaw.com)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant Ultimate Blackjack Tour, Inc.

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, Inc.<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ultimate Blackjack Tour, Inc.<br>　　　　Defendant. | Case No. C 3:07-cv-03236-BZ<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>JUDGE: Hon. Bernard Zimmerman |

1

[PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT

LA 126856010v1 102741010300

## [PROPOSED] ORDER

Whereas Plaintiff MMJK, Inc.("Plaintiff") and Defendant Ultimate Blackjack Tour, Inc. ("Defendant") by and through their respective attorneys, have filed a stipulation agreeing as follows:

1. On June 19, 2007 Plaintiff filed its Complaint against Defendant in the Northern District of California.

2. Counsel for Defendant was recently retained. Defendant has requested, and Plaintiff has agreed, to a 21 day extension of time for Defendant to answer the Complaint. The parties have not entered into any other stipulations.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The time by which Defendant must answer the Complaint is extended twenty one (21) days, until July 30, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July ____, 2007

_____
Hon. Bernard Zimmerman
United States District Judge

*Presented By:*

GREENBERG TRAURIG, LLP

By: s/Steve P. Hassid
Steve P. Hassid
Attorneys for Defendant
Ultimate Blackjack Tour, Inc.

2
[PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT

# ATTESTATION CLAUSE

I, Raymond B. Kim, am the ECF User whose ID and password are being used to file this **[PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT**. In compliance with General Order 45, X.B., I hereby attest that Matthew S. Steinberg has concurred in this filing.

Dated: July 6, 2007                                    GREENBERG TRAURIG, LLP

                                                       BY: _____/s/_____
                                                       Raymond B. Kim
                                                       Attorneys for Defendant Ultimate
                                                       Blackjack Tour, Inc.

# CERTIFICATE OF SERVICE

I, hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Dated: July 6, 2007                                    GREENBERG TRAURIG, LLP

                                                       BY: _____/s/_____
                                                       Raymond B. Kim
                                                       Attorneys for Defendant Ultimate
                                                       Blackjack Tour, Inc.

LA 126856010v1 102741010300