TODD A. NOAH (SBN 152328)
PAUL K. TOMITA (SBN 188096)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail: tnoah@dergnoah.com
         ptomita@dergnoah.com

Attorneys for Plaintiff MMJK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, INC.<br><br>         Plaintiff,<br><br>vs.<br><br>ULTIMATE BLACKJACK TOUR, LLC | Case No. C 07 03236 BZ<br><br>**DECLARATION OF TODD A. NOAH IN SUPPORT OF PLAINTIFF MMJK, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Todd A. Noah, declare under penalty of perjury that the following is true and correct:

1.      I am a member of the law firm Dergosits & Noah LLP counsel of record for plaintiff MMJK, Inc. I submit this declaration in support of MMJK's motion for preliminary injunction. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit A is a true and correct copy of U.S. Patent No. 7,094,154.

3.      Attached as Exhibit B is a true and correct copy of pages from defendant Ultimate Blackjack Tour, LLC's Web sites www.playubt.com and www.clububt.com.

4.      Attached as Exhibit C is a true and correct copy of a page from defendant Ultimate

-1-

1  Blackjack Tour, LLC's Web site www.playubt.com.

Executed this 11th day of July, 2007, at San Francisco, California.

                                                      */s/ Todd A. Noah*
                                                         Todd A. Noah

DECLARATION OF TODD A. NOAH IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION
Case No. C 07 03236 BZ