# EXHIBIT B



A computer implemented method of allowing a plurality of players to play a game over a computer network





managers, agents and directors, for any and all claims, losses, liability, damages and costs (including attorneys' fees and expenses) arising from such use.

2. Site Use
   1. CLUBUBT.COM reserves the right, in its sole discretion, at any time and without notice to you, to add, alter or discontinue services offered on the Site without creating any obligation to you.

3. Services May Change or End.
   1. When using the services on the Site, you agree that you are subject to any guidelines, policies or contest rules applicable to such services, which may be posted from time to time. All such guidelines, policies or contest rules are hereby incorporated by reference into these terms. You fully accept that all computer instructions and responses sent over the Internet to and from CLUBUBT.COM and/or through use of software will be binding on you. Your commercial use of the Site or any of the online contests is strictly forbidden. See **General Rules of the games offered**.

4. You Must Obey Guidelines and Rules.

5. Telecom and Access Fees.
   1. You are solely responsible for obtaining access to the Site and that access may involve third party fees, including without limitation, Internet service provider, telephone, cable or airtime fees. You are solely responsible for those fees, including those fees associated with the display or delivery of advertisements. In addition, you must provide and are solely responsible for all equipment necessary to access the Site.

6. Odds, Risk and Fair Play

    [hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time] →

   1. You acknowledge and agree that the tournament sweepstakes are skill based contests that measure your ability to play poker and blackjack and manage risk against the skills of others and that you are not likely to profit from this entertainment endeavor.

7. Cheating.
   1. You acknowledge and agree that you shall not cheat, attempt to cheat, or otherwise interrupt or attempt to interrupt the operations of the Site or any particular Site service or contest. If CLUBUBT.COM believes in its sole discretion that you have engaged, or attempted to engage, in any act to cheat, use automated technology or otherwise unfairly alter your likelihood of winning, or to otherwise commit fraud with regard to the Site, then, in such an event, you will forfeit all prizes or winnings to which you may otherwise be entitled, and CLUBUBT.COM reserves the right to institute civil or file criminal proceedings against you and to report you to the relevant regulatory authorities.

    [wherein the non-subscription player is limited to one entry per tournament;] →

   2. You shall not register multiple accounts or use any automated technology, including but not limited to robots, scripts, macros, and/or programs, LAN play, or engaging in team play on any CLUBUBT.COM web site, including but not limited to the Site. You acknowledge and understand that any attempt to participate in any service offered on any CLUBUBT.COM Site by means of automatic, macro, programmed, or similar methods, or to otherwise commit fraud with regard to any CLUBUBT.COM Site, will result in civil and/or criminal prosecution, termination of your account, and forfeiture of all winnings to which you may otherwise be entitled.

8. Behavior & Responsibility
   1. You agree not to reproduce, duplicate, copy, sell, resell or exploit any portion of any Site or use of any portion of the Site for any commercial purposes.
   2. You shall accept and abide by the contest rules set forth on the contest rules web page, to be amended from time to time by CLUBUBT.COM in the sole discretion of CLUBUBT.COM.
   3. You agree that CLUBUBT.COM is not liable for any loss caused by any unauthorized use of your credit card by a third party in connection with any CLUBUBT.COM Site or any third party site.
   4. Any attempt to defraud any CLUBUBT.COM site through the use of credit cards or any other form of payment, regardless of the outcome, or any failure by you to honor charges or requests for payment will result in immediate termination of your account, forfeiture of any winnings to which you are otherwise entitled, and civil and/or criminal prosecution.
   5. You agree that CLUBUBT.COM is not, and shall not be, responsible for any damage, loss, or injury resulting from hacking, tampering, or other unauthorized access or use of any CLUBUBT.COM site or your account.
   6. You, as the holder of your account, are solely responsible for all obligations and are entitled to all benefits there from, and may not allow any other person to access your

-3-



### HOW TO PLAY ELIMINATION BLACKJACK

If you like blackjack, and you like poker, you'll love Elimination Blackjack tournaments, because EBJ tournaments combine the traditional elements of blackjack and the strategies and competition of poker with a couple of exciting twists.

First there are the Elimination Hands. Whether you're a novice or a tournament pro, the elimination format is simple. It's a 30-hand tournament, during which the player with the lowest chip stack on hands 8, 16, and 25 is eliminated; in this type of blackjack, betting strategy is critical. Second, there's the Secret Bet, which gives players the option vital to the game of poker—the option to bluff. Following are the rules for Elimination Blackjack tournaments.

- In preliminary tournament rounds, each player starts with $25,000 in play chips, which is also the maximum bet. The minimum bet is $500. At the final table, each player starts with $100,000 in play chips, which is also the maximum bet. The minimum bet for the final table is $1,000.

  [callout: the tournament consisting of at least one game round, each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined,]

- Action starts on the button and rotates clockwise every hand.

- Each player has 25 seconds to make a decision. The timer will start to count down when you only have ten seconds left to act. On Elimination Hands, players have 45 seconds to make a decision.

- Hands 8, 16, and 25 are Elimination Hands, at the end of which the player with the least amount of chips is eliminated.



paid even money on the hand. Insurance pays 2-1 and the player may take insurance for up to one-half the original bet.

To split, the player must have an equal or greater amount of chips (relative to the original bet) to split. Each player has the option of placing one Secret Bet per tournament round. The player may use the Secret Bet for the wagering portion of a hand. The player may also choose secret insurance and double-down wagers or secret surrender and stand actions.

If the player uses the Secret Bet only on the playing portion of a hand, after placing a bet in the open, it will constitute the full use of the option and that player will not be allowed further Secret Bets during the play of that round.

At the conclusion of any hand, if a player's total chips are less than the table-minimum wager, that player will be eliminated from the tournament.

Each Elimination Hand must result in one player being eliminated at the conclusion of the hand, regardless of whether another player was eliminated on a previous hand or directly prior to an Elimination Hand for not having enough chips to make the minimum bet. The eliminated player will be the one with the lowest amount of chips when the hand is completed.

For multi-table tournament, the number of players advancing will be posted in the lower left of the table. The button indicates the first player to act, and moves clockwise around the table, one player each hand. In tournaments when two players get eliminated in the same hand, the player who started the hand with the most chips gets the higher finish and awarded the corresponding prize pool for that placement. If the players began the hand with the same amount of chips, they will tie and the prize pools will be combined and equally distributed. (For example, if two people who started a hand with the same number of chips are

[callout: each game round potentially eliminating one or more participant players]

-5-



iii. $50 Cash poker and Elimination Blackjack tournaments will have a maximum of 100 players, and 50 Tournament Points are required to buy in to (participate in) it. Cash will be awarded for each $50 Cash Tournament as follows:

| Place | Prize |
|---|---|
| 1 | $25 Cash |
| 2 | $15 Cash |
| 3 | $10 Cash |

iv. $100 Cash poker and Elimination Blackjack tournaments will have a maximum of 200 players, and 100 Tournament Points are required to buy in to (participate in) it. Cash will be awarded for each $100 Cash Tournament as follows:

| Place | Prize |
|---|---|
| 1 | $50 Cash |
| 2 | $25 Cash |
| 3 | $15 Cash |
| 4 | $10 Cash |

v. $200 Cash poker and Elimination Blackjack tournaments will have a maximum of 200 players, and 200 Tournament Points are required to buy in to (participate in) it. Cash will be awarded for each $200 Cash Tournament as follows:

| Place | Prize |
|---|---|
| 1 | $75 Cash |
| 2 | $50 Cash |
| 3 | $25 Cash |
| 4 | $20 Cash |
| 5 | $20 Cash |
| 6 | $10 Cash |

vi. $500 Cash poker tournaments will have a maximum of 200 players, and 400 Tournament Points are required to buy in to (participate in) it. Cash will be awarded for each $500 Cash poker Tournament as follows:

| Place | Prize |
|---|---|
| 1 | $150 Cash |
| 2 | $100 Cash |
| 3 | $75 Cash |
| 4 | $50 Cash |
| 5 | $40 Cash |
| 6 | $25 Cash |
| 7 | $20 Cash |
| 8 | $20 Cash |
| 9 | $20 Cash |

vii. $500 Cash Elimination Blackjack tournaments will have a maximum of 200 players, and 400 Tournament Points are required to buy in to (participate in) it. Cash will be awarded for each $500 Cash Elimination Blackjack Tournament as follows:

| Place | Prize |
|---|---|
| 1 | $150 Cash |
| 2 | $100 Cash |
| 3 | $75 Cash |
| 4 | $75 Cash |
| 5 | $50 Cash |
| 6 | $50 Cash |

viii. $1,000 Cash poker tournaments will have a maximum of 200 players, and 750 Tournament Points are required to buy in to (participate in) it. Cash will be awarded for each $1,000 Cash poker Tournament as follows:

| Place | Prize |
|---|---|
| 1 | $250 Cash |

each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined





In the pre-flop betting round, the player in third position has only three choices. Because a blind wager has already been made, the player can do any of the following:

**1. Fold**
If the third player folds, he is out of the hand permanently and cannot participate again until the next deal of the cards (when, because of the way the button moves around the board, he will be the big blind).

**2. Call**
Call by matching the size of the big blind; or

**3. Raise**
How much the player can raise depends on whether the game is Limit, Pot-Limit, or No-Limit. For sake of discussion, we will assume the game played in our sample hand is No-Limit Texas Hold'em poker with $25 and $50 blinds, which means it's a "$25-$50 no-limit game." If he calls, he places $50 in the pot. If he raises, he places at least $100 in the pot, and as much as he wants to, up to the full amount of money he has at the table.

The action continues in clockwise fashion around the table, with each player in turn having the option to fold, call, or raise. If the third or another player has raised, the player who acts after the raiser must now decide whether he wishes to call the amount, or raise. There is no limit on the number of raises per round.

Let us assume that the third player does indeed raise to $100, and that everyone else folds until the button, who calls for $100. Now, the player in the small blind must decide if he is going to call for $75, or raise (because he already has $25 in the pot). If he calls, the big blind must decide if he is going to call for $50, or raise. If no one has

Club UBT Poker Rules

wherein each player is required to make playing choices throughout the game;



- player starts with $100,000 in play chips, which is also the maximum bet. The minimum bet for the final table is $1,000.
- Action starts on the button and rotates clockwise every hand.
- Each player has 25 seconds to make a decision. The timer will start to count down when you only have ten seconds left to act. On Elimination Hands, players have 45 seconds to make a decision.
- Hands 8, 16, and 25 are Elimination Hands, at the end of which the player with the least amount of chips is eliminated.
- Each player has one Secret Bet that he can use at any time during the round.
- Once you've placed your Secret Bet, you can disguise every other decision made for the rest of that particular hand (Secret Actions), except hitting and splitting.
- Whoever has the most play chips at the end of hand 30 wins.
- Players may double down on any original two cards or on the first two cards after splitting a pair. Doubling is allowed up to the full amount of the wager and players are allowed to double for less.
- Players may split two original cards of the same value, including tens of any type (e.g., a king and a queen). Split pairs may be resplit up to three times (to make a total of four hands), except for aces, which may not be split again.

back to top

Club UBT Blackjack Rules

wherein each player is required to make playing choices throughout the game;

-9-





-11-