# EXHIBIT B



ClubUBT - Terms of Service and License Agreement - Microsoft Internet Explorer

Address: http://www.playubt.com/_htmls/game/terms_conditions.html

1.B. CLUBUBT.COM reserves the right to change the fees or billing methods at any time. Notice of any change will be posted on CLUBUBT.COM at least thirty (30) days in advance of the change. You are responsible for reviewing the billing requirements of CLUBUBT.COM to obtain timely notice of such changes. Continued use by you of the Service thirty (30) days after posting of the changes on CLUBUBT.COM constitutes acceptance of such changes. If you decide to cancel your Club membership, which you can do at anytime up to five (5) days before the next billing period without being billed for the next period, CLUBUBT.COM will not refund any fees accrued to your Account before you canceled. CLUBUBT.COM will not prorate fees for any membership.

1.C. You Do Not Need to Join the Club to participate in tournaments. Alternative means of tournament entry. OFFLINE, NO-PURCHASE-NECESSARY, METHOD OF ENTRY: As an alternate means of entry into Club Tournaments, a player must:

1. Register at CLUBUBT.COM as a free player and download and install the software; and
2. For each seven day period that you want to participate in Club Tournaments, send a 3 inch x 5 inch card on which the player has legibly handwritten their CLUBUBT Username, First and Last Name, Complete Mailing Address (e.g. Street, City, State, ZIP code), Email Address, and Date of Birth. The card must be placed in a #10 envelope, and mailed to PO Box 30488 Las Vegas Nevada 89173.
3. No photocopies, reproductions or facsimiles of the 3 inch x 5 inch card are allowed.
4. The usage of a service to provide the production of the 3 inch x 5 inch card will not be allowed.
5. The Player will be given 1 week of Membership access to Club Tournaments.
   1. The week will begin on the Monday following the day the mail-in entry is processed.
6. Approved mail-in entries will receive 100 Tournament Points.
   1. If a player had a previous balance of Tournament Points he/she will not have access to the previous balance during the week.
   2. Player will be able to win and accumulate Tournament Points for the duration of the week.
   3. At the end of the week, the Tournament Points accumulated will not remain with the Player's account
7. CLUBUBT.COM will post a listing of all upcoming tournaments in the game lobby.
8. CLUBUBT.COM shall not be responsible for late, lost, illegible, incomplete, stolen, misdirected, mutilated or postage-due mail. CLUBUBT.COM will advise you of your eligibility dates by email
9. The odds of winning any prize will be the same by mail in entry as by online membership in the Club. The odds of qualifying through a qualifying tournament will be the same by mail in entry as by online membership in the Club, and all participants entering through this means will be accorded equal opportunities to participate and win in events held at CLUBUBT.COM, and will depend on the number of entrants.

ligibility
ubject To State and Local Laws.

1. You are subject to the laws of the country, state, city or other legal entity (collectively "Jurisdiction") in which you reside and/ from which you access the Site. Access to the Site may not be legal for some jurisdictions or for all residents of, or persons present in, certain Jurisdictions. CLUBUBT.COM has installed filtering systems designed ton limit access from known ineligible jurisdictions. It is your responsibility to comply with law in your jurisdictions. CLUBUBT.COM does not make any representation or warranty, express or implied, as to the lawfulness of your participation in the tournament sweepstakes, or that materials on this Site are appropriate for use in your use. The information contained herein does not constitute an offer, solicitation or invitation by CLUBUBT.COM for the use of any service in any Jurisdiction in which such activities are prohibited or restricted. CLUBUBT.COM further reserves the right to require you to provide proof that you are eligible to participate and win prizes in the Club Tournament sweepstakes prior to payment of any winnings or prizes. CLUBUBT.COM also reserves the right, in its sole and absolute discretion, to refuse service and access to any potential participant.

means for allowing a non-subscription player to participate in the tournament without payment of the fee
distributing a fixed number of tokens to each player participating in the tournament for betting in the tournament, the fixed number not dependent upon any consideration provided by the player;



ClubUBT - ELIMINATION BLACKJACK AND POKER TOURNAMENTS ONLINE - WIN CASH AND PRIZES - LEGAL IN U - Microsoft Internet Explorer
http://www.clububt.com/index.html
ClubUBT.com
THE FUTURE OF ONLINE TOURNAMENT PLAY
Join Now! Click Here
HOME
GET STARTED
CLUB MEMBERSHIP
EBJ TOURNAMENTS
POKER TOURNAMENTS
FAQ
CONTACT US
Win over $100,000 in Cash & Prizes Every Month
LEARN MORE >
WIN CASH & PRIZES
1000+ TOURNAMENTS
THAT'S NOT ALL!
JOIN THE CLUB
YES! I WANT TO TRY FOR FREE!
I WANT TO WIN CASH & PRIZES!
DOWNLOAD HERE!
Be a part of the future
ONLY THE ULTIMATE BLACKJACK TOUR COULD CREATE THE HOTTEST POKER & BLACKJACK CLUB IN THE WORLD
ONLY CLUB UBT GIVES YOU over 1,000 tournaments every month where you can win cash, plasma TVs, vacations, jewelry and more and never risk a penny. (Is this cool or what?) Plus, you get extras like discounts at hotels and restaurants in Las Vegas, subscriptions to All In magazine and the Las Vegas Advisor, and tons more.
ALL THIS FOR JUST $19.95 A MONTH (OR LESS)!
CLICK HERE TO TRY IT FOR TWO WEEKS FREE DOWNLOAD NOW!
Annie Duke - Anthony Curtis - Antonio Esfandiari - "Hollywood" Dave Stann - David "Devilfish" Ulliott - Freddie Deeb - Jennifer Tilly - Johnny Chan - Ken Einiger - Layne Flack - Monica Reeves - Phil Hellmuth - Phil "The Unabomber" Laak - Robert Williamson III - TEAM UBT
THINK YOU CAN SHOW THEM A THING OR TWO ABOUT EBJ?
PLAY NOW
PRIVACY POLICY | SOFTWARE TERMS AND CONDITIONS |
TOURNAMENT OPTIONS
GENERAL GAME RULES | TOURNAMENT PRIZE STRUCTURE
Ultimate Blackjack Tour, LLC. All Rights Reserved.
means for allowing a non-subscription player to participate in the tournament without payment of the fee



ClubUBT - Terms of Service and License Agreement - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.playubt.com/_htmls/game/terms_conditions.html

and are solely responsible for all equipment necessary to access the Site.

4. Odds, Risk and Fair Play.
   1. You acknowledge and agree that the tournament sweepstakes are skill based contests that measure your ability to play poker and blackjack and manage risk against the skills of others and that you are not likely to profit from this entertainment endeavor.
5. Cheating.
   1. You acknowledge and agree that you shall not cheat, attempt to cheat, or otherwise interrupt or attempt to interrupt the operations of the Site or any particular Site service or contest. If CLUBUBT.COM believes in its sole discretion that you have engaged, or attempted to engage, in any act to cheat, use automated technology or otherwise unfairly alter your likelihood of winning, or to otherwise commit fraud with regard to the Site, then, in such an event, you will forfeit all prizes or winnings to which you may otherwise be entitled, and CLUBUBT.COM reserves the right to institute civil or file criminal proceedings against you and to report you to the relevant regulatory authorities.
6. Behavior & Responsibility
   1. You agree not to reproduce, duplicate, copy, sell, resell or exploit any portion of any Site or use of any portion of the Site for any commercial purposes.
   2. You shall not register multiple accounts or use any automated technology, including but not limited to robots, scripts, macros, and/or programs, LAN play, or engaging in team play on any CLUBUBT.COM web site, including but not limited to the Site. You acknowledge and understand that any attempt to participate in any service offered on any CLUBUBT.COM Site by means of automatic, macro, programmed, or similar methods, or to otherwise commit fraud with regard to any CLUBUBT.COM Site, will result in civil and/or criminal prosecution, termination of your account, and forfeiture of all winnings to which you may otherwise be entitled.
   3. You shall accept and abide by the contest rules set forth on the contest rules web page, to be amended from time to time by CLUBUBT.COM in the sole discretion of CLUBUBT.COM.
   4. You agree that CLUBUBT.COM is not liable for any loss caused by any unauthorized use of your credit card by a third party in connection with any CLUBUBT.COM Site or any third party site.
   5. Any attempt to defraud any CLUBUBT.COM site through the use of credit cards or any other form of payment, regardless of the outcome, or any failure by you to honor charges or requests for payment will result in immediate termination of your account, forfeiture of any winnings to which you are otherwise entitled, and civil and/or criminal prosecution.
   6. You agree that CLUBUBT.COM is not, and shall not be, responsible for any damage, loss, or injury resulting from hacking, tampering, or other unauthorized access or use of any CLUBUBT.COM site or your account.
   7. You, as the holder of your account, are solely responsible for all obligations and are entitled to all benefits there from, and may not allow any other person to access your account, access any CLUBUBT.COM site, accept any winnings, or participate in any services using your account information. Your account is not transferable to any other person. By registering and/or participating in any services offered on the CLUBUBT.COM site, you agree to indemnify, defend, and hold CLUBUBT.COM harmless from or for any claims, liability, damages, and/or costs (including attorneys' fees) arising from any use of your account by any person.
   8. You agree to never transmit data, conversation, or any other information that may be (i) be defamatory or offensive, (ii) slanderous, (iii) rude, (iv) infringe the rights of any third party, (v) provide information regarding playing contests on the Site, or (vi) deemed generally unacceptable behavior in the sole discretion of CLUBUBT.COM.
7. Computer Errors.
   1. You acknowledge that full freedom from errors and incompleteness is impossible to achieve with respect to computer software. If you become aware that the software contains any error, or is incomplete, you shall immediately notify CLUBUBT.COM by e-mail at members@theclubservices.com. You agree to refrain from taking any advantage whatsoever of that error or incompleteness and CLUBUBT.COM reserves the right to recover any such advantage that you do gain from such error or incompleteness, as well as all associated costs, damages and expenses in making such recovery. CLUBUBT.COM will not be liable for any alleged winnings that are, in CLUBUBT.COM's sole discretion, the result of a system error or malfunction.

wherein the non-subscription player is limited to one entry per tournament;

ClubUBT - Terms of Service and License Agreement - Microsoft Internet Explorer
http://www.playubt.com/_htmls/game/terms_conditions.html
disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament.

1. Prize Substitution

ClubUBT reserves the right to provide substitute prizes or cash value in the event that the vendor or ClubUBT is unable to meet reasonable delivery requirements or in the event than a tournament winner is located outside the continental United States. **See general list of tournament prizes.**

1. Delivery Time

Unless otherwise specified, merchandise will ship within 30 days of the date the prize is claimed by the winning player and eligilibity is verified. All goods are shipped F.O.B. Origin, and accordingly the Site takes no responsibility for any damage incurred during shipping. In certain specifically disclosed merchandise tournaments, the Site may choose to bear the cost of shipping within the continental U.S., although the Site is under no obligation to do so.

1. Merchandise Prize Warranties

In the case of merchandise covered by a manufacturer's warranty, the manufacturer and not the Site is responsible for defects, subsequent use or misuse or covered repairs. In the case of merchandise not covered by a manufacturer's warranty, the merchandise is offered "as is", and the Site is not responsible for any defects, use or misuse or repairs. The Site makes no representations or warranties with respect to the authenticity or genuineness of any merchandise prizes, particularly collectible prizes.

1. Travel Prizes

Prizes involving travel and tourism will be from a specified list of cities. Any player who wins such a prize and wishes to depart from a city not on the specified list will be required to provide his or her own transportation to one of the specified cities. Information required to make the reservations for a travel prize, including the names and ages of all travelers, departure city, and, if applicable, choice of travel dates, must be provided within one week of the initial request for such information, or the prize may be voided. The Site is not responsible for any damage, injury or other liability incurred in connection with any travel or tourism, nor is the Site responsible for any cancellation, postponement, rescheduling or quality control issues with respect to fulfillment by the third-party travel or tourism providers.

1. Taxes
   1. United States Federal Tax Regulations requires that you complete and return form W9 and that we issue you a form 1099 at the end of each calendar year if you have won prizes of $600.00 or more in the calendar year. . However, you remain solely responsible for paying all federal and other taxes in accordance with the laws that apply in your state, province, and/or country of residence.
   2. As with our cash prize tournaments, users are responsible for applicable income taxes for merchandise prizes. Either the Manufacturer's Suggested Retail Price, or Site acquisition price, at our discretion, will be used as the cash value of the merchandise prize

1. Registration
   1. Continuing Duty and Affirmation. Each time you use the Site, you represent and warrant to CLUBUBT.COM that:
      1. you are at least eighteen (18) years of age, or the legal age to participate in a tournament sweepstakes in the applicable Jurisdiction, whichever is higher;
      2. your access to the Site, your participation in tournament sweepstakes, and CLUBUBT.COM's offering and operating the tournament sweepstakes are legal in your applicable Jurisdiction;
      3. the e-mail address submitted by you is owned or controlled by you; and
      4. all information you provide is true, accurate, current and complete. All such representations and warranties are relied upon by CLUBUBT.COM.
   2. By applying for registration, you authorize CLUBUBT.COM to make any and all inquiries as



ClubUBT - ELIMINATION BLACKJACK AND POKER TOURNAMENTS ONLINE - WIN CASH AND PRIZES - LEGAL IN U - Microsoft Internet Explorer
http://www.clububt.com/download.html
ClubUBT.com
1. DOWNLOAD & INSTALL
CLICK HERE TO DOWNLOAD
Select either 'Run' or 'Save' and follow the instructions. Once the software installation is complete, the software will automatically open and prompt you to log-in or create a new account.
2. CREATE A NEW ACCOUNT
remember password
LOG IN
OBSERVE
FORGOT MY PASSWORD
CREATE NEW ACCOUNT
In the login window, click the 'Create New Account' button at the bottom and follow the 3 easy steps. Remember to take advantage of the FREE TRIAL offer if you are new to the Club. Next time you open ClubUBT, this same screen will appear prompting you to log in.
3. LET'S PLAY!
WELCOME!
Start playing!
SUCCESSFULLY SUBSCRIBED!
Once logged into ClubUBT, explore your Club Membership privileges or play in an Elimination Blackjack or Poker tournament. It's just that easy.
MINIMUM SYSTEM REQUIREMENTS
Windows 95/98/2000/ME/NT/XP/Vista
Pentium 200MMX CPU / 32MB+ of RAM (more recommended)
20MB of available disk space
Download the free plug-in for Flash 8 or higher
Macintosh System Requirements
Microsoft Virtual PC for Mac
MacOS 9 or X / 500MHz G3 or G4 Processor / 192MB+ physical RAM
2GB+ free hard disk space for Microsoft Virtual PC
Download the free plug-in for Flash 8 or higher
GAME REQUIREMENTS
28.8k connection or faster
1024x768 Minimum screen resolution with High Color enabled
Microsoft Internet Explorer 6 or newer
Download the free plug-in for Flash 8 or higher
Copyright (c) 2007, Ultimate Blackjack Tour, LLC. All Rights Reserved.
the game tournament is managed by a game administrator operating a gamer server computer coupled to one or more client computers operated by the participating players.

ClubUBT - ELIMINATION BLACKJACK AND POKER TOURNAMENTS ONLINE - WIN CASH AND PRIZES - LEGAL IN U - Microsoft Internet Explorer
http://www.clububt.com/pokertournaments.html
SCHEDULED MULTI-TABLE POKER TOURNAMENTS
Registration for multi-table poker tournaments is open until the tournament's posted start time.
Once registered for an event, players may unregister at any time up until 15 minutes prior to the event's posted starting time, and receive a refund of any Tournament Points or Play Chips used to register.
Tournament registration must meet the minimum requirement for that event or the tournament will not run, in which case all Tournament Points and/or Play Chips used to buy in will be returned to the players' accounts.
Players are seated at random. Seat changes are not allowed.
All players begin with equal chip amounts.
tournament structures posted on www.ClubUBT.com.
The button is randomly assigned to a player at the table. There is a deal for the button at the start of the tournament; high card plays the button for the first hand
Tournaments are played until one player has all the chips.
Players who do not show up for their event will either be eliminated or blinded off until they arrive. Players have 10 minutes to arrive before they are eliminated from the event.
During the tournament, information about when the next break will occur will be displayed in the lower left of the table as well as in the Tournament Lobby.
As a tournament progresses the tournament software will combine tables and try to maintain an equal number of players at all remaining tables. Players will see a note in the lower left of the table telling them that tables are being consolidated.
distributing at least the same number of tokens to each non-subscription player participating in the tournament as each subscription player participating in the tournament, for betting in the tournament;

Self-Service Support - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites
Address http://server.iad.liveperson.net/hc/s-35356455/cmd/kbresource/kb-792961482398877266/view_question!PAGETYPE?sq=play%2bchips&sf=101113&sg=0&st
Go Links
Bookmarks 8 blocked Check Translate AutoLink Settings
ASK A PRO
ClubUBT defines "play chips" in their web site as ClubUBT currency that has no monetary value and is only used for tournament play.
Go Back
New Search
Knowledge Base by LivePerson
Frequently Asked Question
What are play chips?
Category: All › ClubUBT › Tournament Points and Play Chips
Print Article | Email Link
Answer
Play chips are a form of ClubUBT currency.
All players start with a fixed amount of play chips.Everyone receives 20,000 play chips upon opening an account. If a player's account is below 20,000 play chips at 12:01AM Eastern Time on any calendar day, the account will automatically be reset to 20,000 play chips at that time.
Play chips can be wagered at ring games.
Play chips may be used as buy-in for certain tournaments and awarded as prizes for certain tournaments.
Play chips have no monetary value and cannot be used for any purpose except in tournament play.
Internet

As specified in the ClubUBT rules, the prize pool is based upon the number of entries multiplied by the amount of the play chip buy in.

ClubUBT - ELIMINATION BLACKJACK RULES - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Address http://www.playubt.com/_htmls/game/ebj_rules.html

the minimum bet. The first bettor in the playoff shall be the player who is naturally positioned to be next following the preceding hand. If any player(s) are still tied for low chip count at the end of the playoff, those remaining players start the playoff sequence again.

After the playoff is completed, the remaining player(s) will begin the next hand with the same amount of chips they had prior to the playoff. Players cannot gain or lose chips during the playoff.

**16. Prize Pool:**

Prize pool will be determined based on number of entries times the amount of the play chip or tournament point buy in. The percentage paid to the various spots will be determined by the Tournament Director and posted in the tournament details at the start of the tournament.

back to top

Copyright (c) 2007, Ultimate Blackjack Tour, LLC. All Rights Reserved.

Done Internet

The ClubUBT website describes completed poker games. In this example, the completed game of No Limit Hold'em had a buy in of 100 play chips and 18 players. The prize pool was 1800 play chips.

ClubUBT - pktesq

File Options Help

POKER TOURNAMENTS
TOURNAMENT POINTS
PLAY CHIPS
ELIMINATION BLACKJACK TOURNAMENTS
MY ACCOUNT
CLUB
CUSTOMER SUPPORT
ClubUBT BUDDY DOWNLOAD

**You are viewing:** Free Games

Play Chips: Available 20000 at Tables 0

Log-in
Refresh

Games | Scheduled Tournaments | SnG Tournaments

All | Scheduled | Playing | Completed

| Date | Time | Type | Game | Buy in | Remarks | ID | Status |
|---|---|---|---|---|---|---|---|
| Mon Jul 02 | 08:15 P | NL | Hold'em | 100 | 100 Play Chips | 1379231 | Complete |
| Mon Jul 02 | 10:15 P | NL | Hold'em | 100 | 100 Play Chips | 1379232 | Complete |
| Tue Jul 03 | 12:15 A | NL | Hold'em | 100 | 100 Play Chips | 1379233 | Complete |
| Tue Jul 03 | 10:15 A | NL | Hold'em | 100 | 100 Play Chips | 1379239 | Complete |
| Tue Jul 03 | 12:15 P | NL | Hold'em | 100 | 100 Play Chips | 1379240 | Complete |
| Tue Jul 03 | 12:45 P | NL | Hold'em | Freeroll | $10,000 FREE Sat | 1378933 | Complete |
| Tue Jul 03 | 01:45 P | NL | Hold'em | Freeroll | $10,000 FREE Sat | 1378934 | Complete |
| Tue Jul 03 | 02:15 P | NL | Hold'em | 100 | 100 Play Chips | 1379241 | Complete |
| Tue Jul 03 | 04:15 P | NL | Hold'em | 100 | 100 Play Chips | 1379242 | Complete |
| Tue Jul 03 | 05:45 P | NL | Hold'em | Freeroll | $10,000 FREE Sat | 1378936 | Complete |
| Tue Jul 03 | 06:15 P | NL | Hold'em | 100 | 100 Play Chips | 1379243 | Complete |
| Tue Jul 03 | 06:45 P | NL | Hold'em | Freeroll | $10,000 FREE Sat | 1378937 | Complete |
| Tue Jul 03 | 08:15 P | NL | Hold'em | 100 | 100 Play Chips | 1379244 | Complete |
| Tue Jul 03 | 10:15 P | NL | Hold'em | 100 | 100 Play Chips | 1379245 | Complete |
| Wed Jul 04 | 12:15 A | NL | Hold'em | 100 | 100 Play Chips | 1380826 | Complete |
| Wed Jul 04 | 02:15 A | NL | Hold'em | 100 | 100 Play Chips | 1380839 | Complete |
| Wed Jul 04 | 08:15 A | NL | Hold'em | 100 | 100 Play Chips | 1380852 | Complete |
| Wed Jul 04 | 10:15 A | NL | Hold'em | 100 | 100 Play Chips | 1380864 | Complete |

473 Players

| | |
|---|---|
| DATE | Tue Jul 03 |
| TIME | 12:15 AM |
| STAKES | No Limit |
| GAME | Hold'em |
| BUY IN | 100 |
| # PLAYERS | 18 |
| STATUS | Complete |
| WINNER | controller1 |

REMARKS
100 Play Chips

CURRENT PRIZE POOL
Total prize pool: 1800
1st pays: 900
2 other places pay out

Details

PLAYUBT IS NOW ClubUBT
ALREADY A PLAYER ON PLAYUBT? Enter your PlayUBT username & password
NEW TO THE CLUB? Click the "Create New Account" button.

TEACH ME
ELIMINATION BLACKJACK TOURNAMENTS
OVERVIEW | STRATEGY | RULES
POKER TOURNAMENTS
OVERVIEW | STRATEGY | RULES

OFFICIAL GAME TIME
7:57 pm



Poker Tournament Lobby
Tournament Name (Tourney ID):
100 Play Chips (1379233)
Players Remaining:
0
ClubUBT
POKER TOURNAMENTS
Tournament Statistics
Level Time Remaining:
Level:
Limit: No Limit
Players Eliminated: 18
Chip Stacks Short: 0
Avg: 0
Big: 0
Next Level:
Next Break:
Tournament Information
Start Time: Tue Jul 03 12:15 AM
Game type: No Limit Hold'em
Buy-in Play: 100 play chips
Running Time: 57 minutes
Re-buys: No Re-buys
Add-ons: No Add-ons
Each Level:
Status: Complete
Prize Pool:
1800
# Entries: 18
Places Paid: 3
1st 900 (50.00%)
2nd 540 (30.00%)
3rd 360 (20.00%)
Details
Tables
More Details
This is a play chip poker tournament.
Rank
Player Name
Chips
1 controller1
2 jbeebe02
3 Chrisa
4 netopecen
5 beadsnstuff
6 denise07
7 raneyt
8 bruno
9 flstraycat200
10 Frozen Texan
11 moej
12 Big Bad Ass
13 shmackitup
14 Sebastian
15 Newhouse
15 scready
17 Connie vegas
17 themadman
Main Lobby
The winner was awarded 900 play chips, the second place player was awarded 540 play chips and the third place player was awarded 360 play chips from the prize pool.