TODD A. NOAH (SBN 152328)
PAUL K. TOMITA (SBN 188096)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         ptomita@dergnoah.com

Attorneys for Plaintiff MMJK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMJK, INC. | ) Case No. C 07 03236 BZ |
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING PLAINTIFF MMJK, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | ) |
| | ) **Date:  August 15, 2007** |
| ULTIMATE BLACKJACK TOUR, LLC | ) **Time: 10:00 a.m.** |
| Defendant. | ) **Location: Courtoom G** |
| | ) **Honorable Bernard Zimmerman** |

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION
Case No. C 07 03236 BZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMJK, INC. | Case No. C 07 03236 BZ |
| Plaintiff, | **ORDER GRANTING PLAINTIFF MMJK, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| ULTIMATE BLACKJACK TOUR, LLC | **Date: August 15, 2007** <br> **Time: 10:00 a.m.** <br> **Location: Courtoom G** <br> **Honorable Bernard Zimmerman** |
| Defendant. | |

Plaintiff MMJK, Inc.'s ("MMJK") motion for preliminary injunction came on for hearing before this Court, the Court having considered the papers submitted for and against MMJK's motion and counsel appearing for Defendant Ultimate Blackjack Tour, LLC ("UBT") and counsel appearing for MMJK.

After consideration of the briefs and arguments of counsel, and all other matters presented to this Court, and based on the above analysis, IT IS HEREBY ORDERED that MMJK's motion is GRANTED. UBT, its offices, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, shall be preliminarily enjoined from hosting online game tournaments that pay out prizes that

1 have immediate value (i.e., cash, cash-equivalent notes and objects) to the winners and require entrants
2 to either pay a subscription fee or utilize an "alternative means of entry" to enter.
3     IT IS SO ORDERED.

Dated: August ___, 2007                _____
                                                         Hon. Bernard Zimmerman
                                                         U.S. Magistrate Judge