# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

July 12, 2007

To:    Todd Andrew Noah
       Paul Kenji Tomita
       Dergosits & Noah LLP
       Four Embarcadero Center, Suite 1450,
       San Francisco, CA  94111

       Raymond Bailey Kim
       2450 Colorado Avenue
       Suite 400 North
       Santa Monica, CA 90404

       Re: MMJK, Inc. v. Ultimate Blackjack Tour - C07-3236 BZ

Dear Sir or Madam:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **August 15, 2007 at 10:00 a.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott

By:    Lashanda Scott
       Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd