GREENBERG TRAURIG, LLP
Matthew Steinberg (SBN 82969) (steinbergm@gtlaw.com)
Steve P. Hassid (SBN 219913) (hassids@gtlaw.com)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Defendant Ultimate Blackjack Tour, Inc.

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, Inc.<br><br>            Plaintiff,<br><br>v.<br><br>Ultimate Blackjack Tour, Inc.,<br><br>            Defendant. | Case No. C 3:07-cv-03236-BZ<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

Dated: July 12, 2006.                               GREENBERG TRAURIG, LLP


                                                    By: /s/ Steve P. Hassid
                                                       Steve P. Hassid
                                                       Attorneys for Defendant
                                                       Ultimate Blackjack Tour, Inc.

1

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

LA 126851783v1 7/3/2007