"sweepstakes," but only from revenue generated from customers paying for the opportunity to play in an online game of chance and to possibly win prizes. Therefore, Plaintiff is likely operating an illegal gambling site.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed this 27TH, day of July, 2007 at Los Angeles, California.

SANFORD I. MILLAR