# Exhibit A





**Home**

[Download] | [Promotions] | [Quick Tour] | [Getting Started] | [How to Play]
[Poker Basics] | [Poker Room Rules] | [Tournaments] | [Bugsys League] | [FAQ]

## Frequently Asked Questions for: BugsysClub, PokerSchoolOnline and PokerPages

Giving you Extraordinary Support is a top priority, which is why we have assembled all these Frequently Asked Questions (FAQ's).

If the FAQ's don't answer your question, please use our **Live Help**, or **email support**:
BugsysClub: Support@BugsysClub.com
PokerPages: support@pokerpages.com
PokerSchoolOnline: support@pokerschoolonline.com

### General

- What Age do I have to be to join and play on the Software?
- I would like to play under different names; can I have more than one account?
- Can my friend and I play at the same table?
- Can I play at more then one table at the same time?
- Can I use a language other than English when chatting at the table?
- What are the 3 Tabs for on the Lobby of the Poker Software?
- Why does the Poker Software look so familiar?

### Download Software & Register

- How to Download the Poker Software and Register?
- How do I Launch the Poker Software to Play on it?
- Recommended Configuration
- How to Find my PC's Configuration?
- I've downloaded the installer file: PPSsetup.exe/BugsysSetup.exe but now I can't find it?.
- After I double click on the PPSsetup.exe/BugsysSetup.exe nothing happens. What should I do?
- I don't get anything after I've clicked to download the Software Installer executable.
- What do I do once I've downloaded the Poker Software Executable?

### Login & Personal Information

- Forgot my Username, what should I do?
- Forgot my Password, what should I do?
- Are Usernames & Passwords case sensitive?
- Can I Change my Username or Password?
- My email Changed - what should I do, how do I update it?
- My Credit Card Changed - what should I do, how do I update it?
- My Address Changed - how can I update it?

- How do I update my User Profile photo and description?
- How do I create a second Free Email account?

## Game Play

- What Types of Poker Games can I play in?
- When can I register for a Game?
- How do I select the Type of Poker Game to play in?
- Where do I see what the minimum buy-in of a game is?
- Can I Select which Table I want to be Seated at?
- Can I Play More Than One Table at the Same Time?
- Need More Time- What should I do if I Need More Time to make a difficult decision?
- What happens to my hand if I cannot return back in Time after a Disconnect?
- Wait list- The game I wish to join is Full. What should I do?
- Empty Table- can I sit down at an empty table?
- Out of Chips- If I run out of chips at the table how can I get more?
- Chat- How do I chat with other players at the table?
- Turn Off Observer Chat- How do I turn off all observer's chat, so I only see the chat of players at my table?
- Can I just Observe a game?
- Hand Log- How do I get a History of the Hands I have Played?
- Abuse- What should I do if someone is abusive?

## Real Money (BugsysClub only)

- Can I see what the Poker Game looks like before I join?
- How Do I Start Playing for Real Money?
- Deposit Methods- What ways can I fund my BugsysClub Poker Account?
- What Currencies Can I Use to Fund my Account?
- Is there Collusion or Fraud Detection?
- What Security (Encryption, Authentication, etc) do you use?
- What Integrity (RNG, Shuffling...) do you employ?
- What Promotions are offered?
- How Can I Deposit money into my account while I am already playing?
- How can I get to the Cashier?
- Any Max/Limit to Deposit into my Real-Money Account?
- Any Minimum to Open a Real-Money Account?
- Rake
- Is there any credit card processing fee?
- What Withdrawal Methods are offered, and How long to receive them?
- What happens to my money if the system crashes while I am playing?
- How is the amount of Prize Money Calculated in Real-Money Tournaments?

## Free Play

- How do I start playing for Free right now?
- What are Poker Dollars?
- Is it really free to play at the Play-Money tables?
- How many Play-Money chips do you get?
- If I run out of Play-Money chips, how can I get more?
- What Promotions are offered in the free Play-Money site?
- How do I upgrade my Play-Money account into a Real-Money account?

## Tournaments

- Register for a tournament
- How does a tournament work?

- **Schedule of Tournaments**
- **Can I play a side/ring game and a tournament at the same time?**
- **Results of Tournaments- I played a tournament several days ago- How do I retrieve results of that tournament?**
- **Need More Time- What should I do if I need more time to make a difficult decision?**
- **System Crash- What happens if the system crashes in the middle of a tournament?**

### Observe vs. Play Poker

- **How can I just Observe (not play/not participate in) a Game?**
- **Can I see If My Friend is already Playing on the Software?**
- **Can I chat while I am observing?**

### Technical: Hardware & Software Admin

- **Recommended Computer Configuration**
- **What are the recommended display screen settings?**
- **My display is fuzzy, I can't read cards- what should I do?**
- **How do I determine or change my Display Settings?**
- **Do you support Macintosh?**
- **Do you support Windows 3.1 or Windows 95?**
- **Do you support Unix?**
- **Who can answer my other hardware and software questions?**
- **I have AOL; can I register and play for real money or tournaments?**
- **What version of Netscape do you recommend?**
- **What version of Microsoft Explorer do you recommend?**
- **Firewall or Proxy Server**
- **Web TV Questions**
- **Update- How do I Upgrade/Update the Software?**
- **Uninstall the Software- why and how**
- **Reinstall the Software- why and how**

### Disconnects

- **Why do I sometimes get a Slow/Interrupted Connection?**
- **Disconnects- What happens if the server crashes in the middle of a hand, or tournament?**
- **What happens to my money if I disconnect while I am playing?**
- **Disconnects- What happens if my Internet connection goes down in the middle of a hand and I cannot return back in Time?**

### General

· **What Age do I have to be to join and play on the Software?**

You must be the legal age of majority in your jurisdiction or at least 18 years of age (whichever is greater). No persons under this age limit are permitted to use the Software.

**Return to Top**

· **I would like to play under different names; can I have more than one account?**

Users may only have one Account at the same site at any time, which is part of preventing Collusion. BUT- you can play at up to three games at the same time using that one account.

That said, you can have a separate account at PokerPages,

PokerSchool and BugsysClub but not more than one account at each site at the same time. Players with more than one account on a site will be asked to keep only one account, or if they are abusive may be asked to terminate all accounts.

The software will only allow you to play under one username per computer. You must log out of the software and log in again with another username if you want to use another username. If you attempt to launch a second instance of the program and login, you will be logged off of the first instance of the program.

**Return to Top**

---

· **Can my friend and I play at the same table?**

In Ring Games and Satellites you can choose your table, so you can play with your friends. At tournaments players are randomly seated at tables, so you cannot be assured of sitting at the same table. If 2 people frequently sit at the same table with abnormal win rates, our collusion detection will trigger an investigation.

**Return to Top**

---

· **Can I play at more than one table at the same time?**

Certainly. You are welcome to play at up to three different games' tables at the same time using your one account.

**Return to Top**

---

· **Can I use a language other than English when chatting at the table?**

We welcome players from around the world, and are aware that for many people English is not their first language. However, at this time our policy only allows for English to be spoken at the tables.

**Return to Top**

---

· **What are the 3 Tabs for on the Lobby of the Poker Software?**

The Tabs at the top of the Lobby Screen are for 3 sites you can play on from within the Poker Software, for your convenience.

Each site offers different promotions and has a distinct focus:

- **BugsysClub:** Real-Money Ring Games, Tournaments, Leagues & Heads-Up & Play-Money Ring Games.

- **PokerSchoolOnline:** Designed to improve your Poker Play through tutorials, articles, tests and Play-Money Tournaments, Leagues and Ring Games, with rankings to track your progress.

- **PokerPages:** Play-Money Tournaments and Satellites.

You can even use the same UserName and Password across all

3 sites if you want to. So once you register at each site, you can access any of the 3 sites using the same Poker Software.

**Return to Top**

- **Why does the Poker Software look so familiar?**

BugsysClub (Real Money Play) has a license agreement to use the PokerPages Software which PokerSchoolOnline and PokerPages also use. In fact, once you've joined all 3 sites, you can play in all three from the same Poker software download.

If you are already a member of PokerSchoolOnline or PokerPages and have updated your PokerPages Software since the BugsysClub launched, you do NOT need to download the Software again. All you need to do is Register with BugsysClub (click 'Join BugsysClub' button on the Software's Login Screen and receive a small additional download).

If you haven't recently updated your PokerPages Software- now is the time, so you can check out the action at BugsysClub! Just say 'Yes' when asked to update your software.

**Return to Top**

## Download Software & Register

- **How do I Download the Poker Software and Register?**

**Click here** for detailed Download instructions.
Here's a quick overview:

1. Download a Software Installer executable file:

   **BugsysClubSetup.exe** for BugsysClub) onto your desktop (default location).

   **PPSsetup.exe** for PokerPages & PokerSchoolOnline

2. Install the software - run (click on) the Software Installer executable file.

3. REGISTER: double click on the (PokerPages/PokerSchoolOnline) or (BugsysClub) icon that the installer placed on your desktop. This launches the software. Then click 'Register' and select & complete info for which area you wish to join, either:

   - **BugsysClub**: Real-Money Ring Games, Tournaments, Leagues & Heads-Up & Play-Money Ring Games.

   - **PokerSchoolOnline**: Designed to improve your Poker Play through tutorials, articles, tests and Play-Money Tournaments, Leagues and Ring Games, with rankings to track your progress.

   - **PokerPages**: Play-Money Tournaments and Satellites.

4. BugsysClub & PokerPages players- you need to activate