your account by clicking on the activation code immediately sent to you when you registered.

**Return to Top**

---

### · How do I Launch the Poker Software to Play on it?

PokerPages & PokerSchoolOnline Players: To launch the Poker software, double click on the icon that says 'PokerPages Software' on your desktop. Or, click on 'PokerPages Software' in your Start/Programs menu.

BugsysClub Players: To launch the Poker software, double click on the icon that says 'BugsysClub Software' on your desktop. Or, click on 'PokerPages Software' in your Start/Programs menu.

If you cannot find the icon on your desktop or the 'PokerPages Software' in your Start/Programs menu, then look for the installer executable file on your desktop (called PPSsetup.exe for PokerPages & PokerSchoolOnline, or BugsysClubSetup.exe for BugsysClub).

**Return to Top**

---

### · Recommended Configuration

- **Minimum Configuration** is any model or brand PC with:

  96 megabytes of memory (RAM)
  a Pentium/AMD class processor with a speed of at least 266 Megahertz
  running Windows 98* or higher
  with a dial-up modem speed of at least 52 Bps.

- **Better Configuration.** Your experience will be most enjoyable if you use any model or brand PC configuration with at least:

  128 megabytes of memory (RAM)
  A Pentium/AMD class processor
  Processor speed must be at least 500 Megahertz
  Windows 98* or higher
  Cable-modem or DSL connection.

Compatible Internet browsers AOL, **Netscape Navigator** version 4.01 or higher, **Microsoft Internet Explorer** version 5.0 or higher, **Mozilla** 1.2 or higher, and **Opera** 7.02 or higher.

**Return to Top**

---

### · How to find out my PC's configuration

Use your mouse button to right click on the 'My Computer' icon on your desktop. This opens a menu. Scroll down and click on 'Properties' at the bottom of the menu. A new screen opens. The Operating System will be reported towards the top of this new screen. The RAM and Processor speed is reported towards the bottom of this new screen.

You can also discover your computer's processor speed by turning off your machine and then starting it up again. While the machine "boots up" you will see multiple lines of DOS code flashing briefly over a black background. Often, you will see "processor speed" appear for a few seconds, with a value in MHz.

**Return to Top**

---

**· I've downloaded the installer file: PPSsetup.exe/BugsysClub.exe but now I can't find it.**

If you are having a problem finding the installer file you downloaded, go to your start menu at the bottom left of your screen. Click 'Start', then look for 'Search or 'Find' Command. Select to look for 'Files or Folders...'.

A new window will open. In this window, type on the 'name of file' line either PPSsetup.exe if you are a PokerSchoolOnline or PokerPages player OR BugsysClub.exe if you are a BugsysClub player. If you have the option, make sure that the 'Look in' line is set for 'My Computer' and the 'Include Subfolders' box near the bottom is checked.

Now click the find or search button and wait for the computer to find the installer file. Once the file has been found in the list of found files, double click on it to launch it and install the software.

**Return to Top**

---

**· After I double click on the PPSsetup.exe/BugsysClub.exe nothing happens. What should I do?**

You may already have installed the Poker Software. If so, you are ready to play! Check in either of these 2 places to see whether you have already installed the Poker Software:

1. Look for the (PokerPages/PokerSchoolOnline) or (BugsysClub) icon on your desktop.
2. Look on your Start/Program menu to see if 'PokerPages Software' is listed.

If you didn't find either of the above, then you need to download the software installer executable again. Just click on the one you need immediately below. If it asks you if you want to overwrite the old one, answer 'yes'.

PokerPages/PokerSchoolOnline Software- **Click Here** to Download PSO/PP

BugsysClub Software- **Click Here** to Download BugsysClub

**Return to Top**

---

**· I don't get anything after I've clicked to download the Software Installer executable.**

Please be sure to wait at least 3 minutes for the installer

download screen to come up- it's sometimes slow to appear, especially if you are running other applications. If after 3 minutes the download screen does not appear, please email support:

If BugsysClub: email **Support@BugsysClub.com**
If PokerPages: email **support@pokerpages.com**
If PokerSchoolOnline: email **support@pokerschoolonline.com**

**Return to Top**

---

· **What do I do once I've downloaded the Poker Software Executable?**

You're nearly there. Double click on the Software Executable icon sitting on your desktop. It installs the Poker software on your PC for you to play on. It also places an 'Ace of Spades' icon (PokerPages/PokerSchoolOnline) or 'Man with Hat' icon (BugsysClub) on your desktop for fast access to the Poker software. It will also place 'PokerPages Software' on your Start/Program menu.

To launch the software just double click on the 'Ace of Spades' icon (PokerPages/PokerSchoolOnline) or 'Man with Hat' icon (BugsysClub) on your desktop.

**Return to Top**

---

## Login & Personal Information

· **Forgot my UserName, what should I do?**

If you don't remember your UserName, just email support (below). Please include your real name, address and other identifying info in the email, as this is the only way to identify this is your account. We will likely ask you other questions about your account too.
If BugsysClub: email **Support@BugsysClub.com**
If PokerPages: email **support@pokerpages.com**
If PokerSchoolOnline: email **support@pokerschoolonline.com**

**Return to Top**

---

· **Forgot my Password, what should I do?**

No problem- If you remember your UserName just click on 'forgot my Password' on the Login page of the software (or login page on the website in PokerSchoolOnline), then enter your UserName. An email will be sent to your email address on record, with instructions how to create a new Password (since all players passwords are encrypted, no one but you knows what it is).

**Return to Top**

---

· **Are UserNames & Passwords case sensitive?**

Only your Password is case sensitive, so be sure to record it as you originally entered it during registration.

**Return to Top**

---

· **Can I Change my UserName or Password?**

Your UserName cannot be changed as it is the one item unique to your account. But, you can change your Password.

If you use the same UserName across BugsysClub, PokerSchoolOnline and PokerPages, changing your Password on any one of them will update the Password in all 3 sites' accounts. Here's how to change it:

In BugsysClub: You can update your Password in by **clicking here**. This will take you to the change password section of the BugsysClub cashier. *Note: You will be asked to login first.*

In PokerSchoolOnline, PokerPages & Bugsysclub: You can change your password by launching the software. Once you login, go to the **Options** link at the very top of the software and scroll to **Change Password**. *Note: you must have the latest version of the software in order to do this, so be sure to take the next upgrade if you do not have this password option.*

If you are having difficulty changing your password, please email: **support@bugsysclub.com**

**Return to Top**

---

· **My email Changed - what should I do, how do I update it?**

You can update your Personal Information (mailing address, email, etc.) by **clicking here**. This will take you to the correct section of the BugsysClub cashier. Edit the fields that you want to change and click 'submit' to save them. *Note: You will be asked to login first.*

In PokerSchoolOnline: Go to the website at www.pokerschoolonline.com and Sign-In. Your Member page appears. In the lower right of the page, click on the title 'Update Information'. Click on 'Update Email Address' on the page that next appears. Enter your new email address then click the Update button.

In PokerPages: please send any updates to **support@pokerpages.com**

**Return to Top**

---

· **My Credit Card Changed - what should I do, how do I update it?**

In BugsysClub: you will be asked for your credit card details every time you make a deposit.

In PokerSchoolOnline: To update your credit card, go to the website at www.pokerschoolonline.com and Sign-In. Your Member page appears. In the lower right of the page, click on the title 'Update Information'. Click on 'Update Credit Card Information' on the page that next appears. Enter your new card information, then click the Update button to save it.

[Return to Top](#)

---

• **My Address Changed- how can I update it?** You can update your Personal Information (mailing address, email, etc.) by **clicking here**. This will take you to the correct section of the BugsysClub cashier. Edit the fields that you want to change and click 'submit' to save them. *Note: You will be asked to login first.*

In PokerSchoolOnline: Go to the website at www.pokerschoolonline.com and Sign-In. Your Member page appears. In the lower right of the page, click on the title 'Update Information'. Click on 'Update Email Address' on the page that next appears. Enter your new email address then click the Update button.

In PokerPages: please send any updates to **support@pokerpages.com**

[Return to Top](#)

---

• **How do I update my User Profile photo and description?**

It's easy.

In BugsysClub: At www.bugsysclub.com, Go to the 'Community' drop down box and select 'Bugsys Gang'. Then select to edit your own profile. Make the changes you desire, then click the update button.

In PokerSchoolOnline: Go to the website at www.pokerschoolonline.com and Sign-In. Your Member page appears. At the top of the page click 'Profiles'. Just under the alphabet, click on 'edit your own profile'. Add or change your information and photo, then click on 'Change Profile'.

[Return to Top](#)

---

• **How do I create a second Free Email account?**

You can create a second Free Email account by visiting either: **http://www.hotmail.com** or **http://www.yahoo.com**

To create a free Hotmail account on **http://www.hotmail.com**, look for "New to Hotmail??" right below that click on "Sign Up for a Free E-Mail Account". Fill out the requested information, including your new email address. Voila!

To create a free Yahoo account on **http://www.yahoo.com**, click on the email icon that is at the top of the screen, then look for "New to Yahoo??" "Get Yahoo Mail". Fill out the requested information, including your new Email address. Voila!

[Return to Top](#)

---

## Game Play

• **What Types of Poker Games can I play in?**