Hold'em, Omaha, Omaha Hi-lo, 7-Card Stud and 7-Card Stud Hi-lo are available to play.

Hold'em is offered in Limit, Pot Limit and No-Limit forms, while Omaha, Omaha Hi/Lo, 7-Card Stud and 7-Card Stud Hi/Lo are offered in Limit and Pot Limit forms.

At BugsysClub, all the above games are available for Real Money in Ring Games, Single-Table Satellites, and Multi-Table Tournaments, and Heads-up (some Heads-up games may be available only by request).

At PokerSchoolOnline, all the above games are available for Play-Money in Ring Games, Single-Table Satellites, and Multi-Table Tournaments, and Heads-up (some Heads-up games may be available only by request).

At PokerPages, all the above games are available for Play-Money in Single-Table Satellites, Ring Games and Multi-Table Tournaments.

**Return to Top**

· **When can I register for a Game?**

**Ring Games and Satellites** are continually spawned. So as soon as 2 players have registered to play a Ring Game or 10 players are at a Satellite, the Game begins.

**Tournaments** are listed in the Lobby 24 hours before their start time (click on it and you will see the registration details). Most tournaments are open for registration 1 hour before their start time. But tournament registration times can vary, so be sure to check.

Once you've registered for a tournament, your spot is reserved- you're free to play in other games. As soon as the tournament begins, you are randomly assigned to and seated at a table- even if you're not online.

**Return to Top**

· **How do I Select the Type of Poker Game to Play in?**

You can scroll through all the games shown on the Lobby, and/or click on the tab at the top of the listings to show only the game type that is of interest to you.

**Return to Top**

· **Where do I see what the minimum buy-in of a game is?**

**Tournaments:** The buy-in amounts (when required) for tournaments are identified on the same line as the Game listing in the Lobby. They are also described on the Tournament Info Page.

**Ring Games:** The minimum and maximum amount of buy-ins (if any) for ring games are on the same line as the Game listing

in the Lobby. They are also displayed on the Side Panel (to right of Game listings).

**Return to Top**

- **Can I Select which Table I want to be Seated at?**

You can select the table and seat at which to play only in Ring Games. But in Multi-Table Tournaments and Satellites, you cannot- you are randomly assigned the table and seat.

**Return to Top**

- **Can I Play More Than One Table at the Same Time?**

We recommend that you play no more than three different games. But you cannot be seated at different tables in a single Tournament, because of the collusion that might occur as the tables collapse.

So, for example, you can play in one Tournament and 2 Ring Games at the same time, or a Satellite and 2 different Tournaments at the same time.

**Return to Top**

- **Need More Time- What should I do if I Need More Time to make a difficult decision?**

In a tournament, a player is allowed 20 seconds to act when it is their turn. The last ten seconds are counted down.

In ring games, a player is allowed 25 seconds to act. The last fifteen seconds are counted down.

**Return to Top**

- **What happens to my hand if I cannot return back in Time after a Disconnect??**

It depends on the game you are playing.

TOURNAMENT OR SATELLITE: If playing a Tournament or Satellite and you time out, you will lose the current pot then continue to be antied away until you have no more chips.

RING GAME: If playing a Ring Game and you cannot return in time you are deemed to be all-in for the current amount of chips in the pot. If you have already used your one per day all-in protection, your hand will either be checked or folded if someone bets into them. If you are still not able to reconnect, after ten minutes, you will be removed from the table and your remaining chips will be returned to your account.

Players who try to use the all-in due to disconnection rule to gain an unfair advantage will have their account terminated.

**Return to Top**

**· Wait list- The game I wish to join is Full. What should I do?**

Wait lists are shown in the software lobby, as well as on the tournament info screen for multi-table tournaments. If you are already on the wait list, in the lobby, the wait list is shown in order and will specifically say:
"All seats full. You are player X of X on the waiting list."

If you wish to join the Wait List, Click on the 'Join Event' button in the lobby. If the table is already full, you will automatically be added to the waiting list. You can go back to view the Wait List in the Lobby to see that your name is there.

**Return to Top**

---

**· Empty Table- can I sit down at an empty table?**

Certainly. In Ring Games and Satellites you are very welcome to sit at an empty table. As soon as 2 players join a Ring Game or 10 players join a Satellite, the Game begins.

**Return to Top**

---

**· Out of Chips- If I run out of chips at the table how can I get more?**

When playing a Ring Game or Heads Up, click on the 'Get Chips' button on the far right side of the table screen. Then decide whether to bring more chips from your account into the game. If you are in a BugsysClub game, you can also deposit additional funds into your account. You can get new chips at any time. However, if you get them during a hand, they will only be added to your stack at the end of the hand.

**Return to Top**

---

**· Chat- How do I chat with other players at the table?**

There is a chat screen to the right of the table where you can see what chat exchange has happened between players and observers. Below the chat screen is a small single line field where you can enter text that you wish to add to the chat stream. Read more about Chat in **Getting Started**: Results & Chat Panel

**Return to Top**

---

**· Turn Off Observer Chat- How do I turn off all observer's chat, so I only see the chat of players at my table?**

Right click anywhere on the table for a menu that will allow you to turn on or off Player or Observer Chat. If the Player chat box is checked and the Observer Chat box is not checked, then you will see only Chat from Players at your table.

At the top of the chat screen is a drop down menu. When you click on the drop down box, you can filter chat using any of the options listed there by clicking on them, such as: Quiet, Chat, Results & Chat, Results Only, Play & Chat, Play Only, or Everything.

[Return to Top](#)

- **Can I just Observe a game?**

Certainly. In the Lobby, after you highlight the game you wish to observe, look at the bottom of the Lobby Screen. You will see a number of options. Near the left is the 'Observe Table'. Click on it and you will be taken to the game as an observer.

[Return to Top](#)

- **Hand Log- How do I get a History of the Hands I have Played?**

Send the Game, Table and Hand number to the corresponding customer support:

BugsysClub: send to **Support@BugsysClub.com**
PokerPages: send to **support@pokerpages.com**
PokerSchoolOnline: send to **support@pokerschoolonline.com**

[Return to Top](#)

- **Abuse- What should I do if someone is abusive?**

If after you ask them more than once to stop their abuse and they continue, you are encouraged to immediately report the abusive person's UserName, Table number and Hand number to the Cardroom Manager on duty by using one of the email addresses below. The Cardroom Manager will look at the chat log and take appropriate action.

BugsysClub, send to **Abuse@BugsysClub.com**
PokerPages, send to **abuse@pokerpages.com**
PokerSchoolOnline, send to **abuse@pokerschoolonline.com**

[Return to Top](#)

### Real Money Questions

- **Can I see what the Poker Software looks like before I join?**

No, but once you register you will not be asked for credit card information or any other money related questions until you decide to deposit through our cashier. You will also be able to play in PokerPages freerolls and freeplay games without having to deposit money into your account.

Simply **Download** the Free Software and create a **free BugsysClub account**.

Login to the software using your new username and password, then look around the Lobby area.

Highlight a game you wish to observe.

Now click on the 'Observe table' button at the bottom left of the Lobby. You will see a table and observe real people playing against each other.

You will find freeplay games under the PokerPages tab in the software and will be eligible for all contests held there.

Or take a **Quick Tour** to see static images of the BugsysClub Lobby and Table.

**Return to Top**

---

· **How Do I Start Playing for Real Money?**

1. Launch the BugsysClub Poker Software by double clicking on the (BugsysClub) icon on your desktop. The Login Screen will appear. (If you need to Download and install it **Click Here**)

2. If you don't have a BugsysClub account, click the 'Register' button to create one. Complete the registration -you can reply 'YES' to use your existing PokerPages or PokerSchoolOnline username and password.

   Be sure to activate your account by following the activation instructions in the email immediately sent to you when you completed your registration.

   Then Login. The Lobby Screen will appear.

   If you already have a BugsysClub account, just enter your existing UserName and Password on the Login Screen. The Lobby Screen will appear.

3. Click on the Real-Money game in which you want to play. You'll be prompted to go to the 'Cashier' to make a deposit if there is not enough in your Real-Money account for the buy-in. Decide how much you want to deposit and the method. When your deposit transaction is complete, join the Game. Pick your table (unless it's a tournament) and get ready to have fun!

**Return to Top**

---

· **Deposit Methods- What Ways can I Fund my BugsysClub Poker Account?**

Visa or MasterCard, Neteller, PrePaid ATM, Western Union and Bank Wire are common ways you can fund your account. But we are always adding more deposit methods, so we encourage you to **Click Here** to visit BugsysClub's Banking Center and get more up to date details on the individual methods with which you can make a deposit.

**Return to Top**

---

·**What Currencies Can I Use to Fund my Account?**

Your BugsysClub account will always be represented to you in US Dollars. But you may fund your account in a variety of ways that use your local currency- it will be converted into US Dollars before being deposited into your BugsysClub account. For example, is you use your credit card your card statement will show the US Dollar amount in your equivalent local