currency, as would your PrePaid ATM card.

**Return to Top**

---

· **Is there Collusion or Fraud Detection?**

We've taken several measures to detect collusion and fraud in the software. Anyone who is suspected of collusion or fraud will have their account immediately frozen while being investigated. It they are proven to be doing either, they will be banned from the site.

**Click Here** to read more about BugsysClub's Security.

**Return to Top**

---

· **What Security (Encryption, Authentication, etc) do you use?**

We use the internationally accepted industry Secure Socket Layer (SSL) standard SSLv3/TLSv1 encryption algorithm (using 128-bit RC4 for encryption) for both the software and secure web pages. This means that your cards, your name, your address, your credit card number, your password, and everything else that goes back and forth on the internet is protected using the same high level of security that banks use. **Click Here** to read more about BugsysClub's Security.

**Return to Top**

---

· **What Integrity (RNG, Shuffling of Cards...) do you employ?**

BugsysClub Poker uses the widely acclaimed Mersenne Twister PRNG and the incremental Knuth shuffle (with a range function that is free of bias) so you are guaranteed that you will receive a 'true' shuffle for any given hand. **Click here** to read more about Integrity.

**Return to Top**

---

· **What Promotions are Offered?**

Bugsys League is the main promotion at BugsysClub where you can win prize money for finishing in the top 50 of Bugsys Poker League on a monthly basis. **Click Here** to read more about leagues.
In addition, **Click Here** to see the most current list of BugsysClub Poker promos.

**Return to Top**

---

· **How Can I Deposit money into my account while I am already playing?**

If you are at a table, right click anywhere on the table for a menu that will allow you to open the cashier page where you can deposit money. You can also click the 'Get Chips' button found on the lower right of the screen, this will lead you to the cashier page if you need it.

[Return to Top](#)

· **How can I get to the Cashier?**

There are several ways to get to the Cashier from the Poker Software:

1) If you click on a Real-Money game on the Lobby, and don't have enough for the buy-in, you'll be asked if you'd like to go to the 'Cashier'.

2) On the Lobby Screen, click the 'Cashier' button on the lower part of the Lobby Screen.

3) At the Poker Table, right click anywhere on the table for a menu that will allow you to open the Cashier page. You can also click the 'Get Chips' button found on the lower right of the screen, this will lead you to the Cashier.

[Return to Top](#)

· **Any Max/Limit to Deposit into my Real-Money Account?**

Up-to-date deposit limits are posted on BugsysClub's website for all deposit methods.
**Click Here** to view deposit limits.

[Return to Top](#)

· **Any Minimum to Open a Real-Money Account?**

Up-to-date deposit limits are posted on BugsysClub's website for all deposit methods. **Click here** to view deposit limits.

[Return to Top](#)

· **Rake**

Rake is calculated according to the buy-in and number of players playing. To see the various rake amounts, please read about **Rake.**

[Return to Top](#)

· **Is there any Credit Card Processing Fee?**

Please visit **Banking** on the BugsysClub website for any processing fees.

[Return to Top](#)

· **What Withdrawal Methods are offered, and How long to receive them?**

For up to date details on withdrawal methods, please **Click Here.**

[Return to Top](#)

· **What happens to my money if the system crashes while I am playing?**

RING GAMES: If this happens during a Ring Game, all current hands being played are cancelled and players at the tables will have their chips returned to their account.

TOURNAMENTS: During a Tournament the game will restart at the beginning of the current hand when the server is back up. If the tournament cannot restart in a reasonable amount of time it will be cancelled and buyins returned to players' accounts.

Please consult the Login Screen panels for up to date information on interrupted games.

*Note:* *Refunds will be issued for server crashes where the game is cancelled.*

**Return to Top**

- **How is the amount of Prize Money Calculated in Real-Money Tournaments?**

Prize money payouts are displayed in the tournament information and on the website **Click Here** to read the payout schedules.

**Return to Top**

## Free Play

- **How do I start playing for Free right now?**

Play money games are available on our free software (in addition to Real Money Games). Click here for **Download instructions**.

Then click 'join BugsysClub' button on the Login Screen.

Complete the registration information requested. You will immediately be sent an email with an activation code in it. Be sure to activate your account by clicking on the activation code within this email.

Upon activation, you'll automatically get $1,000 of Play-Money. You are ready to play!

Launch the software (double click on the icon), Login (using the UserName and Password you created). Then click on the PokerPages tab.

Select any Free/Fun game listed on the Lobby that says 'Sign-in', then click 'Join Event'.

**Return to Top**

- **What are Poker Dollars? (PokerPages Free Play only)**

Play free tournaments online to win PokerPages Poker Dollars and be rewarded for your online Poker Tournament skill. The top 3 monthly ranked players receive respectively 3, 2, and 1 months towards membership fees for PokerSchool Online. **Click**

**Here** to read more

**Return to Top**

---

• **Is it really FREE to play at the Play-Money tables?**

**PokerPages:** It sure is Free. Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: **PokerSchoolOnline.com** when you play in PokerPages free-rolls.

**BugsysClub:** Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls.

The 6 month rule doesn't count toward WPO round 1 events which are free to everyone registered at BugsysClub.

**Return to Top**

---

• **How many Play-Money chips do you get?**

**PokerPages:** When you first open your PokerPages FREE account you get $1,000 Play-Money chips deposited into your Play-Money account.

**BugsysClub:** Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages.

**Return to Top**

---

• **If I run out of Play-Money chips, how can I get more?**

**BugsyClub** -Click on the Cashier button from the Lobby of the Software. Click on 'Refill Play Money Chips'. You can refill if your Play-Money chips are below 1,000 back up to 1,000.

**Return to Top**

---

• **What Promotions are offered in the free Play-Money site?**

PokerPages: You can view the current promotions on the PokerPages web site at **http://www.pokerpages.com** or while logging into the Software, look at one of the panels below the login area for PokerPages promotions.

**BugsysClub: Click here** to see BugsysClub Poker Promotions.

**Return to Top**

---

• **How do I Upgrade my Play-Money account into a Real-Money account?**

Launch the Poker Software. On the Login screen (before you Login), click the 'join BugsysClub' button. When you are asked to create a BugsysClub UserName and Password, you can

choose to use your existing PokerPages UserName and Password, or create a totally new UserName and Password unique for BugsysClub. Complete the registration information. Be sure to activate your account- follow activation instructions in the email immediately sent to you when you completed your registration.

OR

If you know you want to use your PokerPages UserName and Password in BugsysClub, the easiest way to join BugsysClub is to login to the Software using your PokerPages UserName and Password. When you are on the Lobby, click the tab for BugsysClub. Next click on any event and ask to join the event (click the 'Join Event' button). It asks if you'd like to join BugsysClub using your current UserName and Password. Say yes, and complete the registration information. Be sure to activate your account- follow activation instructions in the email immediately sent to you when you completed your registration.

Once you activate your account, you will be asked if you want to go to the Cashier to fund your BugsysClub account. You need to deposit money into your BugsysClub account to play in any BugsysClub games, so this is a logical next step to take.

**Click Here** to read about Deposit Methods

**Click Here** for the Getting Started section on BugsysClub to learn how to use the Real Money options within the Software.

You can also read in an earlier FAQ section on Real Money Questions.

**Return to Top**

---

### Tournaments

· **Register for a tournament**

Tournaments are listed in the Lobby 24 hours before their start time. But registration is usually open 1 hour before the tournament's start time (certain exceptions may be listed and available for sign up midnight the night before they are scheduled to begin, so be sure to check).

To sign up for a tournament, click the "Tourneys" tab in the Lobby. You can register for any tournament you see listed that says 'Sign-up' in the Status column. Click once on the tournament name so it is highlighted, then click on the 'Join Event' button at the bottom left of the Lobby Screen. A pop-up menu will appear allowing you to register when you click on the 'Join' button. Your place is now reserved. Once you've registered, you're free to play in other games, or even leave the site.

As soon as the tournament begins, you will automatically be randomly assigned to and seated at a table- even if you're not online.

Read more about **Tournament Basics**, and **Tournament Schedules.**

**Return to Top**

---

· **How does a tournament work?**

Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables. All players start playing at the same time with the same amount of chips (called "tournament chips"). In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game.

Over time in all tournaments, players who lose all their chips-or "bust out"-are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group. **Read More...**

**Return to Top**

---

· **How is the amount of Prize Money Calculated?**

Payout structures are shown in the BugsysClub **Poker Room Rules**. They are calculated only one way, as described in the Poker Room Rules.

**Return to Top**

---

· **Schedule of Tournaments**

Tournaments run every day, around the clock. Click on each of the PokerPages, PokerSchoolOnline and BugsysClub tabs to view the upcoming tournaments.

View an updated **Schedule** of BugsysClub Tournaments.

**Return to Top**

---

· **Can I play a Side/Ring game and a Tournament at the same time?**

Certainly. You can play up to three different poker games simultaneously from your account.

**Return to Top**

---

· **Results of Tournaments- I played a tournament several days ago- How do I retrieve results of that tournament?**

To see results of BugsysClub Tournaments, **Click Here**.
To see results of PokerSchoolOnline Tournaments, **Click Here.**
To see results of PokerPages Tournaments, launch the software, then click on the PokerPages Tab and view results listed in the Lobby.

**Return to Top**

---

· **Need More Time- What should I do if I need more time to make a difficult decision?**