You can click the 'Time' button as many times as you need to. Each time you click the time button you will get 20 more seconds.

**Return to Top**

---

**· System Crash- What happens if the system crashes in the middle of a tournament?**

During a Tournament the game will restart at the beginning of the current hand when the server is back up.

**Return to Top**

---

### Observe vs. Play Poker

**· How can I just Observe (not play/not participate in) a Game?**

TOURNAMENTS: You can select which tournament, and which table within that tournament to observe, by doing the following:

1. In the Main Panel of the Lobby, highlight a tournament that is already underway.
2. Click on the 'Tournament Info' button at the bottom of the Lobby screen. You will see detailed information about the tables and players at each table as well as their chip count.
3. Select which table you wish to observe by clicking on it.
4. Click on the 'Observe Table' button at the bottom of the Tournament Info Screen

SATELLITE OR RING GAMES: To observe a Satellite or Ring Game in progress:

1. In the Main Panel of the Lobby, highlight the Satellite or Ring Games already underway that you want to observe.
2. Click on the 'Observe Table' button at the bottom of the Lobby screen.

**Return to Top**

---

**· Can I see If My Friend is already Playing on the Software?**

If you know your friends UserName, and the type game they are playing in, you can go into that game as an observer and view the player names at the table(s).

**Return to Top**

---

**· Can I chat while I am observing?**

You certainly can. Unless a player has filtered out observers' chat, everyone, (players and observers) will see your chat. Please respect that players get easily distracted so keep your chat to a minimum.

**Return to Top**

## Technical & Hardware Questions

· **Recommended Configuration**

- Minimum Configuration is any model or brand PC with:
  96 megabytes of memory (RAM)
  a Pentium/AMD class processor with a speed of at least 266 Megahertz
  running Windows 98* or higher
  with a dial-up modem speed of at least 52 Bps.

- Better Configuration: Your experience will be most enjoyable if you use any model or brand PC configuration with at least:

  128 megabytes of memory (RAM)
  A Pentium/AMD class processor
  Processor speed must be at least 500 Megahertz
  Windows 98* or higher
  Cable-modem or DSL connection.
  Compatible Internet browsers AOL, **Netscape Navigator** version 4.01 or higher, **Microsoft Internet Explorer** version 5.0 or higher, **Mozilla** 1.2 or higher, and **Opera** 7.02 or higher.

Note: Java 1.4.1 needs to be supported by your operating system, therefore, per Sun Microsystems, *"The JavaTM 2 SDK is supported on Microsoft Windows 98 (1st or 2nd edition), Windows NT 4.0 with Service Pack 5 or later, Windows ME, Windows XP, Windows 2000 with Service Pack 2 or later."*

So we don't officially support Windows 95 since it doesn't have the known version of Java that the software needs on it. If that is the only operating system you have, you can try it- it will probably work.

**Return to Top**

· **What are the recommended display screen settings?**

In order to see our Poker software properly on your computer monitor, you must make sure that the screen resolution is at least 800 x 600 pixels (1024 x 768 is better), and your colors are set at least to a 32 bit setting (true color).

**Return to Top**

· **My display is fuzzy, I can't read cards- what should I do?**

Your screen resolution needs to be at least 800 x 600 pixels (1024 x 768 is better).

If you experience difficulty viewing the screen or buttons on our software, first determine your display settings and then change your display resolution. Follow these steps:

Click on Start at bottom left of your Screen. Select the Control Panel, then click on 'Display'.

Click on the Setting Tab at the top. You should see a slider scale for screen resolution with the words 'Less' and 'More' at the ends.

Now drag the small slider, or click on the Less/More line, in the screen area until it says 1024 x 768 pixels. Click apply or OK.

A new window will open. This window will ask you if it is ok to resize the desktop.

Click OK. The above example is for Windows 98. Other Systems may slightly vary.

**Return to Top**

· **How do I determine or change my Display Settings?**

If you experience difficulty viewing the screen or buttons on our software, first determine your display settings and then change your display resolution. Follow these steps:

Click on Start at bottom left of your Screen. Select the Control Panel, then click on 'Display'. Click on the Setting Tab at the top. You should see a slider scale for screen resolution with the words 'Less' and 'More' at the ends.

Now drag the small slider, or click on the Less/More line, in the screen area until it says 1024 x 768 pixels. Now click apply or OK.

A new window will open. This window will ask you if it is ok to resize the desktop. Click OK. The above example is for Windows 98. Other Systems may slightly vary.

**Return to Top**

· **Do you support Macintosh?**

Our intention is to support Macintosh in the future, but at this time it's not tested. Also, you'd have to have a version of Macintosh that supports Java 1.4.1.

**Return to Top**

· **Do you support Windows 3.1 or Windows 95?**

We don't officially support Windows 3.1 or Windows 95. Because Java 1.4.1 needs to be supported by your operating system, we recommend using at a minimum Windows 98 (1st or 2nd edition), or better still any more recent operating system for better performance, such as Windows NT 4.0 with Service Pack 5 or later, Windows ME, Windows XP, Windows 2000 with Service Pack 2 or later.

**Return to Top**

· **Do you support Unix?**

Our intention is to support Unix in the future, and some people

are now playing on Unix, but we haven't fully tested it at this time, so we don't support it at this time.

**Return to Top**

---

### · Who can answer my other hardware and software questions?

For answers to more technical questions at:
BugsysClub- Please email **Support@BugsysClub.com**
PokerPages- please email **support@pokerpages.com**
PokerSchoolOnline- Please email **support@pokerschoolonline.com**

**Return to Top**

---

### · I have AOL; can I register and play for real money or tournaments?

Yes, it works fine with AOL, though your web page resolution will be more crisp if you run Netscape in a separate window outside of AOL.

**Return to Top**

---

### · What version of Netscape do you recommend?

We recommend Netscape version 4.01 or higher

**Return to Top**

---

### · What version of Microsoft Explorer do you recommend?

We recommend Microsoft Internet Explorer version 5.5 or higher.

**Return to Top**

---

### · Firewall or Proxy Server

Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server.

**Return to Top**

---

### · Web TV Questions

Since there is no local storage, you are not able to download the software.

**Return to Top**

---

### · Update- How do I Upgrade/Update the Software?

Every time you log in, you will automatically be offered the chance to upgrade your software if a more recent version of the software is available. You can accept or reject to upgrade at that time.