The only time you really need to upgrade your Poker Software is if you receive an email message from us to do so. Then you would select 'Upgrade Software from the Internet' from the Software menu within your Start/Programs menu.

**Return to Top**

· **Uninstall - Why & How would I Uninstall the Software?**

In rare cases, an upgrade of the Software may require you to first uninstall prior versions before you upgrade to a new version. If this is required, it will be clearly indicated since this is not the normal procedure.

To uninstall, click the Start -> Settings -> Control Panel -> Add/Remove Programs. Some versions may also require you to click on Install/Uninstall tab at top. Find "PokerPages Software" in the list and click to highlight it. Now click on 'Add/Remove'.

This brings up the InstallAnywhere Uninstaller window. Look for the "Uninstall" box, and click on it. After a brief time, the dialog window should say "Uninstall Complete." When you see this, click on the "Quit" button.

Occasionally, the Poker Software shortcut icon on your desktop remains there even after you remove the PokerPages software. To remove this icon, simply click on it with your mouse, right click, and choose "Delete."

If you have tried all of these solutions and still have a problem, please email your site's support for more instructions:

BugsysClub: **Support@BugsysClub.com**
PokerPages: **support@pokerpages.com**
PokerSchoolOnline: **support@pokerschoolonline.com**

**Return to Top**

· **Reinstall- Why & How do I Reinstall the Software?**

There is no need to reinstall the Software, since every time you log in you will automatically be offered the chance to upgrade your software (if a more recent version of the software is available).

The only time you may need to reinstall the software is if you:

1. Received an email message to do so from Support. That email message would contain instructions how to do so.
2. Think the Software is corrupted. In that case you'd first need to do the following:

    1. **Uninstall the software**. Instructions are above.

    2. **Download the software**

    3. **Install the Software.** Double click on the installer executable (the PPsetup.exe or

BugsysSetup.exe) to install the Poker Software.

The (PokerPages/PokerSchoolOnline) or (BugsysClub) icon will appear on your desktop. PokerPages Software will be added to your Start---> Program Menu.

**Return to Top**

## Disconnects

· Why do I sometimes get a Slow/Interrupted Connection?

A slow connection may be because you are running other internet applications. Your connection may be overloaded.

An interrupted connection can be due to a problem with any of the following, which is why interruptions are harder to determine:

- Your PC connection (we've had kids and dogs disconnect our players!)
- Your internet provider (even AOL has had down times), your physical connection (to phone or DSL router)
- Or at our end: our network provider, or our server.

The most frequent reason for separation from an online game is that your side of the Connection is interrupted, which is why we ask you to check your physical connection and next your ISP before contacting us.

**Return to Top**

· Disconnects- What happens if the server crashes in the middle of a hand, or tournament?

If our server goes down during a Ring Game or Satellite, all current hands being played are cancelled and players at the tables will have their chips returned to their account.

If our server goes down during a Tournament, the game will restart at the beginning of the current hand when the server is back up.

In both cases we will post up to date status on the software information panel (Login Screen) for you to see.

**Return to Top**

· What happens to my money if I disconnect while I am playing?

It depends on the game you are playing.

TOURNAMENT OR SATELLITE: If playing a Tournament or Satellite and you time out, you will lose the current pot then continue to be antied away until you have no more chips.

RING GAME: If playing a Ring Game and you cannot return in

time you are deemed to be all-in for the current amount of chips in the pot. If you have already used your one per day all-in protection, your hand will either be checked or folded if someone bets into them. If you are still not able to reconnect, after ten minutes, you will be removed from the table and your remaining chips will be returned to your account.

Players who try to use the all-in due to disconnection rule to gain an unfair advantage will have their account terminated.

Please note: refunds are not issued for disconnects, only if the server crashes.

**Return to Top**

---

**· What happens to my hand if I cannot return back in Time after a Disconnect?**

It depends on the game you are playing.

TOURNAMENT OR SATELLITE: If playing a Tournament or Satellite and you time out, you will lose the current pot then continue to be antied away until you have no more chips.

RING GAME: If playing a Ring Game and you cannot return in time you are deemed to be all-in for the current amount of chips in the pot. If you have already used your one per day all-in protection, your hand will either be checked or folded if someone bets into them. If you are still not able to reconnect, after ten minutes, you will be removed from the table and your remaining chips will be returned to your account [you will only have 2 such all-ins in a 24 hour period].

Players who try to use the all-in due to disconnection rule to gain an unfair advantage will have their account terminated.

*Note:* *Refunds are not issued for disconnects, only if the server crashes.*

**Return to Top**



Home | About Us | Site Map | Poker | Poker FAQ | Contact Poker | Casino | Casino FAQ | Contact Casino  Affiliates