I declare under penalty of perjury that the contents herein are true and correct.

DATED:  July 24, 2007

**L. Kenneth Rosenthal**

LA 126867988v1 7/17/2007