# EXHIBIT H

| Claims of Patent No. 7,094,154 | Frequently Asked Questions for BugsysClub, PokerSchoolOnline, and PokerPages (Exhibit C) |
|---|---|
| 1. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | Entire document, pages 1 to 29 |
| establishing a subscription-based membership for each player of the plurality of players | Page 5, Download Software and Register for BugsysClub PokerSchoolOnline and PokerPages<br><br>Pages 10 and 11, Register for a Game |
| by charging each player a fee for a pre-determined membership time period; | Page 9, My Credit Card Charged - inherently means that a fee is charged<br><br>Page 11, Minimum Buy In<br><br>Page 15, Deposit Methods - What Ways can I Fund my BugsysClub Poker Account?<br><br>Page 16, Currencies and Funding |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | Page 5, Poker is a game involving chance and skill |
| the tournament consisting of at least one game round, | Pages 2, 11, and 12 relate to tournaments and games.<br><br>Page 21, How Does a Tournament Work? explains that there are multiple tournaments and games. |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | Page 21, How Does a Tournament Work? - Players who lose are removed from the tables. |
| wherein each player is required to make playing choices throughout the game; | Pages 1 to 29, Poker requires playing choices throughout the game |
| establishing a prize pool for the tournament; | Page 21, Prize Money is Calculated |

1

| Claims of Patent No. 7,094,154 | Frequently Asked Questions for BugsysClub, PokerSchoolOnline, and PokerPages (Exhibit B) |
|---|---|
| 1. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | Entire document, pages 1 to 29 |
| establishing a subscription-based membership for each player of the plurality of players | Page 5, Download Software and Register for BugsysClub PokerSchoolOnline and PokerPages<br><br>Pages 10 and 11, Register for a Game |
| by charging each player a fee for a pre-determined membership time period; | Page 9, My Credit Card Charged - inherently means that a fee is charged<br><br>Page 11, Minimum Buy In<br><br>Page 15, Deposit Methods - What Ways can I Fund my BugsysClub Poker Account?<br><br>Page 16, Currencies and Funding |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | Page 5, Poker is a game involving chance and skill |
| the tournament consisting of at least one game round, | Pages 2, 11, and 12 relate to tournaments and games.<br><br>Page 21, How Does a Tournament Work? explains that there are multiple tournaments and games. |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | Page 21, How Does a Tournament Work? - Players who lose are removed from the tables. |
| wherein each player is required to make playing choices throughout the game; | Pages 1 to 29, Poker requires playing choices throughout the game |
| establishing a prize pool for the tournament; | Page 21, Prize Money is Calculated |

1

| Claims of Patent No. 7,094,154 | Frequently Asked Questions for BugsysClub, PokerSchoolOnline, and PokerPages (Exhibit B) |
|---|---|
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | Page 2, Free Play<br><br>Page 14, Free Play Games<br><br>Page 18, Free Play |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | Pages 18 and 19, Free Play: How do I start playing for free right now? Registration information requested |
| wherein the non-subscription player is limited to one entry per tournament; and | Page 3, I would like to play under different names; can I have more than one account? User may have only one account at a time. |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | Page 21, How does a tournament work? "Over time in all tournaments, players who lose all their chips- or 'bust out,' are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." |
| 2. The method of claim 1 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | Inherent throughout the document, all three games. |
| 3. The method of claim 2 wherein the computer network comprises the Internet. | Entire document, pages 1 to 29 |
| 4. The method of claim 1 wherein the game comprises a card game. | Entire document, pages 1 to 29 |
| 5. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | Entire document, pages 1 to 29 |

2

| Claims of Patent No. 7,094,154 | Frequently Asked Questions for BugsysClub, PokerSchoolOnline, and PokerPages (Exhibit B) |
|---|---|
| establishing a subscription-based membership for each player of the plurality of players | Page 5, Download Software and Register for BugsysClub PokerSchoolOnline and PokerPages<br><br>Pages 10 and 11, Register for a Game |
| by charging each player a fee for a pre-determined membership time period; | Page 9, My Credit Card Charged - inherently means that a fee is charged<br><br>Page 11, Minimum Buy In<br><br>Page 15, Deposit Methods - What Ways can I Fund my BugsysClub Poker Account?<br><br>Page 16, Currencies and Funding |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | Page 5, Poker is a game involving chance and skill |
| the tournament consisting of at least one game round, | Pages 2, 11, and 12 relate to tournaments and games.<br><br>Page 21, How Does a Tournament Work? explains that there are multiple tournaments and games |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | Page 21, How Does a Tournament Work? - Players who lose are removed from the tables |
| wherein each player is required to make playing choices throughout the game; | Pages 1 to 29, Poker requires playing choices throughout the game |
| establishing a prize pool for the tournament; | Page 21, Prize Money is Calculated? |
| distributing a fixed number of tokens to each player participating in the tournament for betting in the tournament, | Page 19, chips, play money are tokens |

LA 126869836v1 7/19/2007

| Claims of Patent No. 7,094,154 | Frequently Asked Questions for BugsysClub, PokerSchoolOnline, and PokerPages (Exhibit B) |
|---|---|
| the fixed number not dependent upon any consideration provided by the player; | Page 19, Play-Money chips are not dependent upon any consideration and are deposited in a free account |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | Page 2, Free Play<br><br>Page 14, Free Play Games<br><br>Page 18, Free Play |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | Pages 18 and 19, Free Play: How do I start playing for free right now? Registration information requested |
| wherein the non-subscription player is limited to one entry per tournament; | Page 3, I would like to play under different names; can I have more than one account? User may have only one account at a time |
| distributing at least the same number of tokens to each non-subscription player participating in the tournament as each subscription player participating in the tournament, for betting in the tournament, and | Page 19, Play money chips deposited |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | Page 21, How does a tournament work? "Over time in all tournaments, players who lose all their chips- or 'bust out,' are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." |
| 6. The method of claim 5 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | Page 1-29, All 3 Games |
| 7. The method of claim 6 wherein the computer network comprises the Internet. | Page 1-29, All 3 Games |
| 8. The method of claim 5 wherein the game is a card game. | Page 1-29, All 3 Games |

4

| Claims of Patent No. 7,094,154 | Frequently Asked Questions for BugsysClub, PokerSchoolOnline, and PokerPages (Exhibit B) |
|---|---|
| 9. The method of claim 8 wherein the card game comprises poker. | Page 1-29, Poker SchoolOnline and Poker Pages |

LA 126869836v1 7/19/2007

# EXHIBIT I

| Claims of Patent No. 7,094,154 | Patent Publication 2004/0248634 as supported in Provisional Appl. 60/444,474 (Exhibits D and E) |
|---|---|
| 1. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | There are computer readable signals and remote access is obtained through kiosks, telephones, handheld devices or computers.<br><br>Figures 5, 6 and 7, and Entire Specification (Exhibit D and Exhibit E) |
| establishing a subscription-based membership for each player of the plurality of players | Players are allowed to create a subscription to play multiple games; players are allowed to automatically renew the subscription.<br><br>Paragraph 0021 (Exhibit D)<br>Page 5, lines 26-29 (Exhibit E) |
| by charging each player a fee for a pre-determined membership time period; | Players pay through cash, debit or credit card, or account credit, and subscriptions can be renewed.  (Presupposes a predetermined time period.)<br><br>Paragraph 0021 (Exhibit D)<br>Page 5, lines 26-69 (Exhibit E) |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | Games include games of skill and chance, such as blackjack and poker.<br><br>Paragraph 0017 (Exhibit D)<br>Page 5, lines 9-16; page 14, lines 7-8 (Exhibit E)<br>Entire Specification (Exhibit D and Exhibit E) |
| the tournament consisting of at least one game round, | Many of the example games have multiple game rounds.<br><br>Entire Specification (Exhibit D and Exhibit E) |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | The rules of poker potentially eliminate players until there are winner and runner-up players.  Other games have similar rules.<br><br>Paragraph 0036 (Exhibit D)<br>Page 8, line 5 (Exhibit E) |

| Claims of Patent No. 7,094,154 | Patent Publication 2004/0248634 as supported in Provisional Appl. 60/444,474 (Exhibits D and E) |
|---|---|
| wherein each player is required to make playing choices throughout the game; | Games require playing choices.<br><br>Entire Specification (Exhibit D and Exhibit E) |
| establishing a prize pool for the tournament; | A progressive or rolling jackpot is developed with the game.<br><br>Paragraphs 0027 and 0062 (Exhibit D)<br>Page 6, line 9; page 9, line 5; page 19, lines 10-15 (Exhibit E) |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | Alternative method of entry (AMOE) is available.<br><br>Paragraphs 0029 and 0056(Exhibit D)<br>Page 7, line 13; page 17, line 27, to page 18, line 2; page 18, lines 14-19 (Exhibit E) |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | Individuals can enter as an AMOE by submitting a postcard with information or signing up on a free internet site.<br><br>Paragraphs 0056 and 0058 (Exhibit D)<br>Page 17, line 27, to page 18, line 2; Page 18 lines 14-19 (Exhibit E) |
| wherein the non-subscription player is limited to one entry per tournament; and | AMOE entry may be limited to entry to one game in a period of one year.<br><br>Paragraph 0057 (Exhibit D)<br>Page 18 lines 10-12 (Exhibit E) |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | Computer automatically notifies players of their winnings; prizes can be won.  Payout to the winner is automatic.<br><br>Paragraphs 0018, 0028 and 0055 (Exhibit D)<br>Page 7, lines 22-24; page 9, lines 17-19; page 17, lines 24 -26 (Exhibit E) |

| Claims of Patent No. 7,094,154 | Patent Publication 2004/0248634 as supported in Provisional Appl. 60/444,474 (Exhibits D and E) |
|---|---|
| 2. The method of claim 1 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | Figures 3a, 3b, 5, 6 and 7 (Exhibit D and Exhibit E) |
| 3. The method of claim 2 wherein the computer network comprises the Internet. | Figures 5, 6 and 7, and Entire Specification (Exhibit D and Exhibit E) |
| 4. The method of claim 1 wherein the game comprises a card game. | Poker, five-card stud, and many other games.<br><br>Paragraph 0019 (Exhibit D)<br>Page 5 lines 6-18 (Exhibit E)<br>Entire Specification (Exhibit D and Exhibit E) |
| 5. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | There are computer readable signals and remote access is obtained through kiosks, telephones, handheld devices or computers.<br><br>Figures 5, 6 and 7, and Entire Specification (Exhibit D and Exhibit E) |
| establishing a subscription-based membership for each player of the plurality of players | Players are allowed to create a subscription to play multiple games; players are allowed to automatically renew the subscription.<br><br>Paragraph 0021 (Exhibit D)<br>Page 5, lines 26-29 (Exhibit E) |
| by charging each player a fee for a pre-determined membership time period; | Players pay through cash, debit or credit card, or account credit, and subscriptions can be renewed.  (Presupposes a predetermined time period.)<br><br>Paragraph 0021 (Exhibit D)<br>Page 5, lines 26-69 (Exhibit E) |

| Claims of Patent No. 7,094,154 | Patent Publication 2004/0248634 as supported in Provisional Appl. 60/444,474 (Exhibits D and E) |
|---|---|
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | Games include games of skill and chance, such as blackjack and poker.<br><br>Paragraph 0017 (Exhibit D)<br>Page 5, lines 9-16; page 14, lines 7-8 (Exhibit E)<br>Entire Specification (Exhibit D and Exhibit E) |
| the tournament consisting of at least one game round, | Many of the example games have multiple game rounds.<br><br>Entire Specification (Exhibit D and Exhibit E) |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | The rules of poker potentially eliminate players until there are winner and runner-up players.  Other games have similar rules.<br><br>Paragraph 0036 (Exhibit D)<br>Page 8, line 5 (Exhibit E) |
| wherein each player is required to make playing choices throughout the game; | Games require playing choices.<br><br>Entire Specification (Exhibit D and Exhibit E) |
| establishing a prize pool for the tournament; | A progressive or rolling jackpot is developed with the game.<br><br>Paragraphs 0027 and 0062 (Exhibit D)<br>Page 6, line 9; page 9, line 5; page 19, lines 10-15 (Exhibit E) |
| distributing a fixed number of tokens to each player participating in the tournament for betting in the tournament, | Points such as loyalty points are used to participate and this is essentially a token<br><br>Exhibits D and E. paragraph 0026 and page 8, lines 17-20. |
| the fixed number not dependent upon any consideration provided by the player; | Points such as loyalty points do not require consideration  Points such as loyalty points are used to participate<br><br>Exhibits D and E. paragraph 0026 and page 8, lines 17-20. |

| Claims of Patent No. 7,094,154 | Patent Publication 2004/0248634 as supported in Provisional Appl. 60/444,474 (Exhibits D and E) |
|---|---|
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | Alternative method of entry (AMOE) is available.<br><br>Paragraphs 0029 and 0056(Exhibit D)<br>Page 7, line 13; page 17, line 27, to page 18, line 2; page 18, lines 14-19 (Exhibit E) |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | Individuals can enter as an AMOE by submitting a postcard with information or signing up on a free internet site.<br><br>Paragraphs 0056 and 0058 (Exhibit D)<br>Page 17, line 27, to page 18, line 2; Page 18 lines 14-19 (Exhibit E) |
| wherein the non-subscription player is limited to one entry per tournament; | AMOE entry may be limited to entry to one game in a period of one year.<br><br>Paragraph 0057 (Exhibit D)<br>Page 18 lines 10-12 (Exhibit E) |
| distributing at least the same number of tokens to each non-subscription player participating in the tournament as each subscription player participating in the tournament, for betting in the tournament, and | Points such as loyalty points are used to participate and this is essentially a token. Rules for any game can be set as needed, and it would be an obvious choice to have all players equal at a start<br><br>Exhibits D and E. paragraph 0026 and page 8, lines 17-20 |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | Computer automatically notifies players of their winnings; prizes can be won.  Payout to the winner is automatic.<br><br>Paragraphs 0018, 0028 and 0055 (Exhibit D)<br>Page 7, lines 22-24; page 9, lines 17-19; page 17, lines 24 -26 (Exhibit E) |

| Claims of Patent No. 7,094,154 | Patent Publication 2004/0248634 as supported in Provisional Appl. 60/444,474 (Exhibits D and E) |
|---|---|
| 6. The method of claim 5 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | Figures 3a, 3b, 5, 6 and 7 (Exhibit D and Exhibit E) |
| 7. The method of claim 6 wherein the computer network comprises the Internet. | Figures 5, 6 and 7, and Entire Specification (Exhibit D and Exhibit E) |
| 8. The method of claim 5 wherein the game is a card game. | Poker, five-card stud, and many other games.<br><br>Paragraph 0019 (Exhibit D)<br>Page 5 lines 6-18 (Exhibit E)<br>Entire Specification (Exhibit D and Exhibit E) |
| 9. The method of claim 8 wherein the card game comprises poker. | Poker, five-card stud, and many other games.<br><br>Paragraph 0019 (Exhibit D)<br>Page 5 lines 6-18 (Exhibit E)<br>Entire Specification (Exhibit D and Exhibit E) |

# EXHIBIT J

| Claims of Patent No. 7,094,154 | Patent Publication No. 2005/0086126 (Exhibit F) |
|---|---|
| 1. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | An online gaming environment using game consoles with a network connection.<br><br>Paragraphs 0015, 0016 and 0020, and all figures. |
| establishing a subscription-based membership for each player of the plurality of players | A first user purchases a subscription for the online gaming and creates a member account.<br><br>Paragraph 0015, and drawings, pages 1 and 3. |
| by charging each player a fee for a pre-determined membership time period; | A first user purchases a subscription for the online gaming environment. Different or overlapping sets of privileges are available for some or all of the account types. There can be different types of accounts, and different types of subscriptions, with different fees.<br><br>Paragraphs 0015, 0019, and 0041. |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | A gaming environment typically with consoles, such as the Sony PlayStation, has games and tournaments and these games have characteristics of chance and skill. Such games are available to the user who has purchased the subscription. There are online game tournaments.<br><br>Paragraphs 0015, 0017 and 0072. |
| the tournament consisting of at least one game round, | The implementation includes challenges to play a game. There are online game tournaments.<br><br>Paragraphs 0015, 0017, 0059 and 0072. |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | Console games, such as those played on Sony PlayStation, have game rounds that eliminate players. |

| Claims of Patent No. 7,094,154 | Patent Publication No. 2005/0086126 (Exhibit F) |
|---|---|
| wherein each player is required to make playing choices throughout the game; | Games inherently require choices throughout the game.<br><br>Pages 1 to 15. |
| establishing a prize pool for the tournament; | Games played on consoles establish prize pools for tournaments. |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | A second user with a game console and network connection accesses the online gaming environment. The second user does not have a subscription. The online environment permits users to create non-member accounts if they do not have a subscription. The limited member access allows the non-member account to participate in the same game (ordinary or tournament).<br><br>Paragraphs 0016, 0017 and 0025. |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | The second user has a non-member account and clearly submits information to create that account.<br><br>Paragraph 0016. |
| wherein the non-subscription player is limited to one entry per tournament; and | An account is permitted to link to only one account at a time. One limited use link allows only one use.<br><br>Paragraphs 0017, 0064 and 0075. |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | In console game competitions and tournaments, the prize pool is disbursed as a prize that has immediate value subsequent to the completion of a tournament. |
| 2. The method of claim 1 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | There are paths between a server and first user systems and second user systems and there is an account database which administrates the system.<br><br>Paragraphs 0023 and 0024. |

2

| Claims of Patent No. 7,094,154 | Patent Publication No. 2005/0086126 (Exhibit F) |
|---|---|
| 3. The method of claim 2 wherein the computer network comprises the Internet. | The network is an intermediary network including the internet.<br><br>Paragraphs 0015 and 0023. |
| 4. The method of claim 1 wherein the game comprises a card game. | Console games may have cards associated with them or be related to games with cards. |
| 5. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | An online gaming environment using game consoles with a network connection.<br><br>Paragraphs 0015, 0016 and 0020, and all figures. |
| establishing a subscription-based membership for each player of the plurality of players | A first user purchases a subscription for the online gaming and creates a member account.<br><br>Paragraph 0015, and drawings, pages 1 and 3. |
| by charging each player a fee for a pre-determined membership time period; | A first user purchases a subscription for the online gaming environment. Different or overlapping sets of privileges are available for some or all of the account types. There can be different types of accounts, and different types of subscriptions, with different fees.<br><br>Paragraphs 0015, 0019, and 0041. |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | A gaming environment typically with consoles, such as the Sony PlayStation, has games and tournaments and these games have characteristics of chance and skill. Such games are available to the user who has purchased the subscription. There are online game tournaments.<br><br>Paragraphs 0015, 0017 and 0072. |
| the tournament consisting of at least one game round, | The implementation includes challenges to play a game. There are online game tournaments.<br><br>Paragraphs 0015, 0017, 0059 and 0072. |

3

| Claims of Patent No. 7,094,154 | Patent Publication No. 2005/0086126 (Exhibit F) |
|---|---|
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | Console games, such as those played on Sony PlayStation, have game rounds that eliminate players. |
| wherein each player is required to make playing choices throughout the game; | Games inherently require choices throughout the game.<br><br>Pages 1 to 15. |
| establishing a prize pool for the tournament; | Games played on consoles establish prize pools for tournaments. |
| distributing a fixed number of tokens to each player participating in the tournament for betting in the tournament, | Console games can start with a fixed number of tokens, chips or points, all of which are a form of token. |
| the fixed number not dependent upon any consideration provided by the player; | Usually this can be set up according to the rules of any of multiple games. |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | A second user with a game console and network connection accesses the online gaming environment.  The second user does not have a subscription.  The online environment permits users to create non-member accounts if they do not have a subscription.  The limited member access allows the non-member account to participate in the same game (ordinary or tournament).<br><br>Paragraphs 0016, 0017 and 0025. |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | The second user has a non-member account and clearly submits information to create that account.<br><br>Paragraph 0016. |
| wherein the non-subscription player is limited to one entry per tournament; | An account is permitted to link to only one account at a time.  One limited use link allows only one use.<br><br>Paragraphs 0017, 0064 and 0075. |

4

| Claims of Patent No. 7,094,154 | Patent Publication No. 2005/0086126 (Exhibit F) |
|---|---|
| distributing at least the same number of tokens to each non-subscription player participating in the tournament as each subscription player participating in the tournament, for betting in the tournament, and | Console games can start with a fixed number of tokens, chips or points, all of which are a form of token. |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | In console game competitions and tournaments, the prize pool is disbursed as a prize that has immediate value subsequent to the completion of a tournament. |
| 6. The method of claim 5 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | There are paths between a server and first user systems and second user systems and there is an account database which administrates the system.<br><br>Paragraphs 0023 and 0024. |
| 7. The method of claim 6 wherein the computer network comprises the Internet. | The network is an intermediary network including the internet.<br><br>Paragraphs 0015 and 0023. |
| 8. The method of claim 5 wherein the game is a card game. | Console games may have cards associated with them or be related to games with cards. |
| 9. The method of claim 8 wherein the card game comprises poker. | Poker is a form of card game with its own set of rules which can have correspondence to many card games. |

*LA 126869856v1 7/20/2007*

# EXHIBIT K

| Patent '154 | Little League / Children's Sports |
|---|---|
| A computer-implemented method of allowing a plurality of players to play a game over the computer network, the methods comprising the steps of | In little league, parents- similar to CPUs- kept baseball statistics in paper charts, and both mailed them and used the phone- similar to the Internet- to communicate with other local leagues and coordinate game play for a group of children, especially in preparation for world series little league in the area. |
| establishing a subscription-based membership for each player of the plurality of players | Parents filled out registration forms to sign their child up to join a group of players. |
| by charging each player a fee for a pre-determined membership time period | Parents paid a fee for their child to participate in the little league season. |
| hosting at least one game tournament for subscription-based player for a game that has elements of both chance and skill during the membership time period | Parents supervised as the league played at least one game, and usually more for little league baseball, which has elements of skill and luck during the season. |
| the tournament consisting of at least one game round | Teammates played at least one game, and usually more. |
| each game round potentially eliminating one or more player until a winning player and one or more runner-up players are determined | After one game or season and prior to playoffs, the worst player(s) might not play anymore, and the MVP and other best players are determined. |
| wherein each player is required to make choices throughout the game | Players had to swing or not swing the bat, steal a base or not, etc. |
| establishing a prize pool for the tournament | Trophies, ribbons, and free pizza lunch were awarded to the winners. |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of fee | Some children were allowed on the team without paying the fee because their parents could not afford to pay the fee or for other reasons. |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament | Children who played without paying a fee needed to complete application forms, provide health information, etc. |
| wherein the non-subscription player is limited to one entry per tournament | Children who played without paying a fee could only register for one season at a time, or perhaps could only play in local games. |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, and subsequent to the completion of the tournament | Large, medium, and small trophies, ribbons, and pizza lunches were distributed subsequent to the season. |

LA 126873302v1

1                                          102741-010300