TODD A. NOAH (SBN 152328)
PAUL K. TOMITA (SBN 188096)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         ptomita@dergnoah.com

Attorneys for Plaintiff MMJK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>ULTIMATE BLACKJACK TOUR, LLC<br><br>    Defendant. | Case No. C 07 03236 BZ<br><br>**PLAINTIFF MMJK, INC.'S REQUEST TO EXCEED PAGE LIMITATIONS FOR REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 7-4(b) and 7-10, Plaintiff MMJK, Inc. hereby requests permission to exceed by five pages the 15-page page limitation for its Reply Memorandum in support of its Motion for Preliminary Injunction. Plaintiff's Reply is due on Wednesday, August 1, 2007. Because of the complexity of the issues raised by Defendant in its Opposition, Plaintiff needs the additional pages to adequately address these issues. Defendant has objected to this request.

Dated: July 30, 2007                                                             DERGOSITS & NOAH LLP


                                                                              By: /s/ Todd A. Noah
                                                                                 Todd A. Noah
                                                                                 Attorneys for Plaintiff MMJK, INC.

IT IS HEREBY ORDERED that Plaintiff's Request is GRANTED.  Plaintiff may submit a 20-page Reply Memorandum in support of its Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated: July  30 , 2007                                            _____
                                                                                   Hon. Bernard Zimmerman
                                                                                   U.S. Magistrate Judge



-2-

PLAINTIFF MMJK, INC.'S REQUEST TO EXCEED
PAGE LIMITATIONS AND [PROPOSED] ORDER
Case No. C 07 03236 BZ