# EXHIBIT A















**Frequently Asked Question**
I've won. How do I collect my prize(s)?

Category: All > ClubUBT > Prize Claim Eligibility Requirements

**Answer**

Congratulations on your win! In order to claim and receive your prize, winners are required to provide ClubUBT the required eligibility information listed below. You only have to do this part one time! (As long as you don't move.) Future prizes will go out automatically.

Eligibility consists of Proof of Identity, Proof of Residency, and Proof of Age. All three of these requirements must be satisfied in order to claim your prize. The following forms of identification are acceptable:

- Valid US Driver's License
- Valid US State Identification Card
- Valid US Military ID
- Valid Canadian Driver's License
- Valid Canadian Provence Identification Card
- Valid Foreign Passport

To submit a **photocopy of one valid identification** listed above along with your **full name** and your **ClubUBT username**, please do any of the following:

- Scan and email to verify@theclubservices.com
- Fax to (702) 920-7652
- Mail to the following address:

    ClubUBT
    Prize Eligibility Department
    PO Box 30488
    Las Vegas, Nevada 89173

Your prize will be processed upon receipt of information. You will be sent an email advising you of any unmet requirements or if you are ineligible for any reason. If you meet the eligibility requirements, we will advise you of when you should expect your prize to be mailed or shipped.

If any prize or prize notification is undeliverable, if the required documents are not returned in a timely manner, or in the event of noncompliance with any of the Terms and Conditions or addendums to, the prize will be forfeited in its entirety.

Last Update: Jun 25, 2007

Copyright (c) 2007. Ultimate Blackjack Tour, LLC. All RightsReserved.



## PRIZE CLAIM VERIFICATION

General Prize Verification | Tax Information



Eleven-time bracelet winner Phil Hellmuth is one for the history books. Accomplished author and family man, he has dozens of tournament wins in the US and internationally. Find out about UBT pro Phil Hellmuth here.

**Congratulations on your win!**

Phil Hellmuth here ready to help you claim your pri[ze]. Winners are required to provide ClubUBT the verific[ation] information listed below. You only have to do this p[rocess] one time! (As long as you don't move.) Future prize[s are] then ready to be claimed. It's that easy!

Verification consists of **Proof of Identity**, **Proof of Residency**, and **Proof of Age**. All three of these requirements must be satisfied in order to claim yo[ur] prize.

Enjoy your winnings and look out for me playing at ClubUBT! - Phil

### The following forms of identification are acceptable:

- Valid US Drivers License
- Valid US State Identification Card
- Valid US Military ID
- Valid Canadian Drivers License
- Valid Canadian Provence Identification Card
- Valid Foreign Passport;

You can Snail-Mail, Fax or Email a **photocopy of one valid identification** listed above alo[ng] with your **Full Name** and your **ClubUBT Username** to the following address:

ClubUBT
Prize Eligibility Department
PO Box 30488
Las Vegas Nevada 89173

Scan and email to: verify@theclubservices.com

Fax to: (702) 920-7652

Upon receipt of the information your prize will be processed. You will be sent an email advis[ing]

any deficiencies or if you are ineligible for any reason. If you meet the verification requireme we will advise you when you should expect your prize to be mailed or shipped. Please visit c <span style="color:red">FAQ section</span> if you have additional verification questions.

If any prize or prize notification is undeliverable, if the required documents are not returned timely manner, or in the event of noncompliance with any of the Terms and Conditions or addendums to, the prize will be forfeited in its entirety.

<span style="color:red">back to top</span>

---

### Tax Information

Hi, it's Annie Duke again. I'm here to tell you how we're able to pay out all these great prizes.

If you have won **$600.00 or more in any given calendar year**, Federal Tax Regulations requires that you complete and return form W9 and that we issue you a form 1099 at the end of each calendar year. Once you have met this threshold, we will notify you via email to fill out form W9. <span style="color:red">You can find a fill-able copy here</span>. If you prefer, you can fill this out at any time to avoid future delay. You will only be issued a form 1099 if you met or exceed the Federal Tax requirement.

*Players who's residence is in a country outside the United States must still fill out form W9.



Professional poker player Annie Duke is regarded as one of the top female poker players in the world. Sh also a WSOP bracelet winner, author and proud mot of four. <span style="color:red">Find out about UBT pro Annie Duke here.</span>

 Form W9

You can then mail a signed copy to the following address:

ClubUBT
Prize Eligibility Department
PO Box 30488
Las Vegas Nevada 89173

Upon receipt of the tax information your prize will be processed. You will be sent an email advising of any deficiencies or if you are ineligible for any reason. If you meet the verificatio requirements we will advise you when you should expect your prize to be mailed or shipped

If any prize or prize notification is undeliverable, if the required documents are not returned a timely manner, or in the event of noncompliance with any of the Terms and Conditions or addendums to, the prize will be forfeited in its entirety. Please visit our <span style="color:red">FAQ section</span> if you ha additional verification questions.

Players are reminded to print all transaction data, payment methods and these Terms in orc

to avoid misconceptions at a later time.

back to top

Copyright (c) 2007. Ultimate Blackjack Tour, LLC. All Rights Reserved.