GREENBERG TRAURIG, LLP
MATTHEW S. STEINBERG (SBN 82969)
STEVE P. HASSID (SBN 219913)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California  90404
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  steinbergm@gtlaw.com; hassids@gtlaw.com

Attorneys for Defendant
Ultimate Blackjack Tour, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, Inc.,<br><br>                    Plaintiff,<br><br>vs.<br><br>ULTIMATE BLACKJACK TOUR, LLC<br><br>                    Defendant. | CASE NO.  C 3:07-CV-03236-BZ<br>**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**<br><br>[Local Rule 3-16]<br><br>JUDGE:     Hon. Bernard Zimmerman |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | | |
|---|---|---|
| 1. | MMJK, Inc. | Plaintiff |
| 2. | Jason Kellerman | MMJK, Inc. - President and Chief Executive Officer |
| 3. | Ultimate Blackjack Tour, LLC | Defendant |
| 4. | Russ Hamilton | Ultimate Blackjack Tour, LLC - Chief Executive Officer |
| 5. | Sanford I. Millar | Ultimate Blackjack Tour, LLC - Chief Operating Officer, Chief Financial Officer and General Counsel |

DATED: July 30, 2007

GREENBERG TRAURIG, LLP


By: _____/S/_____
MATTHEW S. STEINBERG
Attorneys for Defendant
Ultimate Blackjack Tour, LLC

1

**CERTIFICATE OF SERVICE**

I, hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:  (415) 705-6377
Facsimile:  (415) 705-6383


DATED:  July 30, 2007                    GREENBERG TRAURIG, LLP


                                         By:_____/S/_____
                                         MATTHEW S. STEINBERG
                                         Attorneys for Defendant
                                         Ultimate Blackjack Tour, LLC

2