GREENBERG TRAURIG, LLP
MATTHEW S. STEINBERG (SBN 82969)
STEVE P. HASSID (SBN 219913)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: steinbergm@gtlaw.com; hassids@gtlaw.com

Attorneys for Defendant
Ultimate Blackjack Tour, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> ULTIMATE BLACKJACK TOUR, LLC, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | CASE NO. C 3:07-CV-03236-BZ <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF MMJK INC.'S MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANT ULTIMATE BLACKJACK TOUR, LLC** <br><br> DATE: August 15, 2007 <br> TIME: 10:00 a.m. <br> LOCATION: Courtroom G <br> JUDGE: Hon. Bernard Zimmerman <br><br> DATE FILED: July 26, 2007 <br><br> JUDGE: Hon. Bernard Zimmerman |

# [PROPOSED] ORDER

**WHEREAS**, hearing on Plaintiff MMJK, Inc.'s ("MMJK") Motion for Preliminary Injunction was held on August 15, 2007, at 10:00 a.m., before the Honorable Bernard Zimmerman, in Courtroom G of the above-entitled court, and

**WHEREAS**, Plaintiff MMJK appeared through its counsel of record, Todd A. Noah, Esq. and Paul K. Tomita, Esq. of Dergosits & Noah, LLP, and Defendant Ultimate Blackjack Tour, LLC ("UBT") appeared through its counsel of record, Matthew S. Steinberg, Esq. and Steve P. Hassid, Esq. of Greenberg Traurig, LLP, and

**WHEREAS**, MMJK filed a Motion for Preliminary Injunction; Defendant Ultimate Blackjack Tour, LLC ("UBT") filed an Opposition to Plaintiff's Motion; and MMJK filed a Reply to such Opposition, and

**WHEREAS**, the Court, having read and considered the moving and opposing papers filed by the parties and having heard oral argument from the parties at the hearing, finds that MMJK's Motion for Preliminary Injunction should be denied,

**NOW THEREFORE, IT IS HEREBY ORDERED** that:

MMJK's Motion for Preliminary Injunction is DENIED.

DATED: _____

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT

*Presented By:*

GREENBERG TRAURIG, LLP

By: _/s/ Matthew S_____
MATTHEW S. STEINBERG
STEVE P. HASSID
Attorneys for Defendant

1

**CERTIFICATE OF SERVICE**

I, hereby certify that on August 1, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

DATED: August 1, 2007                    GREENBERG TRAURIG, LLP


                                         By:____/S/_____
                                         MATTHEW S. STEINBERG
                                         Attorneys for Defendant
                                         Ultimate Blackjack Tour, LLC