TODD A. NOAH (SBN 152328)
PAUL K. TOMITA (SBN 188096)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         ptomita@dergnoah.com

Attorneys for Plaintiff MMJK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>ULTIMATE BLACKJACK TOUR, LLC | Case No. C 07 03236 BZ<br><br>SUPPLEMENTAL DECLARATION OF TODD A. NOAH IN SUPPORT OF PLAINTIFF MMJK, INC.'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:  August 15, 2007<br>Time: 10:00 a.m.<br>Location: Courtroom G<br>Honorable Bernard Zimmerman |

I, Todd A. Noah, declare under penalty of perjury that the following is true and correct:

1.  I am a member of the law firm Dergosits & Noah LLP counsel of record for plaintiff MMJK, Inc. I submit this supplemental declaration in support of MMJK's motion for preliminary injunction. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2.  Attached hereto as Exhibit D is a copy of a screen shot from Defendant Ultimate Blackjack Tour, LLC's web site at www.clububt.com, accessible through the FAQ tab, then through entering "cash prize" in the search bar, leading to "I won! How do I claim my cash prize."

3.  Attached as Exhibit E is a copy of a screen shot from Defendant Ultimate Blackjack Tour, LLC's software, looking at Completed Poker Tournaments.

-1-

4. Attached as Exhibit F is a copy of a screen shot from an archive of the Poker School web site at www.pokerschoolonline.com, which was obtained by clicking through the Poker School Online link located in Exhibit C at page 5 of 5 of the Rosenthal Declaration (Docket Index No. 17-5.)

5. Attached as Exhibit G are the cover pages of U.S. Patent Application Pub. No. US2001/0004609 and U.S. Patent No. 6,425,828 B2, which shows that the publication and the patent are based upon the same application Serial No. 09/768,567.

6. Attached as Exhibit L is a true and correct copy of the December 30, 2004 Information Disclosure Statement in U.S. Patent No. 7,094,154

Executed this ___ day of August, 2007, at San Francisco, California.

_____
Todd A. Noah

-2-