# EXHIBIT F



### The PokerSchool Software

Download Help & Info

You need at least:
Windows 95 or higher
96 MEGS of RAM
Minimum processor speed of 200 MHz

FAQ
Software Instructions
Troubleshooting

The PokerSchool Online software is free for everyone to download and includes freeroll tournaments. However, there are many more tournaments held exclusively for PokerSchool Online members. Read about the benefits of joining PokerSchool here.

Tournaments include: no limit, limit & pot limit hold'em and omaha & omaha hilo. Seven card stud is coming soon and ring games are currently playable but are in beta testing.



The free software is the same software used at PokerPages & BugsysClub. In fact, the option to join the other two are always available through the software.

**PokerPages** is the freeplay section of the software where everyone can compete for sponsorships into real poker events.

**PokerSchoolOnline** is unique as it uses leagues and a complex ranking system to produce a competitive play environment for only $14.95 a month or $149.95 annually. To make the games as competitive as possible, sponsorship awards are given to the top league players.

**BugsysClub** is a real money site, where players can put their true mettle to the test with exciting games and leagues.