# EXHIBIT G

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2001/0004609 A1
Walker et al. (43) Pub. Date: Jun. 21, 2001

(54) DATABASE DRIVEN ONLINE DISTRIBUTED TOURNAMENT SYSTEM

(76) Inventors: Jay S. Walker, Ridgefield, CT (US); James A. Jorasch, Stamford, CT (US)

Correspondence Address:
WALKER DIGITAL
FIVE HIGH RIDGE PARK
STAMFORD, CT 06905 (US)

(21) Appl. No.: 09/768,567
(22) Filed: Jan. 24, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/028,781, filed on Feb. 24, 1998, now Pat. No. 6,224,486, which is a continuation of application No. 08/635,576, filed on Apr. 22, 1996, now Pat. No. 5,779,549.

**Publication Classification**

(51) Int. Cl.[7] .................................................. A63F 9/24
(52) U.S. Cl. .................. 463/42; 463/16; 463/17; 463/29

(57) **ABSTRACT**

A method and a system for a distributed electronic tournament system in which many remotely located players participate in a tournament through input/output devices connected to a central controller which manages the tournament. The method includes the steps of (a) uniquely identifying a player communicating with the central controller via an associated input/output device; (b) responding to payment of an entry fee by the player for allowing the player to participate in a tournament occurring within a fixed time window via an associated input/output device; (c) accessing a database to store in the database player information that is generated as the player participates in the tournament, such information being available for use in a subsequent tournament, which is administered by said controller and in which the player participates; and (d) awarding the player a prize for achieving a pre-established performance level in the tournament. In another preferred embodiment, the method further includes the steps of determining whether the player has been qualified to advance to a subsequent game session, in which at least one player is eliminated from the previous game session; and permitting each player qualified to a subsequent game session to participate in that game session. The system includes software and hardware to implement the method steps.



US006425828B2

## (12) United States Patent
### Walker et al.

(10) Patent No.: US 6,425,828 B2
(45) Date of Patent: *Jul. 30, 2002

(54) **DATABASE DRIVEN ONLINE DISTRIBUTED TOURNAMENT SYSTEM**

(75) Inventors: **Jay S. Walker**, Ridgefield; **James A. Jorasch**, Stamford, both of CT (US)

(73) Assignee: **Walker Digital, LLC**, Stamford, CT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/768,567**

(22) Filed: **Jan. 24, 2001**

### Related U.S. Application Data

(63) Continuation of application No. 09/028,781, filed on Feb. 24, 1998, now Pat. No. 6,224,486, which is a continuation of application No. 08/635,576, filed on Apr. 22, 1996, now Pat. No. 5,779,549.

(51) Int. Cl.[7] .................................................. A63F 9/24
(52) U.S. Cl. ........................... 463/42; 463/23; 700/92
(58) Field of Search ......................... 463/1, 9–14, 16, 463/20, 23, 25, 29–30, 36, 40–43; 700/91–93; 340/323 B

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,586,707 A | 5/1986 | McNeight et al. ........... 273/1 R |
| 4,592,546 A | 6/1986 | Fascenda et al. ........... 273/1 E |
| 5,083,271 A | * 1/1992 | Thacher et al. ............... 700/92 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| DE | 42 22 896 A1 | 1/1994 |
| EP | 0 843 272 A1 | 5/1998 |
| GB | 2 167 676 A | 6/1986 |
| WO | WO 94/01839 | 1/1994 |
| WO | WO 96/07867 | 3/1996 |

OTHER PUBLICATIONS

"Word Puzzles With a Twist PUNZZLES Exercises for Your Brain", Pinnacle Solutions, (http://www.iquest.com), 6 pages, Copyright 1995 Pinnacle Solutions.
"How to Play the POOL! Compete with People all Across the Net and Win Big Prizes!", (http://www.cybertainment.com), 2 pages, download date: Jan. 1996.

(List continued on next page.)

*Primary Examiner*—Mark Sager
(74) *Attorney, Agent, or Firm*—Magdalena M. Fincham; Dean P. Alderucci

(57) **ABSTRACT**

A method and a system for a distributed electronic tournament system in which many remotely located players participate in a tournament through input/output devices connected to a central controller which manages the tournament. The method includes the steps of (a) uniquely identifying a player communicating with the central controller via an associated input/output device; (b) responding to payment of an entry fee by the player for allowing the player to participate in a tournament occurring within a fixed time window via an associated input/output device; (c) accessing a database to store in the database player information that is generated as the player participates in the tournament, such information being available for use in a subsequent tournament, which is administered by said controller and in which the player participates; and (d) awarding the player a prize for achieving a preestablished performance level in the tournament. In another preferred embodiment, the method further includes the steps of determining whether the player has been qualified to advance to a subsequent game session, in which at least one player is eliminated from the previous game session; and permitting each player qualified to a subsequent game session to participate in that game session. The system includes software and hardware to implement the method steps.

**10 Claims, 8 Drawing Sheets**

