# EXHIBIT I

# Jason B. Kellerman

120 26th Avenue
San Francisco CA 94121
(415)-250-4137
jasonk@gmail.com

## EXPERIENCE

**BetZip.com**                                                                **November 2004-Present**
*Chief Executive Officer and Co-Founder*

Responsibilities include oversight of all strategic, financial and operational aspects of BetZip's unique, patented online subscription gaming service.

**LookSmart, Ltd. (ticker: LOOK)**                                     **March 1999-January 2004**

*Chief Executive Officer and Director*                              *Oct. 2002 –Jan. 2004*

- Responsibilities included oversight of all strategic, financial and operational aspects of this $155MM (2003 revenue), 430 person public internet search company.
- Key accomplishments included revenue growth of 63% from 2002 to 2003, GAAP net income growth from $(4.6)MM to $5.7MM (excluding one time gains), the addition/expansion of distribution deals, including Lycos and Inktomi/Yahoo, the development of a strong management team, and the expansion of a strong institutional shareholder base.
- Restructured the company after Microsoft, LookSmart's largest customer, elected to build its own search technology. This included the development of a new strategic direction as well as significantly reducing LookSmart's cost structure.

*Chief Operating Officer*                                                     *July 2001-Sept. 2002*

- Responsibilities included operational oversight of sales, business development, product/technology development, and international operations.
- Key accomplishments included recruiting a skilled and experienced management team (CTO, VP Sales, VP Business Development, VP HR), growing the listings business from $10MM in 2000 to a $75MM business in 2002, launching a new set of advertiser technologies that resulted in over 30,000 listings customers, acquiring Wisenut (a next generation search engine) and Primary Knowledge (a business intelligence platform) and achieving profitability and positive cash flow.
- Built key relationships within Microsoft, AOL, Yahoo, Lycos, AskJeeves, and many others.

*CEO LookSmart Australia*                                              *June 2000 – June 2001*

- Responsibilities included overall P&L responsibility for the Australian business, managing a team of 45 individuals across all functional areas, communicating with Australian investors and analysts on a regular basis, and representing the public face of LookSmart in Australia.
- Key accomplishments included increasing traffic 3-4 fold, building revenue back up to peak 2000 quarterly levels in a difficult advertising market, and rolling out several new products, which today drive more than 70% of revenue and profitability. In addition,

restructured the company in early 2001 to reduce costs by over 50% while simultaneously growing revenue.

*Director, Revenue Management Team*                     *May 1999-May 2000*

- Responsibilities included managing a team of 35 people focused on increasing advertising revenue per page (yield) and delivering quality customer service to LookSmart's advertising clients.
- Oversaw ad operations group and worked with all other groups within the company on revenue initiatives. During the 13 month period in this role, yield per page approximately tripled, advertising revenue increased five fold, and the Revenue Management Team grew from 10 people to 35.

*Director, eCommerce Group*                             *March 1999-April 1999*
- Responsibilities included evaluating and setting up new eCommerce related businesses that leveraged LookSmart's distribution network.

**Mercer Management Consulting**                        **June 1990-February 1999**

*Principal*                                             *December 1996-Feb. 1999*

Responsibilities include managing large ($1MM-$5MM) strategy consulting engagements for Fortune 500 clients, developing and expanding existing client relationships, teaming with other Mercer partners to identify and secure new clients, contributing to Mercer's intellectual capital efforts, and recruiting and developing Mercer professionals.

Led joint Mercer/client teams in North America, Asia, Africa, and Australia/New Zealand, consulting to clients in a variety of industries. Example engagements include:

- Developing an online product strategy for a major international brokerage firm
- Designing and implementing a growth strategy for a U.S. P&C insurance company
- Developing a turnaround plan for an Australian regional bank
- Working with several major oil companies to build and implement retail strategies. (spent several years contributing to Mercer's perspectives on multi-unit retailing)
- Building Mercer's point of view on deregulation in the U.S. Utilities industry

*Research Analyst – Senior Associate*                   *June 1990-December 1996*

Worked on teams in various capacities consulting to clients in the Energy, Telecommunications, Entertainment, Banking, Consumer Products and Healthcare industries. Promoted from analyst to partner in 6 years

**Leonard Jackson Associates, Consulting Engineers**    **Summers 1987-1989**

Coordinated and managed the completion of several flood insurance study contracts for the Federal Emergency Management Program (FEMA)

**EDUCATION**

**Princeton University** (1990), BSE, Civil Engineering and Operations Research
Engineering and Management Systems Program (GPA: 3.8/4.0); Graduated with High Honors.

# MARC EVAN MARIN
15 Prairie Clover
Littleton, CO 80127
303.948.0562
memarin1@mindspring.com

---

**WORK EXPERIENCE:**

Executive Vice President, Chief Information Officer - Memolink, Inc.: April 1994 – September 2004
- Responsible for managing sales, marketing, email distribution and all facets of technology (including site development)
- Design and implementation of memolink.com, a database driven loyalty site currently ranked as the 4,0 most visited Web site
- Responsible for member acquisition and marketing for memolink.com using e-mail marketing, affiliates, (banners), co-registration and search. Membership base is ~10,000,000 unique members. Acquisition r was increased from 50,000 per month to 400,000 per month while maintaining profitability
- Created and designed registration path model' to ensure that each member acquired was profitable by t end of their first visit – this process brought Memolink from consistently losing money (Q4 2001 – Q4 20 to 5 straight profitable quarters (Q3 2003 – Q3 2004). This was done without any institutional funding.
- Helped develop 'Branded Sites' technology allowing other websites to brand their own loyalty programs through our technology
- Managed data acquisition and e-mail distribution for Trifecta, LLC

Consultant - New Jersey Nets:  April 1994
- Designed software for use by radio sponsorship for accounting purposes

Director of Management Information Systems - New Jersey Nets:  1993-94
- Worked with team president to create a ticket sales database that helped increase average ticket sales 11,000 to 16,000 in one season
- Designed database software for use by marketing, game operations, and sponsorship sales departmen using Microsoft Access
- Created computer images/graphics for distribution by public relations and game operations department
- Trained management and staff on computer and software use
- Constructed specifications and organized bids for computer hardware and software purchases
- Worked as assistant to President
- Responsible for managing interns

Teaching Assistant - Spring 1992
Data Management - City College of New York:  Summer 1990-93
- Special Assistant to Associate Dean
- Designed database for use by School of Education using Dbase III+, iV
- Organized Praxus & Nexus: Educating for Excellence National Conference
- Helped prepare grant proposals

Retail Marketing Assistant - Tandy Corporation:  Summer 1989
- Sales representative – set sales records for non-mall store locations

Founding Father of Alpha Sigma Phi Fraternity at Binghamton University - Treasurer: 1987-89
Computer Coordinator - NYC Board of Education:  Summer 1985-88
- Director of computer operations for District 10, Bronx, NY
- Responsible for district wide database design

**EDUCATION:**         Master of Business Administration/Operations Management: Aug. 1993
                                    Binghamton University/SUNY, School of Management
                                    Binghamton, NY  13901
                              Bachelor of Science in Economics/Mathematics Minor:  May 1991
                                    Binghamton University/SUNY, Harpur College
                                    Binghamton, NY  13901

# Kevin E. Flood

**119 Gates Street**
**San Francisco, CA 94110**
**415-235-9433**
**Kevin_Flood28@hotmail.com**

**Objective:**
Building early stage standalone businesses or organizations that are forming within a large enterprise. Leverage my overall business experience to help companies develop and execute viable business models. Develop and deploy products on time and within budget.

**Professional Strengths:**
Initiating and managing startup operations. Skills include: Development of business plans. Market, technology and business environment assessment. Engineering team and organization building, Implementation of strategic and tactical plans Reassessment of business model based on marketing /sales projections, operation management and fund raising. Specialize in rapid product development, organization building and business plan execution.

**Professional Experience:**

05/05- Present: BetZip.com
*Chief Technology Officer. Responsible for all technology development, IT management, software, integration, security.*

03/03- 04/05 Harrah's Entertainment UK

*COO/General Manager. Responsible for the international launch of an online gaming business for a US public gaming company. Manage marketing, IT, finance, remote development team, call center, legal and regulatory compliance groups. Duties include staffing, managing 7 million dollar annual budget, complying with US/UK and Alderney gaming regulations and compliance with UK/US accounting and tax law. Responsible for web site launch in February 2003 and execution against business plan. Provided feedback to US corporation on UK consumer gaming market and acceptance of new gaming concept. Advise US corporation on future direction of company and alternate international World Series of Poker business plan. Currently, engaged in the execution of WSOP business plan. Duties include negotiation of poker room software provider contract, web site development, marketing plan, legal jurisdiction determination and partnership deal negotiation. Reporting to CEO located in Las Vegas Nevada.*

*Technology/Business Consultant. Work with Harrah's to build UK company, team and online gaming business. Responsible for overall project management. Advise US parent and UK staff on operational requirements for deployment of legal, secure, and highly regulated online gaming site. Primarily responsible for the product design of a secure verification system to assure US state regulators that no US residents would wager on web site. Activity involved verification module design, vendor evaluation, vendor selection, vendor contract negotiations, verification strategy and development of manual verification process. Work closely with US corporate legal and UK legal gaming experts to assure that verification conformed to international and US law.*

*Coordinated software development between US software development team and UK marketing team. Assisted in the selection of UK outsourced call center in Scotland. Became acting Managing Director in October of 2003.*
www.harrahs.com
05/01-01/03 Wagerworks
**VP of Engineering**. Responsible for the development of enterprise casino game platform. System based on J2EE, Weblogic, Flash Client, Informix and XML game definition. Deployed on Solaris platform. Build system to legal gambling regulatory guidelines. Guidelines required inclusion of PKI, data encryption and other automated security features to ensure regulatory compliant system. Instituted development process to support externally audited software and system review. Initiated a jackpot project (patent submitted) which involved the evaluation of a web services model for the communication between casino platform and remotely hosted jackpot manager. Implementation involved the use of JMS. Used RUP process to assure quality management and required regulatory documentation. Co-developed financial transaction engine with UK company and integrated it into casino game site. Build specialized verification module (patent application submitted) to allow operators to restrict access of site to only legal jurisdictions. Sites deployed in regulated Island of Man and Alderney jurisdiction. Build development team to 50 people including artists, web designers, software engineers, QA engineers and contractors. Delivered full enterprise financial transaction platform and 13 games within 8 months. Product developed in the US and deployed internationally.
**www.wagerworks.com**

2/01-4/01: Sega/Seganet
**VP of Engineering.** Responsible for all technology associated with support and implementation of online games in the U.S. Staff comprised of 50 engineers and consultants. Duties included conversion of games for online play, IS and network operations support to host games in Sega data center, software development project to develop generic online game platform for network games and IS support for office personnel. Network operations included 8 remote data centers in Genuity hubs to support dial-up ISP game service. Dreamcast console discontinued and Seganet downsized in spring of 01.
**www.seganet.com**

09/97 – 01/01: iOwn.com
 **President Wommera Subsidiary.** Responsible for building company based on E-marketing CRM application. Application implemented as an ASP on Linux, Sun, Oracle and Java platform. Application featured the use of a decision engine to dynamically construct personalized e-mail campaigns. Product was capable of creating unique targeted content for each e-mail campaign. Company was spun off from parent company. Responsible for building new development team and marketing team. Actively raised funding. During fund raising a potential investor in company purchased company. Unit sold 01/01 to OnDemand, Inc.
**VP of Engineering.** Responsible for building the software development, web hosting and information services organizations for online mortgage and real estate business. Staffed up to 50 engineers and IS support personnel. Web site supported an average of 1 million users, 500K unique users and 250K new users per month. IS infrastructure supported 2 co-hosted web sites, 3 facilities and 2 data centers. Web hosting site included approximately 25 servers running NT, IIS 4.0, Solaris and Linux. Development environment includes MS Visual C++ ISAPI DLL, ASP, Active X and Java. Database development included MS SQL and Oracle. Infrastructure supported complete linking of web site activity to loan processing back office systems and workflow. Infrastructure supported 900K real estate listings and a daily refresh of these listings. Released WAP version of site using PQA for Palm VII and 2Roam implementation for cell phone. Responsible for build out of remote mortgage processing organization. Install complete ACD phone system, cabling system setup and VOIP communication. Special back office applications developed to assist in mortgage processing. Integrated applications with mortgage document processing system. IOwn sold to Citi Mortgage in 2001.
**www.citimortgage.com**

3/95 - 7/97:    Intellisync
**VP of Engineering.** Responsible for the development of Windows based Wireless Infrared Application (TranXit). TranXit was a consumer file transfer and synchronization product pre-loaded on the majority of laptops with infrared capability. Built development organization from 8 to 30 engineers. Responsible for all daily operations including development, QA and product maintenance. Development includes 16 bit Windows, 32 bit Windows and NT project teams. Full vertical development including low level hardware communications device driver development, communication layer, middleware and UI code development. Participated in due diligence for acquisition of Personal Information Management(PIM) synchronization company(Intellilink). Participated in due diligence for acquisition of Real World Solutions (RWS). RWS produced client/server messaging software for Internet and wireless networks. Puma (Intellisync) went public in December of 1996.
**www.intellisync.com**

8/87 - 3/95:   AI Squared, Inc

**President**. Responsible for the development of the business plan, fund raising, company formation, development, sales and daily operations of company. Company funding was derived from corporate partnerships with HBO McKesson, Synetics, and MPSI. Product design was the result of MIT research into model-based artificial intelligence. Head of MIT AI Lab was co-founder and stock holder in company. Developed a diagnostic expert system application (IDEA) using AI agent-based and model-based reasoning technologies. Product used Microsoft Windows platform and included a CAD-like editor, ODBC interface for database storage and retrieval and runtime product delivery environment. Product sold to large medical instrumentation, automotive, aircraft and computer manufacturers. Customers included Mercedes Benz, Volvo, Johnson & Johnson, Ford Motor Company, General Dynamics, Detroit Diesel, US Navy and Beckman Insturments. Developed equipment service consulting business to complement product implementation. Company was sold to Intelligent Vehicle Highway Systems (IVHS) in Spring of 1994.

10/80-8/87:    Wang Laboratories

**Engineering Manager**. Responsible for technology transfer project with Massachusetts Institute of Technology(MIT). Managed a small project team that co-developed a model-based reasoning expert system application prototype. Objective was to prove technology could potentially be used for network diagnostics. Project involved work with Randall Davis and a group at the MIT AI Laboratory. In addition, attended courses at MIT relating to different AI technologies with emphasis on expert systems. Prototype proved successful and helped Wang integrate into expert system product line. Other position included Support Center Manager and Product Support Manager.

**Education**

B.A. University of Colorado.
Technology Transfer Project with MIT AI Lab sponsored by Wang Labs – Transfer Model Based Reasoning research to commercial product implementation.
Babson College MBA for working managers program sponsored by Wang Labs.
UC Santa Cruz courses in Internet Protocols, Internet Servers, HTML development.
UC Berkeley certificate program in Bioinformatics for Technical Professionals

**Articles**

Scaling Up Your Systems, Beyond Computing, Oct. 1999, Vol. 8, Number 8
Organizational Dysfunction And Its Impact On Startup Companies, Feb. 2003
Should The Game Development Process Adopt New Software Engineering Development Processes, Game Developer, May, 2003

**Patents**

Patent pending "Internet Gaming Jackpot System"

# David A. Geary
Mobile: +1 510-368-8863, davegeary@gmail.com

## EXPERIENCE

**BetZip.com**  04/06-Present
SVP Business Development  San Francisco, CA

Lead all strategic partnership efforts for BetZip's online games service

**Eastman Kodak Company / Ofoto Inc.**  12/99-Present
Kodak Digital Imaging Services & Ofoto, A Kodak Company  Emeryville, CA

Founding management team member of Ofoto, the leading Online Photo Service acquired by Kodak in May 2001. Business Development executive for Ofoto & Kodak responsible for key global partnerships, expansion to Europe & entry into Mobile Imaging market.

*SVP & General Manager, WW Mobile Services, Kodak Digital Imaging Services (4/04 - present)*
- GM of Kodak Mobile Service; manage worldwide P&L for emerging mobile software & services business.
- Led business plan, partnership strategy and product plans for US, Western Europe, China and Brazil.
- Hired & developed team in US and Europe across business development, product management, marketing and software development.
- Successfully developed, deployed & managed suite of mobile services including mobile data & messaging services, WAP services, handset clients and website. Services launched in US, Europe, China & Australia including co-branded services for partners. Service usage grew over 500%+ from 2004-5.
- Developed and managed partnerships with leading mobile operators, e.g., (US): Cingular Wireless, AT&T Wireless, Verizon Wireless; (Europe): T-Mobile International, O2; (Asia): Hutchinson/3 Australia.
- Develop & managed global relationships with handset companies, including Nokia, Sony Ericsson, and Motorola, and managed technology partnerships with leading mobile aggregators, software developers, and technology companies.
- KODAK spokesperson for Mobile imaging sector; appearances in USA Today, Fortune, Boston Globe, Wireless Week, RCR Wireless News and more. Speaker at industry conferences in US and Europe.

*SVP, Worldwide Business Development, Ofoto, A Kodak Company (12/03 - 5/04)*
- Led strategic partnership efforts for Kodak's online photo service, including deals with Adobe, Disney Theme Parks, Dell and Microsoft.
- Conceived and developed Kodak's first mobile imaging partnerships with Nokia and AT&T Wireless.
- Managed global relationships with Digital Camera OEMs for software bundling and co-marketing, including Casio, Olympus, Sanyo, Konica/Minolta.
- Led team of business development, account management, partner marketing professionals across multiple offices (California, New York and Amsterdam).

*Vice President, Strategic Partnerships (5/01 - 11/03)*
- Developed key partnerships with Apple Computer, Microsoft and Olympus USA.

- Led team to develop business plan, secure funding and execute Ofoto's expansion to Western Europe. Managed establishment of office, team and facilities in Amsterdam. Hired GM to manage Ofoto Europe.
- Led integration of Kodak online services into Ofoto platform and business, including website, digital cameras, PC software
- ACTING VP MARKETING: Led Ofoto's advertising & marketing team for 6 months. Responsible include online advertising, press and PR, partner marketing and integration with Kodak marketing teams

*Vice President, Business Development, Ofoto Inc. (12/99 - 5/01)*
- Member of initial management team of #1 venture-funded Online Photo Service.
- Developed Ofoto's partnership strategy, hired and managed team including business development, account management, partner marketing and product development.
- Led partnerships with over 25 leading photography, electronics, imaging and PC companies. Ofoto partners include Amazon.com, Apple Computer, HP, Sony, Excite@Home, NBC, Getty Images, Corbis.
- Assisted extension of key business partnerships to strategic investment in Ofoto B round (Apple & HP).
- During online economy downturn successfully renegotiated & restructured 8 partnerships deals for a total savings of over $15M.

## America Online / When.com                              1998-1999
San Francisco, CA

*Director of Business Development, AOL (1999)*
- Developed strategy and led cross-functional sales and marketing team targeting Consumer Electronics & Games categories. Reported to Vice President of Business Development.
- Responsible for identifying, negotiating and closing strategic partnerships to generate revenues for AOL interactive division across AOL, Netscape & CompuServe.
- Closed over $20M in media deals in first 9 months including partnerships with Ritz Cameras, 800.com, Gamestop/Babbages.

*Director of Business Development*, When.com *(1998 - 1999)*
Redwood City, CA
Responsible for developing strategic partnerships & generating revenues for leading Internet calendar & events service. When.com was acquired by AOL in early 1999.
- Identified, proposed, negotiated and closed strategic business partnerships across content, distribution and e-commerce segments.
- Developed & closed partnerships including Music Boulevard, WineToday, Zacks Investment Research, Weather Channel, Ticketweb, CollegeEdge & CNN/SI.

## CyberCash
## 1996 - 1998

*Director of Marketing (1998)*
Redwood City, CA
- Managed corporate marketing group with $4M budget, four staff and several agencies.
- Led development and execution of marketing strategies, including positioning, channel development, and advertising programs targeted at e-commerce business customers (merchants, web developers, ISPs, technology vendors & billers).
- Developed and implemented E-Commerce channel partner program that acquired over 500 new web developer, web hosting and ISP partners in the first six months.

*Strategic Marketing Manager (1996 - 1997)*
- **Business Development & Strategic Planning** Identified and developed vertical partnerships (games, sports & music) and applications for Internet payment services.

**San Francisco Consulting Group**
1991 - 1996
*Consultant*                                                                                   San Francisco, CA
- Member of case team for a boutique strategy & management consulting firm specializing in the global wireline & wireless telecom industry (now a division of KPMG).
- Strategic planning, build/buy technology analysis, market assessment and investment analysis across a range of telecom service and hardware markets in the US, Europe and Asia.
- First Analyst promoted directly to Consultant in firm history.

EDUCATION

**Stanford University**
1987 - 1991
*B.A. in English.* Stanford University Crew Team.
Stanford, CA

**Oxford University**
1989 - 1990
Tutorials in English Literature. Oxford Volleyball Team & St. Edmund Hall Crew Team.
Oxford, England

PROFESSIONAL
• 2005 Representative, Photo Marketing Association (PMA), On-Line & Mobile Imaging Advisory Committee
• Frequent speaker at industry conferences in US & Europe, including Infotrends, PMA, CTIA, Future Image Conference and Index Ventures Geneva Technology Conference.

**INTERESTS:** Swimming, SCUBA diving, digital photography, travel and being a dad for two little ones.

# LOUIS ROITBLAT
24 Greenbank Ave.
Piedmont, CA 94611
(510) 655-7900
lroit@pacbell.net

**EXPERIENCE**

2002-2004  **LEAPFROG ENTERPRISES**     Emeryville, CA
Vice President of Marketing
Partnered with President to build new business-to-business division to leverage brand, technologies and content into expansion markets including schools, adult education, and corporate training. As one of three person Divisional Executive Committee, led development and implementation of strategic vision, business plans, P&L, product development, engineering and editorial in addition to product marketing and marketing programs.
- Obtained # 8 share in K-12 education business in only two years while delivering profitability. Achieved record growth rate in industry history.
- Created long term strategic vision and plans to grow revenues from $8 to over $200 million in six years. Currently on track increasing year-over-year revenue 86% in 2003.
- Implemented brand building and revenue generating programs (events, direct marketing, PR, advertising) delivering sales targets and establishing industry leadership position.
- Developed innovative product vision; launched over twenty-five key products in first year.

1999-2001  **SEGA/FAMILYWONDER.COM**     San Francisco,
Vice President of Sales and Marketing
As original management team member, successfully launched e-commerce start-up, leading to acquisition by SEGA. Assumed general manager role in addition to sales, corporate marketing, product marketing and merchandising responsibilities. Led corporate vision, developed business plans, and built organizational structure and staffing.
- Launched company within first 60 days. Formulated company positioning and corporate identity, developed branding and completed web site.
- Achieved position as #2 children's online retailer. Exceeded one million monthly visitors behind innovative programs while maintaining lowest cost-per-customer in the category.
- Established and optimized partnerships with Disney, McDonalds, FAO Schwarz and NBC.
- After acquisition, selected to head sales and marketing for SEGA.com.

1995 - 1999  **MATTEL/THE LEARNING CO.** (Acquired Creative Wonders)     **Fremont, C**

**Vice President of Marketing, Mattel/The Learning Co. (1998-1999)**
Appointed head of marketing for entire $400 million children's software portfolio. Brands included: Fisher Price, Reader Rabbit, Nickelodeon, Arthur Sesame Street, Rug Rats, Carmen San Diego, Madeline and Dr Seuss. Led portfolio strategy as well as business and product management across 12+ lines and 40+ employees.
- Led division to #1 in category, over-delivering revenue and profit plan by 30%.
- Acquired competitor and pioneered two new lines, growing portfolio sha over 35%.
- Re-engineered cross-functional roles and business processes delivering substantial growth in share and profitability. Successfully integrated organizations through repeated acquisitions.
- Offered General Manager position for all Mattel's children's software.

**Vice President of Marketing, Creative Wonders, A Disney/Electronic Arts start-up (1995-1998)** One of four executive team members building start-up tc #3 educational software firm resulting in subsequent sale to the category leader within three years. Led corporate vision, business plans, P&L management for all company products and all aspects of the marketing function.
- Oversaw product line strategies including positioning, pricing, packaging advertising, promotions, consumer research, product marketing and publ relations.
- Increased product sales five-fold behind breakthrough promotional programs.
- Turned-around failed Sesame Street products, achieving #1 line in catego
- Led penetration of new distribution channels, delivering 30% sales increas
- Promoted from Director to Executive Committee member in first year.

1989 - 1995    **THE CLOROX COMPANY        Oakland, CA**
**Brand Manager, Formula 409, S.O.S. Glass Cleaner (1993-1995)**
Managed $160MM business and largest marketing budget ($30MM). Responsible for P&L, priority setting for other functions, and all elements of marketing mix.
- Developed comprehensive, long-term revitalization plan. Reversed negative market share trends while successfully defending against major Procter and Gamble competitive launch.
- Grew business 20% behind innovative line extensions.
- Created most persuasive advertising in division's history.

**Brand Manager, Clorox Clean Up (1992-1993)**
Promoted first in class to manage Clorox's $50MM flagship line extension.

- Repositioned and relaunched brand. Reversed 30% declines to 10% grow in six months.
- Launched line extensions growing brand additional 35%.

**Brand Assistant/Assistant Brand Manager, New Cleaning Products, Cat Litter (1989-1992)** Managed all phases of product development from concept generation to national expansion.
- Created first home cleaning division new products strategy.
- Defined new product concepts, resulting in five successful national launches.

1983 - 1987    **MELVILLE CORPORATION**    Los Angeles, CA
**District Manager, Prints Plus**
Assumed key role in building a fast-paced, trendy, retail start-up into a 70 store, nationwide chain. Oversaw marketing, sales, merchandising and operations. Innovated improvements t were implemented nationally.

# EDUCATION

1987 - 1989    **THE WHARTON SCHOOL, University of Pennsylvania**    Philadelphia
MBA majoring in Marketing and Finance. Sole recipient of Dean's Award Excellence. Founder of Silver Crest Productions, creators of "Welcome Wharton" film.

1981-1983    **THE UNIVERSITY OF MICHIGAN**    Ann Arbor
BA, summa cum laude in Communications. Completed Graduate Fi program as an undergraduate. Raised $5,000 to produce creative Hon Thesis. Dean's List all terms.