UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, INC.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ULTIMATE BLACKJACK TOUR LLC,<br><br>       Defendant(s). | No. C07-3236 BZ<br><br>**FURTHER BRIEFING ORDER** |

Having reviewed plaintiff's reply, to assist the court, **IT IS ORDERED** that defendant file a surreply of up to ten (10) pages by **August 8, 2007** limited to arguments plaintiff raised with respect to infringement, anticipation and obviousness.

Dated: August 3, 2007

                            Bernard Zimmerman
                   United States Magistrate Judge

G:\BZALL\-BZCASES\MMJK V.ULTIMATE BLACKJACK\BRIEFING ORDER.1.wpd

1