GREENBERG TRAURIG, LLP
MATTHEW S. STEINBERG (SBN 82969)
STEVE P. HASSID (SBN 219913)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: steinbergm@gtlaw.com; hassids@gtlaw.com

Attorneys for Defendant
Ultimate Blackjack Tour, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, Inc.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ULTIMATE BLACKJACK TOUR, LLC<br><br>　　　　Defendant. | CASE NO. C 3:07-CV-03236-BZ<br><br>**AFFIDAVIT OF PAUL FORREST HICKMAN IN SUPPORT OF DEFENDANT'S SURREPLY**<br><br>[Filed Concurrently with Defendant's Surreply and Declaration of L. Kenneth Rosenthal in Support thereof]<br><br>DATE:　　　August 15, 2007<br>TIME:　　　10:00 a.m.<br>LOCATION: Courtroom G<br>JUDGE:　　Hon. Bernard Zimmerman |



www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
116 Sheridan Avenue
Presidio of San Francisco
San Francisco, CA 94129

## AFFIDAVIT OF PAUL FORREST HICKMAN

1. I am the Office Manager at the Internet Archive, located at the Presidio of San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive is affiliated with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 85 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can type in a URL (i.e., a website address), select a date range, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the originally requested page.

4. The Internet Archive receives data from third parties who compile the data by using software programs known as crawlers that surf the Web and automatically store copies of website files at certain points in time as they existed at that point in time. This data is donated to the Internet Archive, which preserves and provides access to it.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). Typically, a printout from a Web browser will show the URL in the footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on the printed page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files archived from the URLs and the dates specified in the footer of the printout.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 8/7/07

Paul Forrest Hickman