# Exhibit A



| PokerSchool Online | PokerPages |

| About | Info | Poker | Community | Real Money | Tou... |

Poker Intro | Hand Ranking | Games | Tournaments

10 Reasons to Play
Newsletter
News

**Intro to Poker**

Live Help

Poker is a game played with cards and chips (money).
It's simple to learn, but much harder to master because of all its possible variations. There are many different kinds of games in poker. Some examples are hold'em, omaha hi, and seven card stud.

Cards can be dealt face up or face down to the table, players or both. It all depends on the type of poker game. No matter how the cards are dealt, each player tries to make the best possible hand (five cards) from the cards they are allowed to use. To know if one hand beats another hand, the hands are compared against a ranking system used commonly in nearly all poker games.

The goal of any form of Poker is to win money by capturing the pot. The pot is the money or chips wagered during the play of each round (sometimes called hand) of poker. The pot is placed in the center of the table. When a player wins a round, the pot is shoved to the winner.

During the round, a player makes a wager (bet) and places it in the pot. The player hopes that he has the best hand (five cards), or to give the impression that he holds a strong hand and thus to convince his opponents to fold (abandon) their hands.

Since money saved is just as valuable as money won, knowing when to release a hand (fold) that appears to be beaten is just as important as knowing when to bet.

You can win hands in two different ways:

- You show down (reveal) the best hand at the conclusion of all the betting rounds. When two or more players are still active when all the betting rounds are done, they turn their hands face up. The pot goes to the player who holds the highest hand during this showdown.

- All your opponents 'fold their hands (or more simply 'fold'). To fold means that a player relinquishes his or her claim to the pot by not matching an opponent's bet. In this case, you may have had the best hand or you may have been bluffing?it doesn't matter. When opponents surrender their claim to the pot, it's yours.

Most games require an ante or blind bet. If antes are used, each player places a small amount of money into the pot in order to have cards dealt to them.

If blind bets are used, one or more players are designated to make a

Exhibit A-1

bet or portion of a bet before receiving any cards. This requirement usually rotates around the table so each player pays their fair share.

Each time a round of cards is dealt, players have an opportunity to:

- Bet (be the first person to voluntarily put money or chips into the pot if they think they have a good hand),
- Call (to match, rather than add to, a prior bet),
- Raise (to call and then increase the prior bet)
- Check (to abstain from betting, reserving the right to call or raise if another player bets)
- Fold (forfeit interest in the pot by releasing their hand. When a player folds a hand, they are not required to place any more money in the pot.)

If a player bets or raises and no one calls, the pot belongs to that player, the cards are collected and shuffled, that round is over, and the next hand is dealt. If there are two or more players still active at the end of the hand, the best hand wins the pot.

So with each round of play, your bankroll (the amount of money you personally have available to bet with) will increase if you win the pot, or decrease if you didn't win the pot. When everyone decides to stop playing poker (or only one person has any money in their bankroll) the amount in your bankroll is how much money you'll go home with.

While there are different rules for each specific version, poker really is this simple. Yet within its simplicity lies a wonderfully textured game structure that is always fascinating, frequently fun, and played seriously and competitively by a few. But for most people it is a lifelong source of pleasure.



Home | About Us | Site Map | Poker | Poker FAQ | Contact Poker | Casino | Casino FAQ | Contact Casino

Exhibit A-2





**Home**

How to Play in a Tournament | Schedules | Results | Structures

### Online Tournaments for the Beginning Player



As a beginner, playing in free online tournaments will be the most unbelievable opportunity you will ever have to hone your knowledge and skill of the game. You will find that there is a very large community of online players who enjoy the thrill and satisfaction of playing in these tournaments. Here at BugsysClub, we would like to give you some ideas of what to expect when you first start playing online poker tournaments.



Our online poker tournaments are, in actuality, virtual card rooms. There are some major differences and there are some subtle ones between online tournaments and live card room tournaments. Learning to play online will give you an advantage over a beginning player who walks into a card room cold. For many, the computer is a frightening new frontier and one they wish not to challenge. You on the other hand, are taking charge of your "poker playing" career or hobby and using BugsysClub, as a wonderful pivot point to catapult you into being a tournament winner online and off.

After you have joined your first tournament, sit back and relax in the comfort of your own home (no shirt or shoes required!). Wear what suits you best. Place your favorite food and beverage by your side. Turn on your favorite music, sporting event or movie. If you prefer, simply enjoy the jingling of the poker chips as they are played. You even have the option of silencing the game sounds from your playing area, if desired. Even bouncing a toddler on your knee, if you fancy doing that, is A-OK in your virtual card room. If you get a little hot under the collar, you can even talk to your computer. Tell it how you feel. The big thing to remember is...DON'T TYPE IT! Simple enough.

Exhibit A-3