

The software used to play the online tournaments, gives you several options for socializing online. One of them is a chat area. This allows you to interact with the other players at your table and/or with the occasional observer. If you don't wish to talk to anyone or see what's being said, you can turn the chat function off.

Seeing the action as it unfolds in the chat window is another option. If you don't care about what each player has done, or how the hand is progressing, you can turn that function off. Also, there are several ways you may set up your chat room. It is completely up to you and your own preferences.

Many actions are automatically computer-driven. This means you have no control over them. They will be taken care of by the computer software. After you have joined the tournament, all seating arrangements will be randomly selected by the software, you will be assigned a seat, the tournament will begin at the stated time, and you will have your table in front of you on the screen.



The tournament software places the button, which indicates the dealer, in the same position at the beginning of each new tournament. In a live casino type card room, the button is chosen by either dealing a random card to each player or having each player draw a card. The player with the highest card will be the button (dealer).

In BugsysClub tournaments, the button will always start in the number 10 seat, but players' seating is random. When the tournament begins, the "blinds" will always be in the number 1 and 2 seat. The blinds are the 2 players to the left of the button. They place bets prior to getting cards, so as to create betting action. In essence, they are betting "in the blind". The play always moves in a clockwise direction.



As an online tournament player, you will never have to manually post your blinds. The computer will do that for you. There is no way to make an incorrect "blind" bet, as the computer will not allow you to. In a

Exhibit A-4

structured tournament, the computer will not let you put too much or too little money out as your bet. You can hit the fold button instead of the raise button, but then, that would be a function of the "oops factor."

Since the computer will place your bet neatly in front of you on the table, there is no fear of accidentally splashing the pot by tossing your bet into it. This alone, will save you from a moment of "beginners" embarrassment. Another thing the computer wont let you do is "string bet." It will simply make your call and raise in one smooth action.

In an offline card room, due to nervousness, lack of experience and sometimes ignorance, a player will call a bet and then reach back into his stack and say raise. If you want the entire table to come over the felt and wring your neck, just try this one time! A call and raise must be made in one movement. And for you, the online player, the computer will be very obliging.



There is a great feature that will allow you the option to muck a losing hand (turn face down and put in the discards). That way, you can show it if you want. If you were bluffing, and wanted the other players to know, you can take this opportunity and use it to your advantage. Or, if you would rather keep them guessing, you can choose to muck your losing hand. One great benefit of online tournament play is that you cannot fold out of turn, by accident. If you need to, you may hit the fold button and make a quick bathroom break while allowing the computer to toss your cards into the discard pile for you while you are absent.

There are a few things that can go awry when playing online tournaments. The BOOT, will be very infuriating for you. You might be right in the middle of what seems to be the best hand you've ever been dealt in your life, and suddenly you are no longer online. If you have placed money into the pot and everyone calls, you will still be in the game. However, IF another bet is made, and the action comes to you and you "time out" because you are no longer present, the computer will automatically fold your hand and you will lose the amount of money you have previously placed in the pot. This might be one of the times you will have a "discussion" with your computer. Remember though, it will not be a discussion that any of the other players will want to hear about, once you get back into your seat.

Another thing that is different when playing online, is the fact that you cannot see your opponent's face. Of course, that also means they cannot see you either. Tells, (body language) are not completely irrelevant when playing online, but it is not as easy to figure out your opponents. Not from a physical aspect, that is. You need to pay attention to the playing habits of the other players, not the physical "give a-ways." It is simple to develop a way to track the performance of the players you are playing with at each table. It is amazing the kinds of things you can learn about your opponents just by watching their play and recording it. Which players bluff more than others? Who likes to go "all in" in order to buy the blinds? Who raises, who calls a lot, who plays tight, who plays loose, and who is aggressive? This information will help you as you play more and

more online tournaments with some of the same players.

Keeping track of your own style of play is easy to do, when playing online tournaments. Are you calling too much? Are you playing the starting hands in the inappropriate positions? Have you learned how to check raise with crisp confidence? Have you noticed who runs you over and have you determined how to correct it? Who have you found that you can dominate? How is your Heads Up play? What times of day do you play best? Keeping records, and tracking your performance, along with other players performance, will help keep you on task. This will help you to become a tougher competitor and teach you to pay attention to the subtle play that is missed by nearly everyone else you are playing against.

In conclusion, playing online poker tournaments can be very rewarding, as you can and will improve your game, to whatever level you desire. Practice makes perfect. A vast number of online "newbies" are taking that first step in trying their hand in real, brick and mortar, casino tournaments. Online practice has taken many players out of a shell of complete intimidation and placed them into an environment where they feel confident, skilled and ready to win. And you know what? THEY DO!



Home | About Us | Site Map | Poker | Poker FAQ | Contact Poker | Casino | Casino FAQ | Contact Casino | Affiliates

Case 3:07-cv-03236-BZ   Document 31-3   Filed 08/08/2007   Page 4 of 4

Poker School Online, learn to play poker with the largest community of Online players. Home of Future Cham...   1 of 4

