There is no obligation to join the school by downloading this software.

Handles multi-table tournaments and single table satellites for a faster game. Tournaments include: no limit, limit and pot limit hold'em, omaha and omaha hilo and Seven card stud. Ring games are currently playable but are in beta mode.



PokerSchool Online tournaments are for play money only. Unlike some of the play for fun sites you may have visited, the players in the games in PokerSchool Online are very serious about their play and most treat their cyber-bankroll as real money.

Download Here!

**Return to Top**

### Real Competition with Play Money

PokerSchool Online brings a competitive edge to its play money site through, rankings, play money bankrolls and leagues.

**Rankings:** PokerSchool Online ranks it's members based on the number of games a member has played in. There is an overall ranking that ranks all of the members of the school together and then there are league rankings.



**Leagues:** $2,000 in Sponsorship Awards is available monthly to the top 3 finishers, (and in one case top 5 finishers) in each of our 8 Monthly Sponsorship Leagues. If you want to earn a sponsorship at PSO, you'll have to prove your worth by joining one of the leagues and be ranked among all of the other members in that league. The competition is stiff as members are allowed to play in only a set number of games to stay in their league.

At the end of the month, the highest ranked members in a particular league will come away with sponsorship points to be put toward a real sponsored seat in any tournament of their choice with a buy-in of $500 or more.

**Bankrolls:** Play money bankrolls are a reality in PokerSchool. In order to play in a tournament you must pay the buy-in with play money you've earned in low buy-in and freeroll tournaments. Players don't like to lose their bankroll and will play the best game they can to keep it.

PokerSchool Online allows you to expand your game against real people who are making a real effort to win. Normally, for this kind of practice you would have to go to a live casino and play with real money. An expensive way to learn some tough lessons.

**Return to Top**

### Sponsorships

**$2,000** in Sponsorship Points are available monthly to the top 3 finishers (and in one case top 5 finishers) in each of our 8 Monthly Sponsorship Leagues: 5 Multi-Table and 3 Satellite.

There are a lot of details relating to Sponsorship Points and leagues, but in summary, you can earn Sponsorship Points by playing in the Leagues at PokerSchool Online. Top players in each league earn a specified amount of Sponsorship Points. Earn more than

Case 3:07-cv-03236-BZ    Document 31-4    Filed 08/08/2007    Page 2 of 4

Poker School Online, learn to play poker with the largest community of Online players. Home of Future Cham... 3 of 4

$500 Sponsorship Points, and PokerSchool Online will sponsor you in any event of your choice provided you've earned the buy-in amount's worth in Sponsorship Points.

Return to Top

### Friendly Community

PokerSchool Online promotes an atmosphere of camaraderie and friendship through it's forum, profile, newsletter and more.



A great number of friendships are forged through PokerSchool Online. Members are encouraged to get to know each other and learn from each other as they gain experience in both PSO tournaments and brick & mortar casinos.

PokerSchool Online facilitates these friendships by creating a profile section so members can upload pictures and update their own profiles. We also have a friendly forum where members frequently post their stories, questions, ideas, suggestions and explore new ideas in poker. Don't miss the PSO Scoop, a monthly newsletter with contributions from members and the PSO staff. Finally, our Poker Tournament software includes a large chat window for players to get to know each other.

Return to Top

### Learning Tools

To help motivate players, we've added a 'Top Players' table where players can compete against each other to get their name on the board.



Also available is our new Hand Analysis tool. This tool will re-play a selected hand from one of the PokerSchool Online tournaments while Mark or another instructor analyze the hand through recorded audio or written material.

Students will be able to examine the hands themselves and discuss them on The PokerSchool Online forum.

Many more tools are also in the works. Look for Quik Pik Poker Omaha, Analysis Omaha and more!

Return to Top

### Lessons

PokerSchool Online offers a variety of lessons including a weekly Mike Caro Audio lesson, Lou Kreiger Beginner's Lesson, Nolan Dalla's 'Ask the Expert' and more.

You can also find tutorials for the beginner for every game along with a complete syllabus and reference section.

Return to Top

### Great Price

Just **$14.95 per month** or **$149.95 annually**. For less than $3.00 per week, you get:

Lessons from top authorities in the poker industry, books online, audio lessons, hand analyses, tests, reference articles, practice play, league tournaments, and a chance to win entry into major international tournaments.

And there is a 14-day money-back guarantee, so you can try it risk-free!

## Join Now!

**Return to Top**

