**Bob Ciaffone**

**Matthew Hilger**

**Russell Fox**

**Nolan Dalla**

**Lou Krieger**

**Mike Caro**



**Leagues:** $2,000 in Sponsorship Awards is available monthly to the top 3 finishers, (and in one case top 5 finishers) in each of our 8 Monthly Sponsorship Leagues. If you want to earn a sponsorship at PSO, you'll have to prove your worth by joining one of the leagues and be ranked among all of the other members in that league. The competition is stiff as members are allowed to play in only a set number of games to stay in their league.

**Sponsorship Points:** At the end of the month, the highest ranked members in a particular league will come away with sponsorship points to be put toward a real sponsored seat in any tournament of their choice with a buy-in of $500 or more.

**Bankrolls:** Play money bankrolls are a reality in PokerSchool. In order to play in a tournament you must pay the buy-in with play money you've earned in low buy-in and freeroll tournaments. Players don't like to lose their bankroll and will play the best game they can to keep it.

PokerSchoolOnline allows you to expand your game against real people who are making a real effort to improve their game and be winning players. Usually this kind of practice can be a costly experience, but the school is proof that this is definately the home of future champions, and last year some of our members took home over $200,000 between them in final table finishes at major live poker tournaments.

**Return to Top**

## Learn with the Best

PokerSchoolOnline ensures that we provide the top authorities in the poker world to offer tuition to the members via many different methods. You can read the written sylabus of the top writers and then test yourself with multiple choice quiz's, listen to their weekly audio poker lesson, interact with some on the software, or take the book modules while soaking up the knowlegdge at the same time.

We are privileged to have such poker authorities and authors such as Lou Krieger, Barry Tanenbaum, Mike Caro, Nolan Dalla, Andy Glazer, Rolf Slotboom, Daniel Negreanu, Jennifer Harman, and our very own founder Mark Napolitano along with a team of fantastic staff to answer all your live help questions and also any other suggestions you may have to improve PSO for everyone.

**Return to Top**

## Friendly Community

PokerSchool Online promotes an atmosphere of camaraderie and friendship through it's forum, profile, newsletter and more.

Forums

A great number of friendships are forged through PSO, in fact, we've even had our first wedding. Members are encouraged to get to know each other and learn from each other as they gain experience in both PSO tournaments and brick & mortar casinos.

PokerSchoolOnline facilitates these friendships by hosting an annual Convention and creating a profile section so members can upload pictures and update their own profiles. We also have a friendly forum where members frequently post their stories, questions, ideas, suggestions and explore new ideas in poker. Don't miss the PSO Scoop, a monthly newsletter with contributions from members and the PSO staff. Finally, our Poker Tournament software includes a large chat window for players to get to know each other.





**Home**



Deposit Summary | Withdrawal Summary

**Banking - Poker**



Tables summarizing the variety of convenient methods you can choose to deposit into your BugsysClub Poker account are immediately below. Just click on the graphic of any method in the tables to read corresponding 'how to' instructions.

You will be sent a Transaction Receipt via email every time you make a deposit or withdrawal. The receipt will contain a unique Transaction ID assigned to your transaction, so it can always be easily identified.

Please note- your BugsysClub Poker account needs to be funded separately from your BugsysClub Casino account. Also, you cannot directly transfer money between the Casino and Poker accounts.

**Deposit Summary**

Click on the graphic of any deposit method shown below to read instructions how to make your deposit easy and fast.

| Payment Method | Minimum Deposit | Maximum Deposit | BugsysClub Processing Fee |
|---|---|---|---|
| VISA | $50 | $600 / 24hours<br>$1,000 / 7 days<br>$2,000 / 30 days | No Fees |
| MasterCard | $50 | $600 / 24hours<br>$1,000 / 7 days<br>$2,000 / 30 days | No Fees |
| 900pay by NETELLER | $50 | $600 / 24hours<br>$150/transaction<br>$300 / month | No Fees |
| Debit Cards | $50 | Used to Fund Neteller and Central Coin | No Fees |
| NETELLER | $50 | $600 / 24hours<br>$1,000 / 7 days<br>$2,000 / 30 days | No Fees |
| FIREPAY | $20 | $5000 | No Fees |
| CENTRALCOIN | $10 | $600 / 24hours<br>$1,000 / 7 days<br>$2,000 / 30 days | No Fees |

| | | | |
|---|---|---|---|
| Wire Transfer | $200 | $5,000 | No Fees |
| Western Union Money Transfer | $200 | $5,000 | No Fees |
| BankDraft Cashier Check | $200 | $5,000 | No Fees |

If you have any further questions about your account or about the deposit methods which are not addressed in the instructions for each deposit method (found by clicking on the deposit graphic above), please email us at Cashier@BugsysClub.com

## Withdrawal Summary

Look at your desired withdrawal method in the table below for conditions.

\* When you submit a withdrawal request, it must first be 'approved' by our internal review process (for security purposes), which normally takes 24-48 hours from the time you request your withdrawal. To protect your account from fraudulent withdrawals, we may require further proof of identity.

After approval by internal review, your withdrawal will be sent to you according to the timing shown in the table below.

Any player requesting a cashout before having played at least 5 real money tournaments, 50 raked ring game hands, or a combination of the two may be required to pay all processing charges levied upon us for both their initial deposit, and for the cashout.

**Please note that only one cashout per player per week may be requested.**

| Payment Method | Minimum Withdrawal | BugsysClub Processing Fee | *How Soon your Withdrawal is Available |
|---|---|---|---|
| VISA | $50 | No Fees | Sent to your issuing bank within 3 business days. Limited to prior deposits made in last 3 months (not yet cashed out). Can take up to 14 business days to show up on your card statement. |
| MasterCard | $50 | No Fees | Sent to your issuing bank within 3 business days. Limited to prior deposits made in last 3 months (not yet cashed out). Can take up to 14 business days to show up on your card statement. |

Exhibit A-15