| | | | |
|---|---|---|---|
| NETELLER™ | $50 | No Fees | Instantly appears in your Neteller account.<br><br>Visit neteller to see their withdrawal methods. |
| FIREPAY | $20 | No Fees | Processed immediately if withdrawl request is at least 6 days after yourdeposit using FirePay Wallet. |
| CENTRALCOIN | $10 | No Fees | Instantly appears in your CentralCoin account.<br><br>Visit centralcoin to see their withdrawal methods. |
| Wire Transfer | For information Email Cashier@BugsyClub.com | Fees May Apply | Bank Wire/Wire Transfer-between 4-10 business days depending on distance. |
| BankDraft Cashier Check | $50 | No Fees | Up to 15 business days. |

If your initial deposit(s) were made by Credit/Debit card, any cashout requests will generally be paid back first to your Credit/Debit card up to the amount of deposit(s) in the last 3 months at out discretion. Then, any remaining amounts over your initial card deposit(s) will be subject to the minimum cashout amounts posted in the table above.

So for example, if you were cashing out $65 and had originally deposited $50 using a credit card, $50 would first be credited back to your credit card, and the $15 left would remain in your real money account since it is less than the $50 minimum (unless you had a Central Coin account, where the $15 would be credited to your Central Coin account).

Please note that you do not need to request a withdrawal every time you leave the BugsysClub Poker software. You can leave funds on your BugsysClub Poker account in our secure software and it will automatically be saved for you to play with the next time! The funds are protected with your personal login and password.

If you have any further questions about your account or about the withdrawal methods that are not addressed below, please email us at Cashier@BugsysClub.com

**Maximum Security and Reliability**

Protection of your personal integrity is always taken at highest priority at BugsysClub Poker. You may rest assured that BugsysClub Poker employs state of the art security measures to protect the privacy and integrity of your personal information.

To meet the strict requirements of consumers, banks and other processing firms, BugsysClub Poker employs 128-bit SSL encryption of your information, which is the same encryption technique utilized by banks worldwide. In this way your information is handled with maximum confidentially. All credit card transactions are authorized by your card-issuing bank.

TRANSACTION LOG: For your convenience the transaction log in the CASHIER displays the status of all your transactions. In addition, we encourage you to keep a copy of all the

Exhibit A-16

Transaction Receipts we send you via email each time you make a deposit or withdrawal in an easily accessible place.

We encourage you to print out all transaction data, the rules of the game, the cancellation regulations, and the payment methods in order to avoid misconceptions and discussions at a later time.

**Deposits**

 **Credit Card Purchases**

Our payment provider accepts both Visa and MasterCard, AND debit cards requiring no PIN number to make a deposit, but not debit cards which use a PIN number to make a deposit. (See Debit Cards for alternate deposit methods if your debit card requires a PIN number to deposit).

If you would like to deposit money to your BugsysClub Poker account with your Credit card, click on "CASHIER" at the bottom of the Lobby Screen, then click the upper left "Deposit" button. You should see the Deposit Options table. Click on either the Visa or Mastercard option then fill in the appropriate information to complete your deposit.

On your credit card statement, your transaction will be billed as "BC Billing 866.888.0452".

Oxinama BV, located in Schiphol, The Netherlands is the "e-cash subsidiary for BugsysClub Poker at www.BugsysClub.com.

**Note! Due to recent banking restrictions your bank might choose to decline your purchase of credits with your credit card. If your purchase is declined we recommend that you use one of our several other methods to fund your personal account.**

Return to Top

---

 **Debit Card Purchases**

Our Credit Card processor DOES handle debit cards which do not require a PIN number to make deposits, but cannot handle credit cards using a PIN number to make a deposit. So, if your debit card requires a PIN number to deposit, please use an alternate deposit method, like: PrePaidATM, Neteller, or CentralCoin.

Return to Top

---

 **900pay**

**900pay** is a new payment method that lets US users-only deposit pre-set amounts ($50, $75, $100, $150) into your BugsysClub Poker account using your home telephone. Your deposit is charged to your phone bill. 900pay is private, anonymous and does not require the use of a credit card. There are no hidden fees or long-distance charges.

**900pay is currently available for US users only.**

**Deposit Limit:** You are restricted by Navaho Networks to a $300 maximum per month. So, if you shop online at other merchants using 900pay those amounts are included in the maximum per month.

**Access to 900#'s?** For Basic 900pay you must ensure there is no 900-service block on your line. To test toll-free, call 1-900-993-4141 to determine whether you can get through to 900-numbers. If 900-calls are blocked on your line, contact your service provider to have this removed.

It is important to keep a record of all your 900pay deposits. All Basic 900Pay charges will

Exhibit A-17

appear on your phone bill as "NAVAHONTWRKS". 900pay is not available as a withdrawal option.

**How to Use 900Pay**

1. Go to the cashier. Click 'DEPOSIT' and Select '900pay" from the Options shown.

2. Enter the amount to deposit from the drop down box, and your phone number then Click 'SUBMIT'

3. On the 900Pay website, click on the Telephone icon that says 900Pay (not TeleBuy)

4. Choose your country-only USA is supported at this time

5. Read the "Age Verification & Terms and Conditions" page, and click on the age verification box if your are over 18, and confirm that you are fully responsible for paying your telephone bill.

6. On the bottom of the same page, Click on the button for either the 'DIAL UP MODEM' or 'HIGH SPEED CONNECTION' (DSL, cable etc)

7. Read the "Dialing Instructions page". Be sure to write down the 900 PHONE NUMBER & TRANSACTION ID.

8. Follow the Dialing Instructions now. Listen for the chime to complete your call (if you didn't hear the chime, you were not billed- as in a time out).

9. Back on the Internet's 900Pay Dialing Instructions Page, Click PROCEED. This will provide your transaction receipt as Proof of Purchase.

10. Click on the link to Return to BugsysClub. At the top of the 900Pay deposit screen shown, you will see a message saying: "Transaction completed. It may take a few minutes for the 900Pay update to show in your account." Please allow up to 5 minutes for the funds to show up in your BugsysClub Poker account.

Return to Top

---

**NETELLER** ™ **Neteller Deposit**

NETeller is a convenient, fast and safe way to transfer money online using a virtual wallet. You can use NETeller both for transfers to and from a large number of merchants.

There is no fee for transfers to and from your BugsysClub Poker account and Neteller. Your BugsysClub Poker account will automatically be credited when you make a deposit from your NETeller account. NETeller offers a wide range of deposit options including Credit/Debit Card, Electronic Fund Transfer, Bank Deposit, InstaCash and FCash Deposits.

Note that your NETeller transactions will be billed as 'BC Billing 866.888.0452' on your Credit/Debit Card statement when using a card to deposit funds in your NETeller account.

You first need a NETeller account (if you do not have a NETeller account, please visit www.neteller.com to apply. If you have any questions about opening a NETeller account, please consult their help pages or email us at Cashier@BugsysClub.com ).

Once you have a NETeller account, click on "CASHIER" at the bottom of the Lobby Screen, then click the upper left "Deposit" button. You should see the Deposit Options table. Click on the NETeller icon. Then enter the amount you would like to deposit, your NETeller account ID, and your NETeller secure ID. Then click on "Submit".

For further information, please consult "NETeller HELP". Should you still require assistance, you can contact BugsysClub at Cashier@BugsysClub.com

Return to Top

Exhibit A-18

 **Firepay Deposit**

FirePay is a Web based cash account. Fund your FirePay account directly from your U.S. bank account, and immediately pay with the deposited funds.
FirePay is simple and secure. It's FREE to sign up, and FREE to pay.

- No Rejected Transactions
- Immediate access to Deposited Funds
- Withdraw funds by EFT back to your bank account.
- Preferred solution for U.S. bank account holders

Quick an easy sign-up process:

1. Sign up for your free personal FirePay account at www.firepay.com --Note you must use the same email account in both BugsysClub.com as you do in FirePay. (You can edit some of your personal info on the BugsysClub cashier page, or email Support@BugsysClub.com)
2. Validate your U.S. bank account- Entering the amount FirePay deposited into your account in the 'validation deposit' field. This small deposit arrives within 2 business days of sign up. It will say "FirePay.com" on your bank statement. This validation step is only required once.
3. Log into your FirePay account and enter the amount you wish to fund
4. Immediately go to the BugsysClub CASHIER. Click on the Deposit button and click on the FirePay logo. Enter the amount you wish to deposit along with your 16 digit FirePay Personal Account number and expiry date. In a few seconds, your request will be verified and the funds will be deposited into your BugsysClub account.

Return to Top

 **Central Coin Deposit**

CentralCoin is an exciting, new, online payment solution available to people from over 240 different countries. CentralCoin connects provides a quick, secure and reliable system to transfer cash over the internet. You can sign-up for a CentralCoin account for FREE and use it right away, at https://www.centralcoin.com/Ecash/signup_step1.asp.

NO FEES- There are no fees for opening an account, depositing funds or using these funds at merchant locations. You can fund your CentralCoin account with your Visa card or using the new E-Check feature (also known as EFT - Electronic Funds Transfer), directly from your bank account.

CentralCoin uses the latest in commercially available encryption technology and firewall protection to safeguard the transfer of sensitive financial information and is powered by PAGO eTransactions Services GmbH - a member of the Deutsche Bank group of companies.

How to fund your BugsysClub Poker Account using CentralCoin:

#1- Get a CentralCoin account (if you do not have a CentralCoin account, please visit https://www.centralcoin.com/Ecash/signup_step1.asp to apply. If you have any questions about opening a CentralCoin account, please consult the CentralCoin help pages or email us at Cashier@BugsysClub.com ). Remember your CentralCoin account and PIN number.

#2- Fund your CentralCoin account (minimum $10-Credit Card/$25 E-Check). To see their up to date funding methods, visit https://www.centralcoin.com/info/help7.asp. Funding options include Visa Credit/Debit Card, and Electronic Checks (ACH) which is a direct online transfer from your checking account.

#3- Once you fund your CentralCoin account, click on "CASHIER" at the bottom of the Lobby

Exhibit A-19

Screen, then click the upper left "Deposit" button. You should see the Deposit Options table. Click on the CentralCoin icon Then enter the amount you would like to deposit, your CentralCoin account ID, and your CentralCoin secure ID. Then click on "Submit".

Return to Top

 **Bank Wire/Wire Transfer Deposit**

Wire Transfer might be the most convenient way for you to deposit money. Wire Transfer is a safe electronic transfer of funds from your bank to the BugsysClub bank account. Hence, you do not need a credit/debit card to transfer funds.

**Please email cashier@bugsysclub.com for detailed instructions how to wire money to fund your BugsysClub Poker account.**

Return to Top

 **Western Union Deposit**

For Western Union, we have a form and instructions available on our cashier page. To go to the form now, click here, and then sign in. Once you have signed in, you will be immediately taken to the Western Union instructions and form.

After you send your Western Union payment, be sure to return to the form (click here for form) where you can give us the info to enable us to pick up your funds. Failure to do so will result in many days delay of getting your payment into your BugsysClub account.

Note: You must have a BugsysClub Poker account to sign in. You can get an account by first downloading the poker software and then registering.

Return to Top

 **Bank Draft/Cashier Check**

It is easy to send a Bank Draft or Cashier's Check (US Dollars only) and its popular with many people, especially if those who cannot or prefer not to deposit using a credit card. Instead you can send us a Bank Draft or Cashier's Check, in US Dollars. Please **do not send Money Orders, personal checks or cash** as we cannot accept them.

For speed, we urge you to use a courier service, so it would only take 3 business days for your draft to arrive, and you can also track it. We suggest using Federal Express or DHL courier services.

Registered mail may also be used, but it takes much longer to arrive than by courier. **Regular mail should not be used** because it could take several weeks to arrive and it cannot be tracked.

Bank drafts and Cashier Checks can take up to 10 banking days to clear, before the funds are available for use.

**STEPS YOU NEED TO TAKE**

**STEP 1**: Make your Bank Draft/Cashier's Check payable to: QUADRI HOLDING, N.V.

**Again, we only accept Bank Drafts and Cashier Checks, only in US Dollars (We cannot accept Money Orders, personal checks or cash).**

Please do not send individual bank drafts/cashier checks greater than $4,500. **You can send greater amounts**, but then please divide the amount into separate drafts. For example, if you

Exhibit A-20