wish to send $7,000 then please send two drafts for $3,500 each.

Please email support@bugsysclub.com for mailing instructions.

[Return to Top]

---

### WITHDRAWALS

Credit Card Withdrawal

You can now withdraw your winnings directly to your Visa or MasterCard. Withdrawals to Credit cards are limited to your original deposit.

Cash outs are first applied back to your original credit card based purchases up to the full amount of all previous purchases not yet used. If there are no remaining former purchases to credit, your funds will be applied to your NETeller or CentralCoin account (if you have one), or sent out as a check.

If you don't have a NETeller or CentralCoin account, we suggest that you open one of these handy accounts.

It is the fastest and most convenient way to withdraw money and it is FREE!

On your credit card statement, your transaction will be shown as "BC Billing 866.888.0452".

Oxinama BV, located in Schiphol, The Netherlands is the "e-cash subsidiary for BugsysClub Poker at www.BugsysClub.com.
In the CASHIER select to "Withdrawal by Credit Card" and fill in/edit the information requested.

For further information, please contact us at [Cashier@BugsysClub.com]

[Return to Top]

---

Debit Card Withdrawal

Our Credit Card processor CAN handle withdrawls to Debit Cards that do NOT require using a PIN number to withdraw--just follow directions for credit card withdrawls. If you deposited using your Debit Card we will first issue your withdrawal to your Debit Card.

If your debit card requires using a PIN number to withdraw, please use an alternate withdrawal method, such as: Neteller (next section), PrePaid ATM, Central Coin, Bank Wire or Check.

[Return to Top]

---

Neteller Withdrawal

If you used a Neteller account to deposit, when you go to the cashier and specify an amount to cashout, we will pay your cashout back to Neteller.

There is no fee for transfers to and from your BugsysClub Poker account and Neteller. Your Neteller account will automatically be credited when you make a withdrawal from your BugsysClub Poker account. NETeller offers a wide range of withdrawal options including Credit/Debit Card, Electronic Fund Transfer, Bank Withdrawal.

Note that your NETeller transactions will be shown as 'BC Billing 866.888.0452' on your Credit/Debit Card statement when using a card to withdraw funds from your NETeller account.

For further information, please consult "NETeller HELP". Should you still require assistance,

you can contact BugsysClub at Cashier@BugsysClub.com

Return to Top

 **FirePay Wallet Withdrawls**

When you request a cashout, any amounts which you have previously deposited by FirePay will first be credited back to your FirePay account. You can send Cashier@BugsysClub.com an email if you would like to request otherwise. Cashouts to FirePay are done only after 6 business days after your corresponding deposit have passed.

To withdraw, just go to the BugsysClub Cashier Page, Click the Withdrawl button, and enter the amount you wish to withdraw.

Return to Top

 **Central Coin Withdrawal**

If you used a CentralCoin account to deposit, when you go to the cashier and specify an amount to cashout, we will pay your cashout back to your Centralcoin account.

NO FEES- There are no fees for opening an account, depositing funds or using these funds at merchant locations. You can withdraw funds from
your CentralCoin account with your Visa card or using the new E-Check feature (also known as EFT - Electronic Funds Transfer), directly from your bank account.

Please visit https://www.centralcoin.com/ for how to withdraw from your CentralCoin account.

Return to Top

 **Wire Transfer Withdrawal**

A Wire Transfer is an electronic bank transfer from your BugsysClub Poker account directly to your bank account.

If you do not have a Neteller, PrePaid ATM, or Central Coin account or a Credit card for which the "Withdrawal by Credit card" method is applicable, you can request the funds be sent to you by Wire Transfer, which is the next quickest way to receive your winnings.

A wire transfer reduces your administrative work cashing in bank drafts or checks since you receive your winnings directly to your bank account.

For further information please email Cashier@BugsysClub.com. A Fee may apply to a wire transfer withdrawal.

Return to Top

 **Bank Draft/Check Withdrawal**

If want to receive your winnings by check, please email Cashier@BugsysClub.com

Note, a check will take longer than any other withdrawal method (around 15 business days), so if you want your winnings fast, choose a different withdrawal method.

Return to Top

Exhibit A-22



**Reverse Withdrawal**

If, after making a withdrawal, you wish to cancel it and have the funds returned to your account, you may do so, provided that your withdrawal request has not yet been processed. A reversal will return the funds to your BugsysClub Poker account instantly. There is no service fee for reversals.

Just email mailto:cashier@bugsysclub.com to request a withdrawal reversal.

Return to Top

Home | About Us | Site Map | Poker | Poker FAQ | Contact Poker | Casino | Casino FAQ | Contact Casino

**CERTIFICATE OF SERVICE**

I, hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

DATED: August 8, 2007                    GREENBERG TRAURIG, LLP


                                         By:____/S/_____
                                         MATTHEW S. STEINBERG
                                         Attorneys for Defendant
                                         Ultimate Blackjack Tour, Inc.

LA 126893667v1 102741010300

---

1

**AFFIDAVIT OF PAUL FORREST HICKMAN IN SUPPORT OF DEFENDANT'S SURREPLY**
**CASE NO. C 3:07-CV-03236-BZ**