183.     Accordingly, by intentionally refusing to provide the information which would have allowed the Herrmann publication to be considered by the Patent Office, MMJK committed inequitable conduct, rendering the '154 patent invalid.

I declare under penalty of perjury that the contents herein are true and correct.

DATED:  August 7, 2007

_____
L. Kenneth Rosenthal