required. Accordingly, the UBT websites do not infringe the '154 patent.

In sum, the UBT websites cannot infringe any claims of the '154 patent claims because all the claims require that all the tournament prizes have immediate value and be disbursed to the winning player and eligible runner-up players after the tournament is completed. As explained above, UBT's prize pool always includes multiple prizes that are tournament points and/or play chips, which do not have immediate value. Additionally, neither cash nor merchandise has immediate value, as neither may be awarded unless or until winners claim their prizes and verify their eligibility. Additionally, the tournament points and/or play chips for all winners, excluding first and second place winners, are disbursed prior to completion of the tournament. For each of these reasons, the UBT websites cannot infringe any claims of the '154 patent.

In sum, the UBT websites cannot infringe any claims of the '154 patent claims because all the claims require that all the tournament prizes have immediate value and be disbursed to the winning player and eligible runner-up players after the tournament is completed. As explained above, UBT's prize pool always includes multiple prizes that are tournament points and/or play chips, which do not have immediate value. Additionally, the tournament points and/or play chips for all winners, excluding first and second place winners, are disbursed prior to completion of the tournament. For each of these reasons, the UBT websites cannot infringe any claims of the '154 patent.