# EXHIBIT Q





VIE

HOME · SHOP · EDUCATION · PRESS ROOM · CONTACT US ·
ASK THE EXPERTS · BETTER WRITING · WORLD OF WORDS · GAMES ·
GLOBAL ENGLISH · FOREIGN LANGUAGES
Join the OED/BBC Wordhunt

SELECT VIEW

**UK** **US**

You are currently in the UK view

## Compact Oxford English Dictionary



**pool²**

• **noun 1** a shared supply of vehicles, people, commodities, or funds to be drawn on when needed. **2** the total amount of players' stakes in gambling or sweepstakes. **3** (**the pools** or **football pools**) a form of gambling on the results of football matches, the winners receiving large sums accumulated from entry money. **4** a game played on a billiard table using 16 balls. **5** an arrangement between competing commercial ventures to fix prices and share business so as to eliminate competition.

• **verb 1** put (money or other assets) into a common fund. **2** share for the benefit of all.

— ORIGIN French *poule* 'stake, kitty', associated with POOL¹.

● Ask Tl
● Better
● World
● Game
● Globa
● Foreic

→ AskOxf
→ Externa
→ OUP W
→ Childre
→ ELT Di
→ Oxford

Perform another search of the Compact Oxford English Dictionary

**About this dictionary**
The *Compact Oxford English Dictionary of Current English* contains 145,000 words, phrases, and definitions.
Find out more about Oxford's range of English dictionaries
Sign up for the AskOxford Word of the Day

Search the Little Oxford Dictionary of Quotations
Search the Concise Dictionary of First Names

# EXHIBIT R


Harry Potter
amazon.com
Privacy Information


University of Phoenix
Thinking ahead.
MORE PROGRAMS ▶
phoenix.edu


Business/Administration
Bachelor of Science In Criminal Justice Administration

Ads by

**Billia**
Save
Line |
Facto
Secu
www.

**How
Smai**
What
Know
Fund
Finar
www.

**Bartleby.com**
Great Books Online

Reference | Verse | Fiction | Nonfiction

Search | Dictionary ▾ |                    | Go

Home | Subjects | Titles | Authors          | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ pool¹                                                                              Poole ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# pool²

**PRONUNCIATION:** 🔊 po͞ol

**NOUN:** **1a.** A game of chance, resembling a lottery, in which the contestants put staked money into a common fund that is later paid to the winner. **b.** A fund containing all the money bet in a game of chance or on the outcome of an event. **2.** A grouping of resources for the common advantage of the participants: *a pool of implements for the use of all the workers on the estate; forming a pool of our talents.* **3.** An available supply, the use of which is shared by a group. **4.** A group of journalists who cover an event and then by agreement share their reports with participating news media: *the White House press pool.* **5a.** A mutual fund established by a group of stockholders for speculating in or manipulating prices of securities. **b.** The persons or parties participating in such a fund. **6.** An agreement between competing business concerns to establish controls over production, market, and prices for common profit. **7.** Any of several games played on a six-pocket billiard table usually with 15 object balls and a cue ball. Also called *pocket billiards*.

**VERB:** Inflected forms: **pooled, pool·ing, pools**

**TRANSITIVE VERB:** To put into a fund for use by all: *Let's pool our resources to finish the project quickly.*

**INTRANSITIVE VERB:** To join or form a pool.

**ETYMOLOGY:** French *poule*, hen, stakes, booty, from Old French, hen, young chicken, from Latin *pullus*, young of an animal. See **pau-** in Appendix I.

**OTHER FORMS:** **pool′er** —NOUN

# EXHIBIT S



P Premium Content  |  Register  |  Log In  |  Help

**immediate**

[ Search ]

Dictionary     Thesaurus     Encyclopedia     All Reference     The Web




A D V E R T I S E M E N T

## 9 results for: *immediate*

(Browse Nearby Entries)

Ads by Google

Vocabulary Worksheets
Build vocab worksheets from your words or use our lesson plans!
*edHelper.com*

inlingua Language center
Unique method & Native Teachers +than 10 locations in South Florida
*www.inlingua-if.com*

English Online Dictionary
Translation / Information from the leading Dictionary
*TopTenRatings.Net/Dictionary*

Free software! Get instant dictionary, thesaurus, and encyclopedia access from most Mac and Windows programs.

*Dictionary.com Unabridged (v 1.1)* – Cite This Source

im·me·di·ate  ⚙ ◀)) [i-**mee**-dee-it] Pronunciation Key - Show IPA Pronunciation

–*adjective*

1. occurring or accomplished without delay; instant: *an immediate reply.*

2. following or preceding without a lapse of time: *the immediate future.*

3. having no object or space intervening; nearest or next: *in the immediate vicinity.*

4. of or pertaining to the present time or moment: *our immediate plans.*

5. without intervening medium or agent; direct: *an*

    *immediate cause.*

6. having a direct bearing: *immediate consideration.*
7. very close in relationship: *my immediate family.*
8. *Philosophy.* directly intuited.

[Origin: 1525–35; < ML *immediātus.* See IM-$^2$, MEDIATE (adj.)]

—*Related forms*
im·me·di·ate·ness, *noun*

—*Synonyms* 1. instantaneous. 3. close, proximate.

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random*
*House, Inc. 2006.*

---

*American Heritage Dictionary* – *Cite This Source*

im·me·di·ate 🔊 ◀)) (ĭ-mē′dē-ĭt)  Pronunciation Key
adj.
1. Occurring at once; instant: *gave me an immediate response.*
2.
    a. Of or near the present time: *in the immediate future.*
    b. Of or relating to the present time and place; current: *"It is*
       *probable that, apart from the most immediate,*
       *pragmatic, technical revisions, the writer's effort to*
       *detach himself from his work is quixotic" (Joyce Carol*
       *Oates).*
3. Close at hand; near: *in the immediate vicinity.* See Synonyms at
    close.
4. Next in line or relation: *is an immediate successor to the*
    *president of the company.*
5. Directly apprehended or perceived: *had immediate awareness*
    *of the scope of the crisis.*
6. Acting or occurring without the interposition of another
    agency or object; direct.

[Middle English immediat, from Old French, from Late Latin
immediātus : Latin in-, *not;* see in-$^1$ + Latin mediātus, past
participle of mediāre, *to be in the middle;* see **mediate**.]

im·me′di·ate·ness *n.*

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth*
*Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

# EXHIBIT T

## POKERSCHOOLONLINE

| '154 Limitation in Reply | MMJK Comment | UBT Support |
|---|---|---|
| providing a means for allowing a **non-subscription player** to participate in the tournament **without payment of the fee** by submitting information relating to the non-subscription player prior to the hosting of the game | Only registered players who paid a monthly or annual membership could play on this Web site. In other words, a non-subscriber could not play in the same games as the subscribers "by submitting information relating to the player." Thus, the pokerschool-online.com Web site does not provide "a means for allowing a non-subscription player to participate in the tournament without payment of the fee by submitting information relating to the non-subscription player." | **non-subscription player plays for free in tournament:** "What are Poker Dollars? (PokerPages Free Play only)  Play free tournaments online to win PokerPages Poker Dollars and be rewarded for your online Poker Tournament skill.  The top 3 monthly ranked players receive respectively 3, 2, and 1 months towards membership fees for PokerSchool Online." (FAQ, p.19) <br><br>"Is it really FREE to play at the Play-Money tables?  PokerPages: It sure is Free.  Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls." (FAQ, p.19) |
| wherein the non-subscription player **is limited to one entry per tournament** | Because there were no non-subscribers, the pokerschoolonline.com Web site did not have the feature that a "non-subscription player is limited to one entry per tournament." | **only one account per user:** "I would like to play under different names; can I have more than one account?  Users may only have one Account at the same site at any time, which is part of preventing Collusion.  BUT - you can play at up to three games at the same time using that one account."  (FAQ, p.3) <br><br>**cannot have multiple seats in tournament:** "Can I Play More Than One Table at the Same Time?  We recommend that you play no more than three different games.  But you cannot be seated at different tables in a single Tournament, because of the collusion that might occur as the tables collapse.  So, for example, you can play in one Tournament and 2 Ring Games at the same time, or a Satellite and 2 different Tournaments at the same time. (FAQ, p.12) |

1

LA 1268903811v1

# EXHIBIT U

| POKERSCHOOLONLINE | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| 1. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server." (FAQ, p.26) |
| establishing a subscription-based membership for each player of the plurality of players | "How do I Download the Poker Software and Register? … 1. Download a Software Installer executable file … 2. Install the software … 3. REGISTER: double click on the (PokerPages/PokerSchoolOnline) or (BugsysClub) icon that the installer placed on your desktop. This launches the software. Then click 'Register' and select & complete info for which area you wish to join …" (FAQ, p.5)<br><br>"When Can I Register for a Game? Ring Games and Satellites are continually spawned. So as soon as 2 players have registered to play a Ring Game or 10 players are at a Satellite, the Game begins." (FAQ, p.11) |
| by charging each player a fee for a pre-determined membership time period; | "$14.95 per month! $149.95 annually!" (Hickman Affidavit, Exh. A, page A-7 (PokerSchoolOnline)) |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | "The PokerSchool Online software is free for everyone to get and use including freeroll, multi-table tournaments. However, there are many more tournaments held exclusively for PokerSchool Online members." (Hickman Affidavit, Exh. A, page A-7 (PokerSchoolOnline))<br><br>"During the round, a player makes a wager (bet) and places it in the pot. The player hopes that he has the best hand (five cards), or to |

1

| POKERSCHOOLONLINE | |
| --- | --- |
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| | give the impression that he holds a strong hand and thus to convince his opponents to fold (abandon) their hands." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))<br><br>"Since money saved is just as valuable as money won, knowing when to release a hand (fold) that appears to be beaten is just as important as knowing when to bet." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| the tournament consisting of at least one game round, | "How does a tournament work? Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables. All players start playing at the same time with the same amount of chips (called "tournament chips"). In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game." (FAQ, p.21) |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | "Over time in all tournaments, players who lose all their chips-or "bust out" -are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." (FAQ, p.21) |
| wherein each player is required to make playing choices throughout the game; | "… No matter how the cards are dealt, each player tries to make the best possible hand (five cards) from the cards they are allowed to use. …" (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))<br><br>"During the round, a player makes a wager (bet) and places it in the pot. The player hopes that he has the best hand (five cards), or to give the impression that he holds a strong hand and thus to convince his opponents to fold (abandon) their hands." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |

2

| POKERSCHOOLONLINE | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| | "Since money saved is just as valuable as money won, knowing when to release a hand (fold) that appears to be beaten is just as important as knowing when to bet." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| establishing a prize pool for the tournament; | "Win a $25,000 Sponsorship for the WPT Championship Event. The PSO Live Tour 2004 starts January 2004. You can qualify for the Grand LIVE TOUR Final in a PSO Invitational, or via The Big One IV held in the school." (Hickman Affidavit, Exh. A, page A-11 (PokerSchoolOnline)) |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | "What are Poker Dollars? (PokerPages Free Play only) Play free tournaments online to win PokerPages Poker Dollars and be rewarded for your online Poker Tournament skill. The top 3 monthly ranked players receive respectively 3, 2, and 1 months towards membership fees for PokerSchool Online." (FAQ, p.19) "Is it really FREE to play at the Play-Money tables? PokerPages: It sure is Free. Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls." (FAQ, p.19) |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | "Is it really FREE to play at the Play-Money tables? PokerPages: It sure is Free. Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls. BugsysClub: Anyone who registers at BugsysClub gets $1000 in |

| POKERSCHOOLONLINE | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| | Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls. (FAQ, p.19) |
| wherein the non-subscription player is limited to one entry per tournament; and | "I would like to play under different names; can I have more than one account? Users may only have one Account at the same site at any time, which is part of preventing Collusion. BUT - you can play at up to three games at the same time using that one account." (FAQ, p.3)<br><br>"Can I Play More Than One Table at the Same Time? We recommend that you play no more than three different games. But you cannot be seated at different tables in a single Tournament, because of the collusion that might occur as the tables collapse. So, for example, you can play in one Tournament and 2 Ring Games at the same time, or a Satellite and 2 different Tournaments at the same time. (FAQ, p.12) |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | "Over time in all tournaments, players who lose all their chips-or "bust out" -are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." (FAQ, p.21) |
| 2. The method of claim 1 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server." (FAQ, p.26) |

| POKERSCHOOLONLINE | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| 3. The method of claim 2 wherein the computer network comprises the Internet. | "Firewall or Proxy Server.  Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server."  (FAQ, p.26) |
| 4. The method of claim 1 wherein the game comprises a card game. | "Poker is a game played with cards and chips (money).  It's simple to learn, but much harder to master because of all its possible variations. There are many different kinds of games in poker."  (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| 5. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | "Firewall or Proxy Server.  Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server."  (FAQ, p.26) |
| establishing a subscription-based membership for each player of the plurality of players | "How do I Download the Poker Software and Register?  ... 1. Download a Software Installer executable file ... 2. Install the software ... 3. REGISTER: double click on the (PokerPages/PokerSchoolOnline) or (BugsysClub) icon that the installer placed on your desktop.  This launches the software. Then click 'Register' and select & complete info for which area you wish to join ..." (FAQ, p.5)<br><br>"When Can I Register for a Game?  Ring Games and Satellites are continually spawned. So as soon as 2 players have registered to play a Ring Game or 10 players are at a Satellite, the Game begins."  (FAQ, p.11) |

| POKERSCHOOLONLINE | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| by charging each player a fee for a pre-determined membership time period; | "$14.95 per month!  $149.95 annually!" (Hickman Affidavit, Exh. A, page A-7 (PokerSchoolOnline)) |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | "The PokerSchool Online software is free for everyone to get and use including freeroll, multi-table tournaments.  However, there are many more tournaments held exclusively for PokerSchool Online members."  (Hickman Affidavit, Exh. A, page A-7 (PokerSchoolOnline))

"During the round, a player makes a wager (bet) and places it in the pot.  The player hopes that he has the best hand (five cards), or to give the impression that he holds a strong hand and thus to convince his opponents to fold (abandon) their hands."  (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))

"Since money saved is just as valuable as money won, knowing when to release a hand (fold) that appears to be beaten is just as important as knowing when to bet."  (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker) |
| the tournament consisting of at least one game round, | "How does a tournament work?  Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables.  All players start playing at the same time with the same amount of chips (called "tournament chips").  In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game."  (FAQ, p.21) |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | "Over time in all tournaments, players who lose all their chips-or "bust out" -are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." |

| POKERSCHOOLONLINE | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| | (FAQ, p.21) |
| wherein each player is required to make playing choices throughout the game; | "… No matter how the cards are dealt, each player tries to make the best possible hand (five cards) from the cards they are allowed to use. …" (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))<br><br>"During the round, a player makes a wager (bet) and places it in the pot. The player hopes that he has the best hand (five cards), or to give the impression that he holds a strong hand and thus to convince his opponents to fold (abandon) their hands." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))<br><br>"Since money saved is just as valuable as money won, knowing when to release a hand (fold) that appears to be beaten is just as important as knowing when to bet." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| establishing a prize pool for the tournament; | "Win a $25,000 Sponsorship for the WPT Championship Event. The PSO Live Tour 2004 starts January 2004. You can qualify for the Grand LIVE TOUR Final in a PSO Invitational, or via The Big One IV held in the school." (Hickman Affidavit, Exh. A, page A-11 (PokerSchoolOnline)) |
| distributing a fixed number of tokens to each player participating in the tournament for betting in the tournament, | "How does a tournament work? Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables. All players start playing at the same time with the same amount of chips (called "tournament chips"). In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game." (FAQ, p.21) |
| the fixed number not dependent upon any | "How does a tournament work? Online poker tournaments are friendly competitions |

| POKERSCHOOLONLINE | |
| --- | --- |
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| consideration provided by the player; | involving 10 to 1000+ players at one or more tables. All players start playing at the same time with the same amount of chips (called "tournament chips"). In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game." (FAQ, p.21) |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | "What are Poker Dollars? (PokerPages Free Play only) Play free tournaments online to win PokerPages Poker Dollars and be rewarded for your online Poker Tournament skill. The top 3 monthly ranked players receive respectively 3, 2, and 1 months towards membership fees for PokerSchool Online." (FAQ, p.19)<br><br>"Is it really FREE to play at the Play-Money tables? PokerPages: It sure is Free. Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls." (FAQ, p.19) |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | "Is it really FREE to play at the Play-Money tables? PokerPages: It sure is Free. Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls. BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls. (FAQ, p.19) |

| POKERSCHOOLONLINE | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| wherein the non-subscription player is limited to one entry per tournament; | "I would like to play under different names; can I have more than one account?  Users may only have one Account at the same site at any time, which is part of preventing Collusion.  BUT - you can play at up to three games at the same time using that one account."  (FAQ, p.3)

"Can I Play More Than One Table at the Same Time?  We recommend that you play no more than three different games.  But you cannot be seated at different tables in a single Tournament, because of the collusion that might occur as the tables collapse.  So, for example, you can play in one Tournament and 2 Ring Games at the same time, or a Satellite and 2 different Tournaments at the same time.  (FAQ, p.12) |
| distributing at least the same number of tokens to each non-subscription player participating in the tournament as each subscription player participating in the tournament, for betting in the tournament, and | "How does a tournament work?  Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables.  All players start playing at the same time with the same amount of chips (called "tournament chips").  In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game."  (FAQ, p.21) |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | "Over time in all tournaments, players who lose all their chips-or "bust out" -are removed from the tables until only one person remains.  Players are then awarded prize money based on their finishing position within the group."  (FAQ, p.21) |
| 6. The method of claim 5 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating | "Firewall or Proxy Server.  Our software makes one TCP connection, to ports 26229.  The server name is me2.pokerpages.com.  Whoever maintains the firewall configuration (usually your network administrator) should |

| POKERSCHOOLONLINE | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and PokerSchoolOline (Exhibit A to Hickman Affidavit)** |
| players. | be able to use that information to allow the software to connect to our server." (FAQ, p.26) |
| 7. The method of claim 6 wherein the computer network comprises the Internet. | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server." (FAQ, p.26) |
| 8. The method of claim 5 wherein the game is a card game. | "Poker is a game played with cards and chips (money). It's simple to learn, but much harder to master because of all its possible variations. There are many different kinds of games in poker. Some examples are hold'em, omaha hi, and seven card stud." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| 9. The method of claim 8 wherein the card game comprises poker. | "Poker is a game played with cards and chips (money). It's simple to learn, but much harder to master because of all its possible variations. There are many different kinds of games in poker. Some examples are hold'em, omaha hi, and seven card stud." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |

*LA 126890380v2*

10

# EXHIBIT V

| | | BUGSYSCLUB |
| --- | --- | --- |
| **'154 Limitation in Reply** | **MMJK Comment** | **UBT Support** |
| Establishing a subscription-based membership for each player of the plurality of players **by charging each player a fee for a pre-determined membership time period** | The BugsysClub.com Web site did not establish a subscription-based membership by charging a fee for a predetermined period of time. Rather, players could register at the BugsysClub.com Web site and create a deposit account to use for a buy-in. There was no requirement on the amount of money that the user had to deposit in the account. | **each member must open account with minimum fee:**<br>"Once you activate your account, you will be asked if you want to go to the Cashier to fund your BugsysClub account. You need to deposit money into your BugsysClub account to play in any BugsysClub games, so this is a logical next step to take." (FAQ, p.20)<br><br>"Any Minimum to Open a Real-Money Account? Up-to-date deposit limits are posted on BugsysClub's website for all deposit methods. Click here to view deposit limits." (FAQ, p.17, and Banking-Poker, p.1)<br><br>**establishes time period:**<br>"BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls." (FAQ, p.19) |
| hosting at least one game tournament for **subscription-based players** for a game that has elements of both chance and skill during the **membership time period**, | Since the BugsysClub.com Web site did not have "subscription-based players" and there was no "predetermined membership time period", the BugsysClub.com Web site did not host "at least "at least one game tournament for subscription-based players … during the membership time period. | **each member must open account with minimum fee:**<br>"Once you activate your account, you will be asked if you want to go to the Cashier to fund your BugsysClub account. You need to deposit money into your BugsysClub account to play in any BugsysClub games, so this is a logical next step to take." (FAQ, p.20)<br><br>**establishes time period:**<br>"BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls." (FAQ, p.19) |
| providing a means for allowing a **non-subscription** | Again, because there was no subscription to fee to play | **fee for tournament not always required:**<br>"Where do I see what the minimum buy-in of a game is? Tournaments: The |

1

| '154 Limitation in Reply | MMJK Comment | BUGSYSCLUB / UBT Support |
|---|---|---|
| **player** to participate in the tournament **without payment of the fee** | Real Money games at the BugsysClub.com Web site, this step is not disclosed. All players had to pay a buy-in. | buy-in amounts (when required) for tournaments are identified on the same line as the Game listing in the Lobby.  They are also described on the 'Tournament Info Page.'" (FAQ, p.11)<br><br>**bugsysclub has free play:**<br>"How do I start playing for Free right now?  Play money games are available on our free software (in addition to Real Money Games).  Click here for Download instructions.  Then click 'Join BugsysClub' button on the Login Screen.  Complete the registration information requested.  You will immediately be sent an email with an activation code in it.  Be sure to activate your account by clicking on the activation code within this email.  Upon activation, you'll automatically get $1,000 of Play-Money.  You are ready to play!  Launch the software (double click on the icon), Login (using the UserName and Password you created).  Then click on the PokerPages tab.  Select any Free/Fun game listed on the Lobby that says 'Sign-in', then click 'Join Event'." (FAQ, p.18-19)<br><br>**non-subscription player plays for free in tournament:**<br>"Is it really FREE to play at the Play-Money tables?  PokerPages: It sure is Free.  Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls.  BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages.  BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls. (FAQ, p.19) |
| wherein the non-subscription player is **limited to one entry per tournament;** and | Finally, even if the foregoing limitation of the '154 patent claim was disclosed in BugsysClub.com, Defendant has provided no evidence that the BugsysClub.com Web site | **only one account per user:**<br>"I would like to play under different names; can I have more than one account?  Users may only have one Account at the same site at any time, which is part of preventing Collusion.  BUT - you can play at up to three games at the same time using that one account." (FAQ, p.3) |

| '154 Limitation in Reply | BUGSYSCLUB | |
|---|---|---|
| | MMJK Comment | UBT Support |
| | described the feature that the "non-subscription player was limited to one entry per tournament." | **cannot have multiple seats in tournament:** "Can I Play More Than One Table at the Same Time? We recommend that you play no more than three different games. But you cannot be seated at different tables in a single Tournament, because of the collusion that might occur as the tables collapse. So, for example, you can play in one Tournament and 2 Ring Games at the same time, or a Satellite and 2 different Tournaments at the same time. (FAQ, p.12) |

3

# EXHIBIT W

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| 1. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server." (FAQ, p.26) |
| establishing a subscription-based membership for each player of the plurality of players | "How do I Download the Poker Software and Register? ... 1. Download a Software Installer executable file ... 2. Install the software ... 3. REGISTER: double click on the (PokerPages/PokerSchoolOnline) or (BugsysClub) icon that the installer placed on your desktop. This launches the software. Then click 'Register' and select & complete info for which area you wish to join ..." (FAQ, p.5)<br><br>"When Can I Register for a Game? Ring Games and Satellites are continually spawned. So as soon as 2 players have registered to play a Ring Game or 10 players are at a Satellite, the Game begins." (FAQ, p.11) |
| by charging each player a fee for a pre-determined membership time period; | "Once you activate your account, you will be asked if you want to go to the Cashier to fund your BugsysClub account. You need to deposit money into your BugsysClub account to play in any BugsysClub games, so this is a logical next step to take." (FAQ, p.20)<br><br>"Any Minimum to Open a Real-Money Account? Up-to-date deposit limits are posted on BugsysClub's website for all deposit methods. Click here to view deposit limits." (FAQ, p.17)<br><br>"BugsysClub: Anyone who registers at |

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls." (FAQ, p.19) |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the membership time period, | "To sign up for a tournament, click the 'Tourney' tab in the Lobby.  You can register for any tournament you see listed that says 'Sign-up' in the Status column."  (FAQ, p.21)  "Once you activate your account, you will be asked if you want to go to the Cashier to fund your BugsysClub account.  You need to deposit money into your BugsysClub account to play in any BugsysClub games, so this is a logical next step to take."  (FAQ, p.20)  "During the round, a player makes a wager (bet) and places it in the pot.  The player hopes that he has the best hand (five cards), or to give the impression that he holds a strong hand and thus to convince his opponents to fold (abandon) their hands."  (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))  "Since money saved is just as valuable as money won, knowing when to release a hand (fold) that appears to be beaten is just as important as knowing when to bet."  (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))  "BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls." |

2

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | (FAQ, p.19) |
| the tournament consisting of at least one game round, | "How does a tournament work?  Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables.  All players start playing at the same time with the same amount of chips (called "tournament chips").  In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game." (FAQ, p.21) |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | "Over time in all tournaments, players who lose all their chips-or "bust out" -are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." (FAQ, p.21) |
| wherein each player is required to make playing choices throughout the game; | "… No matter how the cards are dealt, each player tries to make the best possible hand (five cards) from the cards they are allowed to use. …" (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) "During the round, a player makes a wager (bet) and places it in the pot.  The player hopes that he has the best hand (five cards), or to give the impression that he holds a strong hand and thus to convince his opponents to fold (abandon) their hands." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) "Since money saved is just as valuable as money won, knowing when to release a hand (fold) that appears to be beaten is just as important as knowing when to bet." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| establishing a prize pool for the tournament; | "How is the amount of Prize Money Calculated?  Payout structures are shown in |

3

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | the BugsysClub Poker Room Rules. They are calculated only one way, as described in the Poker Room Rules." (FAQ, p.21) |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | "Where do I see what the minimum buy-in of a game is? Tournaments: The buy-in amounts (when required) for tournaments are identified on the same line as the Game listing in the Lobby. They are also described on the Tournament Info Page." (FAQ, p.11)

"How do I start playing for Free right now? Play money games are available on our free software (in addition to Real Money Games). Click here for Download instructions. Then click 'join BugsysClub' button on the Login Screen. Complete the registration information requested. You will immediately be sent an email with an activation code in it. Be sure to activate your account by clicking on the activation code within this email. Upon activation, you'll automatically get $1,000 of Play-Money. You are ready to play! Launch the software (double click on the icon), Login (using the UserName and Password you created). Then click on the PokerPages tab. Select any Free/Fun game listed on the Lobby that says 'Sign-in', then click 'Join Event'." (FAQ, p.18-19)

"Is it really FREE to play at the Play-Money tables? PokerPages: It sure is Free. Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls. BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use |

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | at PokerPages.  BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls.  (FAQ, p.19) |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | "Is it really FREE to play at the Play-Money tables?  PokerPages: It sure is Free.  Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls.  BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages.  BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls.  (FAQ, p.19) |
| wherein the non-subscription player is limited to one entry per tournament; and | "I would like to play under different names; can I have more than one account?  Users may only have one Account at the same site at any time, which is part of preventing Collusion.  BUT - you can play at up to three games at the same time using that one account."  (FAQ, p.3)

"Can I Play More Than One Table at the Same Time?  We recommend that you play no more than three different games.  But you cannot be seated at different tables in a single Tournament, because of the collusion that might occur as the tables collapse.  So, for example, you can play in one Tournament and 2 Ring Games at the same time, or a Satellite and 2 different Tournaments at the same time. (FAQ, p.12) |

| BUGSYSCLUB | |
| --- | --- |
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | "Over time in all tournaments, players who lose all their chips-or "bust out" -are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." (FAQ, p.21) |
| 2. The method of claim 1 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server." (FAQ, p.26) |
| 3. The method of claim 2 wherein the computer network comprises the Internet. | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server." (FAQ, p.26) |
| 4. The method of claim 1 wherein the game comprises a card game. | "Poker is a game played with cards and chips (money). It's simple to learn, but much harder to master because of all its possible variations. There are many different kinds of games in poker." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| 5. A computer-implemented method of allowing a plurality of players to play a game over a computer network, the method comprising the steps of: | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server." (FAQ, p.26) |

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| establishing a subscription-based membership for each player of the plurality of players | "How do I Download the Poker Software and Register? … 1. Download a Software Installer executable file … 2. Install the software … 3. REGISTER: double click on the … icon that the installer placed on your desktop.  This launches the software. Then click 'Register' and select & complete info for which area you wish to join."  (FAQ, p.5)

"When Can I Register for a Game?  Ring Games and Satellites are continually spawned. So as soon as 2 players have registered to play a Ring Game or 10 players are at a Satellite, the Game begins."  (FAQ, p.11) |
| by charging each player a fee for a pre-determined membership time period; | "Once you activate your account, you will be asked if you want to go to the Cashier to fund your BugsysClub account.  You need to deposit money into your BugsysClub account to play in any BugsysClub games, so this is a logical next step to take."  (FAQ, p.20)

"Any Minimum to Open a Real-Money Account?  Up-to-date deposit limits are posted on BugsysClub's website for all deposit methods.  Click here to view deposit limits." (FAQ, p.17)

"BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls." (FAQ, p.19) |
| hosting at least one game tournament for subscription-based players for a game that has elements of both chance and skill during the | "To sign up for a tournament, click the 'Tourney' tab in the Lobby.  You can register for any tournament you see listed that says |

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| membership time period, | 'Sign-up' in the Status column." (FAQ, p.21)<br><br>"Once you activate your account, you will be asked if you want to go to the Cashier to fund your BugsysClub account. You need to deposit money into your BugsysClub account to play in any BugsysClub games, so this is a logical next step to take." (FAQ, p.20)<br><br>"In conclusion, playing online poker tournaments can be very rewarding, as you can and will improve your game, to whatever level you desire. Practice makes perfect." (Hickman Affidavit, Exh. A, page A-6 (Basics of Poker Tournaments))<br><br>"BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls." (FAQ, p.19) |
| the tournament consisting of at least one game round, | "How does a tournament work? Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables. All players start playing at the same time with the same amount of chips (called "tournament chips"). In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game." (FAQ, p.21) |
| each game round potentially eliminating one or more participant players until a winning player and one or more runner-up players are determined, | "Over time in all tournaments, players who lose all their chips-or "bust out" -are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." |

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | (FAQ, p.21) |
| wherein each player is required to make playing choices throughout the game; | "Cards can be dealt face up or face down to the table, players or both. It all depends on the type of poker game. No matter how the cards are dealt, each player tries to make the best possible hand (five cards) from the cards they are allowed to use. To know if one hand beats another hand, the hands are compared against a ranking system used commonly in nearly all poker games." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))

"During the round, a player makes a wager (bet) and places it in the pot. The player hopes that he has the best hand (five cards), or to give the impression that he holds a strong hand and thus to convince his opponents to fold (abandon) their hands." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker))

"Since money saved is just as valuable as money won, knowing when to release a hand (fold) that appears to be beaten is just as important as knowing when to bet." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| establishing a prize pool for the tournament; | "How is the amount of Prize Money Calculated? Payout structures are shown in the BugsysClub Poker Room Rules. They are calculated only one way, as described in the Poker Room Rules." (FAQ, p.21) |
| distributing a fixed number of tokens to each player participating in the tournament for betting in the tournament, | "How does a tournament work? Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables. All players start playing at the same time with the same amount of chips (called "tournament chips"). In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in |

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | the game." (FAQ, p.21) |
| the fixed number not dependent upon any consideration provided by the player; | "How does a tournament work? Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables. All players start playing at the same time with the same amount of chips (called "tournament chips"). In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game." (FAQ, p.21) |
| providing a means for allowing a non-subscription player to participate in the tournament without payment of the fee | "Where do I see what the minimum buy-in of a game is? Tournaments: The buy-in amounts (when required) for tournaments are identified on the same line as the Game listing in the Lobby. They are also described on the Tournament Info Page." (FAQ, p.11) <br><br> "How do I start playing for Free right now? Play money games are available on our free software (in addition to Real Money Games). Click here for Download instructions. Then click 'join BugsysClub' button on the Login Screen. Complete the registration information requested. You will immediately be sent an email with an activation code in it. Be sure to activate your account by clicking on the activation code within this email. Upon activation, you'll automatically get $1,000 of Play-Money. You are ready to play! Launch the software (double click on the icon), Login (using the UserName and Password you created). Then click on the PokerPages tab. Select any Free/Fun game listed on the Lobby that says 'Sign-in', then click 'Join Event'." (FAQ, p.18-19) <br><br> "Is it really FREE to play at the Play-Money tables? PokerPages: It sure is Free. Not only does it cost you nothing to play, but at |

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls. BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls. (FAQ, p.19) |
| by submitting information relating to the non-subscription player prior to the hosting of the tournament, | "Is it really FREE to play at the Play-Money tables? PokerPages: It sure is Free. Not only does it cost you nothing to play, but at PokerPages you can play in the many freeroll tournaments for free membership to the first totally online Poker School: PokerSchoolOnline.com when you play in PokerPages free-rolls. BugsysClub: Anyone who registers at BugsysClub gets $1000 in Play-Money which they can immediately use at PokerPages. BugsysClub also has Freerolls (no fee to enter to win real money prizes), but you must have deposited at BugsysClub within the past 6 months to qualify to play in these freerolls. (FAQ, p.19) |
| wherein the non-subscription player is limited to one entry per tournament; | "I would like to play under different names; can I have more than one account? Users may only have one Account at the same site at any time, which is part of preventing Collusion. BUT - you can play at up to three games at the same time using that one account." (FAQ, p.3)<br><br>"Can I Play More Than One Table at the Same Time? We recommend that you play no more than three different games. But you cannot be |

| BUGSYSCLUB | |
| --- | --- |
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | seated at different tables in a single Tournament, because of the collusion that might occur as the tables collapse. So, for example, you can play in one Tournament and 2 Ring Games at the same time, or a Satellite and 2 different Tournaments at the same time. (FAQ, p.12) |
| distributing at least the same number of tokens to each non-subscription player participating in the tournament as each subscription player participating in the tournament, for betting in the tournament, and | "How does a tournament work? Online poker tournaments are friendly competitions involving 10 to 1000+ players at one or more tables. All players start playing at the same time with the same amount of chips (called "tournament chips"). In some tournament formats the stakes rise as the game progresses, making it more and more difficult to stay in the game." (FAQ, p.21) |
| disbursing the prize pool to the winning player and any eligible runner-up players in the form of prizes that have immediate value, subsequent to completion of the tournament. | "Over time in all tournaments, players who lose all their chips-or "bust out" -are removed from the tables until only one person remains. Players are then awarded prize money based on their finishing position within the group." (FAQ, p.21) |
| 6. The method of claim 5 wherein the game tournament is managed by a game administrator operating a game server computer coupled to one or more client computers operated by the participating players. | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the software to connect to our server." (FAQ, p.26) |
| 7. The method of claim 6 wherein the computer network comprises the Internet. | "Firewall or Proxy Server. Our software makes one TCP connection, to ports 26229. The server name is me2.pokerpages.com. Whoever maintains the firewall configuration (usually your network administrator) should be able to use that information to allow the |

| BUGSYSCLUB | |
|---|---|
| **Claims of Patent No. 7,094,154** | **Frequently Asked Questions (Exhibit C) Basics of Poker and Basics of Poker Tournaments (Exhibit A to Hickman Affidavit)** |
| | software to connect to our server." (FAQ, p.26) |
| 8. The method of claim 5 wherein the game is a card game. | "Poker is a game played with cards and chips (money). It's simple to learn, but much harder to master because of all its possible variations. There are many different kinds of games in poker. Some examples are hold'em, omaha hi, and seven card stud." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |
| 9. The method of claim 8 wherein the card game comprises poker. | "Poker is a game played with cards and chips (money). It's simple to learn, but much harder to master because of all its possible variations. There are many different kinds of games in poker. Some examples are hold'em, omaha hi, and seven card stud." (Hickman Affidavit, Exh. A, page A-1 (Basics of Poker)) |

*LA 126890378v2*

13