UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, INC.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ULTIMATE BLACKJACK TOUR LLC,<br><br>       Defendant(s). | No. C07-3236 BZ<br><br>**CLERK'S NOTICE REGARDING TENTATIVE RULING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

    Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on plaintiff's Motion For Preliminary Injunction.  The **August 15, 2007** hearing remains on calendar.

Dated:  August 14, 2007

                              */s/ Rose Maher*
                    Rose Maher - Deputy Clerk to
                    Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\MMJK V.ULTIMATE BLACKJACK\CLERKSTENTATIVERULING.NOT.wpd