UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-3236              BERNARD ZIMMERMAN           DATE August 15, 2007
Case Number            Judge

Title: MMJK, INC.                  -v- ULTIMATE BLACKJACK TOUR

Attorneys: TODD NOAH              MATTHEW STEINBERG
           MICHAEL DERGOSITS      STEVE HASSID

Deputy Clerk: T. De Martini    Court Reporter: Star Wilson

Court   Pltf's   Deft's
( )     (XXX)    ( )    1. Motion for Preliminary Injunction

( )     ( )      ( )    2.

( )     ( )      ( )    3.

( )     ( )      ( )    4.

( )     ( )      ( )    5.

**(XXX)Motion**(s): ( )Granted   ( )Denied   ( )Withdrawn

( )Granted/Denied  ( )Off Calendar  **(XXX)Submitted**

**Order to be Prepared by**:( )Pltf  ( )Deft  **(XXX)Court**

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____