TODD A. NOAH (SBN 152328)
PAUL K. TOMITA (SBN 188096)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         ptomita@dergnoah.com

Attorneys for Plaintiff MMJK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>ULTIMATE BLACKJACK TOUR, LLC<br><br>　　　　Defendant. | Case No. C 07 03236 BZ<br><br>**STIPULATION AND ORDER PURSUANT TO CIVIL L.R. 16-2(e) RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　The Initial Case Management Conference ("CMC") is currently scheduled for Monday, October 15, 2007 at 4:00 p.m.  Due to the Court's unavailability at this time, the Court requested that the parties agree to an alternative date for the CMC.  The first mutually available date for the Court and parties is November 19, 2007 at 4:00 p.m.

　　　　IT IS HEREBY STIPULATED between the parties that the Initial Case Management Conference shall be continued to November 19, 2007 at 4:00 p.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement on or before November 12, 2007.

　　　　IT IS SO STIPULATED.

-1-

| | |
|---|---|
| Dated: September 5, 2007 | DERGOSITS & NOAH LLP |
| | |
| | By:  /s/ Todd A. Noah |
| | Todd A. Noah |
| | |
| | Four Embarcadero Center, Suite 1450 |
| | San Francisco, CA 94111 |
| | Telephone: 415-705-6377 |
| | Facsimile: 415-705-6383 |
| | |
| | Attorneys for Plaintiff |
| | MMJK, INC. |
| | |
| Dated: September 5, 2007 | GREENBERG TRAURIG, LLP |
| | |
| | By:  /s/ Matthew S. Steinberg |
| | Matthew S. Steinberg |
| | |
| | 2450 Colorado Avenue, Suite 400 East |
| | Santa Monica, California 90404 |
| | Telephone: (310) 586-7700 |
| | Facsimile: (310) 586-7800 |
| | |
| | Attorneys for Defendant |
| | ULTIMATE BLACKJACK TOUR LLC |

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Matthew S. Steinberg.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 5, 2007

Hon. Bernard Zimmerman
United States Magistrate Judge

-2-

STIPULATION RE CMC
Case No. C 07 03236 BZ