TODD A. NOAH (SBN 152328)
PAUL K. TOMITA (SBN 188096)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         ptomita@dergnoah.com

Attorneys for Plaintiff MMJK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMJK, INC.<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>ULTIMATE BLACKJACK TOUR, LLC<br><br>　　　Defendant. | Case No. C 07 03236 BZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MMJK, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED.R.CIV.P. 41(a)(2) AND THE COUNTERCLAIMS PURSUANT TO FED.R.CIV.P. 12(b)(1)**<br><br>**Date:   November 7, 2007**<br>**Time: 10:00 a.m.**<br>**Location: Courtroom G**<br>**Honorable Bernard Zimmerman** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMJK, INC.<br><br>　　　Plaintiff,<br><br>vs.<br><br>ULTIMATE BLACKJACK TOUR, LLC<br><br>　　　Defendant. | Case No. C 07 03236 BZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MMJK, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED.R.CIV.P. 41(a)(2) AND THE COUNTERCLAIMS PURSUANT TO FED.R.CIV.P. 12(b)(1)**<br><br>**Date:   November 7, 2007**<br>**Time: 10:00 a.m.**<br>**Location: Courtroom G**<br>**Honorable Bernard Zimmerman** |

　　　Plaintiff MMJK, Inc.'s ("MMJK") motion to dismiss came on for hearing before this Court, the Court having considered the papers submitted for and against MMJK's motion and counsel appearing for Defendant Ultimate Blackjack Tour, LLC ("UBT") and counsel appearing for MMJK.

　　　After consideration of the briefs and arguments of counsel, and all other matters presented to this Court, and based on the above analysis, IT IS HEREBY ORDERED that MMJK's motion is GRANTED.

-2-

ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS
Case No. C 07 03236 BZ

1    IT IS SO ORDERED.

Dated: November ___, 2007        _____
                                  Hon. Bernard Zimmerman
                                  U.S. Magistrate Judge