1  TODD A. NOAH (SBN 152328)
2  PAUL K. TOMITA (SBN 188096)
   DERGOSITS & NOAH LLP
3  Four Embarcadero Center, Suite 1450
   San Francisco, California 94111
4  Tel: (415) 705-6377
   Fax: (415) 705-6383
5  E-mail:  tnoah@dergnoah.com
            ptomita@dergnoah.com
6
   Attorneys for Plaintiff MMJK, INC.
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | MMJK, INC.                    ) Case No. C 07 03236 BZ
   |                               )
11 |     Plaintiff,                ) **MMJK, INC.'S RE-NOTICE OF**
12 |                               ) **MOTION TO DISMISS THE**
   |                               ) **COMPLAINT PURSUANT TO**
13 | vs.                           ) **FED.R.CIV.P. 41(a)(2) AND THE**
   |                               ) **COUNTERCLAIMS PURSUANT TO**
14 |                               ) **FED.R.CIV.P. 12(b)(1)**
15 |                               )
   | ULTIMATE BLACKJACK TOUR, LLC  ) Date:  December 5, 2007
16 |                               ) Time: 10:00 a.m.
   |     Defendant.                ) Location: Courtroom G
17 |                               ) Honorable Bernard Zimmerman
18 |                               )
   |                               )
19 |                               )

20

21 **TO THE DEFENDANT AND ITS ATTORNEYS OF RECORD:**

22     YOU ARE HEREBY NOTIFIED that due to a scheduling conflict with the Court, plaintiff

23 MMJK, Inc.'s motion to dismiss its complaint pursuant to Rule 41(a)(2) of the Federal Rules of Civil

24 Procedure and to dismiss the counterclaims of defendant Ultimate Blackjack Tour, LLC ("UBT") for

25 lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure will

26 be heard on December 5, 2007, at 10:00 a.m. in Courtroom G, 15th Floor of the San Francisco Division

27 of the United States District Court for the Northern District of California, located at 450 Golden Gate

28

-1-

MMJK'S RE-NOTICE OF MOTION TO DISMISS
Case No. C 07 03236 BZ

1 | Avenue.

3 | Dated: October 5, 2007                              DERGOSITS & NOAH LLP

By: /s/ Todd A. Noah
    Todd A. Noah
    Attorneys for Plaintiff MMJK, INC.

-2-