UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ULTIMATE BLACKJACK TOUR LLC, <br><br> Defendant(s). | No. C07-3236 BZ <br><br> **ORDER MODIFYING BRIEFING SCHEDULE ON MOTION OF MMJK, INC. TO DISMISS THE COMPLAINT AND THE COUNTERCLAIMS** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

MMJK, Inc.'s motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 41(a)(2) and the counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(1) is set for hearing on **December 5, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS HEREBY ORDERED** that the briefing schedule for MMJK, Inc.'s motion is modified as follows:  Any opposition to shall be filed no later than **October 22, 2007.**  Any reply shall be

///

///

1

1 | filed no later than **October 29, 2007**.
2 | Dated:   October 5, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MMJK V.ULTIMATE BLACKJACK\Order Modifying Briefing Schedule.wpd