GREENBERG TRAURIG, LLP
MATTHEW S. STEINBERG (SBN 82969)
STEVE P. HASSID (SBN 219913)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: steinbergm@gtlaw.com; hassids@gtlaw.com

Attorneys for Defendants
Ultimate Blackjack Tour, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, Inc.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ULTIMATE BLACKJACK TOUR, LLC<br><br>　　　　Defendant. | CASE NO. C 3:07-CV-03236-BZ<br><br>**DECLARATION OF STEVE P. HASSID ISO OPPOSITION TO PLAINTIFF MMJK'S MOTION TO DISMISS COMPLAINT AND COUNTERCLAIMS**<br><br>[Filed Concurrently with Defendant Ultimate Blackjack Tour, LLC's Memorandum Of Points And Authorities In Opposition To MMJK's Motion To Dismiss The Complaint And Counterclaims]<br><br>DATE:　　　December 5, 2007<br>TIME:　　　10:00 a.m.<br>LOCATION:　Courtroom G<br>JUDGE:　　　Hon. Bernard Zimmerman |

## DECLARATION OF STEVE P. HASSID

I, Steve P. Hassid, declare and state as follows:

1. The following facts are personally known by me to be true and correct and if called as a witness I could and would competently testify thereto under oath.

2. I am an attorney at law. I became licensed to practice in the State of California in 2002. I earned my undergraduate Bachelor of Science degree in Animal Physiology and Neuroscience from the University of California, San Diego in 1998. I obtained my Juris Doctor from Hastings College of the Law in 2001. I have practiced almost exclusively in the area of patent prosecution and litigation for the past 6 years.

3. Since April, 2005, I have been employed as a senior associate in the litigation and intellectual property practice groups of Greenberg Traurig LLP.

4. Attached hereto as Exhibit A, is a true and correct copy of U.S. Patent Publication No. 20060281555, which is a copy of the currently pending published patent application having U.S. Application No. 11/507,795 ("'795 patent").

5. On or about September 4, 2007, Mathew S. Steinberg and I were on the phone with counsel for MMJK, Todd Noah, to discuss settlement of the present case. During that call MMJK rejected UBT's earlier offer for settlement and, in the alternative, demanded that UBT agree to a stay of this case pending the outcome of MMJK's pending '795 application, which published on December 14, 2006 as U.S. Patent Publication No. 20060281555A. Todd also indicated MMJK would amend its present complaint to add any patents that issue from the pending '795 application, thereby, according to MMJK, creating additional infringement liability for UBT. UBT rejected MMJK's offer for a stay indicating that it believed MMJK's suit to be completely meritless and that it wanted quick and final resolution of this matter and full release of liability regarding MMJK's present and future patents, including those derived from the pending '795 patent application. During that call, we also indicated that absent a settlement, UBT would move for summary judgment of non-infringement and invalidity and request attorneys' fees.

6. On or about September 16, 2007, MMJK informed UBT it was reconsidering UBT's settlement proposal. On or about September 26, 2007, MMJK agreed to dismiss the present case with

1

prejudice and forwarded a draft stipulation to UBT for its approval. Without any indication from UBT that it would agree to such terms, MMJK's proposed stipulation indicated "[e]ach party will bear its own attorneys' fees and costs." UBT rejected the stipulation on the basis that it was the prevailing party and would not agree to bear its own attorneys' fees and costs unless it was part of a larger overall settlement that included present and future MMJK patents.

7. Paragraph [001] of U.S. Patent Publication No. 20060281555 states, "[t]his application is a continuation in part of U.S. patent application Ser. No. 11/026,783, Computer Networked Game System Utilizing Subscription Based Membership And Alternative Methods Of Entry, filed Dec. 30, 2004, now U.S. Pat. No. 7,094,154."

8. Attached hereto as Exhibit B, is a true and correct copy of *WS Packaging Group, Inc. v. Global Commerce Group, LLC*, 2007 U.S. Dist. LEXIS 34880 (E.D. Wis. May 10, 2007), as cited on page 8 of DEFENDANT ULTIMATE BLACKJACK TOUR, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MMJK'S MOTION TO DISMISS THE COMPLAINT AND COUNTERCLAIMS, filed concurrently herewith.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was electronically executed this October 22, 2007, at Santa Monica, California.

DATED: October 22, 2007           GREENBERG TRAURIG, LLP


                                  By:____/S/_____
                                  STEVE P. HASSID
                                  Attorneys for Defendant
                                  Ultimate Blackjack Tour, LLC

## CERTIFICATE OF SERVICE

I, hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

DATED: July 25, 2007                    GREENBERG TRAURIG, LLP


                                        By:_____/S/_____
                                        MATTHEW S. STEINBERG
                                        Attorneys for Defendant
                                        Ultimate Blackjack Tour, LLC