UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MMJK, INC.,

       Plaintiff(s),    No. C07-3236 BZ

  v.

**FINAL JUDGMENT**

ULTIMATE BLACKJACK TOUR LLC,

       Defendant(s).

Having issued an Order Dismissing Complaint and Counterclaim dated November 7, 2007, **IT IS ORDERED** and **ADJUDGED** that the action be dismissed on the merits and that defendant Ultimate BlackJack Tour, LLC recover from plaintiff its costs of action.

Dated: November 7, 2007

                                Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\MMJK V.ULTIMATE BLACKJACK\FINAL JUDGMENT.wpd

1