```
GREENBERG TAURIG, LLP
MATTHEW S. STEINBERG (SBN 82969)
STEVE P. HASSID (SBN 219913)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  steinbergm@gtlaw.com; hassids@gtlaw.com

Attorneys for Defendants
Ultimate Blackjack Tour, LLC
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> ULTIMATE BLACKJACK TOUR, LLC <br><br> Defendant. | CASE NO. C 3:07-CV-03236-BZ <br><br> [Assigned to the Hon. Bernard Zimmerman] <br><br> **DECLARATION OF STEVE P. HASSID IN SUPPORT OF ULTIMATE BLACKJACK TOUR LLC'S BILL OF COSTS** <br><br> [Filed Concurrently with Bill of Costs, Summary of Costs, and Exhibits A-I.] <br><br> Date Action Filed:    11/21/07 |

I, Steve P. Hassid, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California. I am an Associate in the law firm Greenberg Traurig, LLP ("GT"), attorneys of record for Ultimate Blackjack Tour LLC ("UBT") in the above-captioned action. The following facts are within my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Order dismissing Complaint and Counterclaim, wherein the honorable Judge Zimmerman granted MMJK's Motion to Dismiss and indicated UBT to be the prevailing party on or about November 7, 2007. *See* Exhibit A.

3. Attached hereto as Exhibit B is a true and correct copy of the Court's Final Judgment, wherein the Court dismissed the action and awarded UBT its costs on or about November 7, 2007. *See* Exhibit B.

4. Attached hereto as Exhibit C is a true and correct copy of the costs and disbursements history for this matter from inception in June 19, 2007 through November 7, 2007. These are redacted copies of the bills provided by counsel to UBT.

5. A true and correct itemization of the costs incurred by UBT in this matter is set forth in the Summary of Costs, which is attached to the Bill of Costs. The costs requested by UBT total $8,421.07 and have been divided into categories of (1) Fees of the Clerk; (2) Fees for exemplification and copies of papers necessarily obtained for use in the case; and (3) Other costs to be taxed pursuant to prior Court approval.

6. True and correct copies of the underlying invoices for the costs totaling $6,790.65 have been provided as Exhibits D-I. Invoices for the remaining costs in the amount of $1,630.42 do not exist as these costs relate to internal charges from Greenberg Traurig for postage, telephone calls, and internal research and services, as shown in detail in Exhibit C.

7.   Having knowledge of the facts, costs for the items discussed herein and listed on the Bill of Cost and Summary of Costs filed concurrently herewith are correct and were necessarily incurred in the present case. The services for which these fees have been charged were actually and necessarily performed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2007, at Santa Monica, California.

_____
Steve P. Hassid

2

**DECLARATION OF STEVE P. HASSID IN SUPPORT OF
ULTIMATE BLACKJACK TOUR LLC'S BILL OF COSTS**

LA 127079390

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404.**

On November 21, 2007, I served the **DECLARATION OF STEVE P. HASSID IN SUPPORT OF ULTIMATE BLACKJACK TOUR LLC'S BILL OF COSTS** on the interested parties in this action by sending by e-mail a true copy thereof, addressed as follows:

### SEE ATTACHED SERVICE LIST

☒   (ELECTRONIC SERVICE BY E-MAIL)

DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
tnoah@dergnoah.com
ptomita@dergnoah.com

*Attorneys for Plaintiff MMJK, Inc.*

☒   **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 21, 2007, at Santa Monica, California.

_____
Shaula Stephenson

---

**DECLARATION OF STEVE P. HASSID IN SUPPORT OF
ULTIMATE BLACKJACK TOUR LLC'S BILL OF COSTS**