# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ULTIMATE BLACKJACK TOUR LLC, ) <br> ) <br> Defendant(s). ) <br> _____ ) | No. C07-3236 BZ <br><br> **FINAL JUDGMENT** |

Having issued an Order Dismissing Complaint and Counterclaim dated November 7, 2007, **IT IS ORDERED** and **ADJUDGED** that the action be dismissed on the merits and that defendant Ultimate BlackJack Tour, LLC recover from plaintiff its costs of action.

Dated: November 7, 2007

                                      _____
                                              Bernard Zimmerman
                                         United States Magistrate Judge

G:\BZALL\-BZCASES\MMJK V.ULTIMATE BLACKJACK\FINAL JUDGMENT.wpd

1