# EXHIBIT C

# Greenberg
# Traurig

Invoice No.:  1945878
File No.    :  102741.010300
Bill Date   :  August 10, 2007

Ultimate Blackjack Tour
1925 Century Park East
Suite 800
Los Angeles, California  90067

Attn: Mr. Sanford Millar
      COO & General Counsel

## INVOICE

Re:  ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.

Legal Services through July 31, 2007:

Expenses:

| | | |
|---|---:|---|
| Business Meals | 37.37 | |
| Federal Express Charges | 9.44 | |
| Messenger Services | 6.95 | |
| Other Charges | 680.00 | |
| Photocopy Charges | 181.80 | |
| Service Company Charges | 76.00 | |
| Telephone Expenses | 1.00 | |
| Information and Research | 521.70 | |
| Total Expenses: | $ | 1,514.26 |

MSS:CM
Tax ID: 13-3613083

Invoice No.:    1945878                                                             Page 1

Re:           ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.

Matter No.:    102741.010300

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/01/07 | | | | |
| 07/02/07 | | | | |
| 07/03/07 | | | | |
| 07/03/07 | | | | |
| 07/03/07 | | | | |
| 07/03/07 | | | | |
| 07/04/07 | | | | |
| 07/05/07 | | | | |
| 07/06/07 | | | | |
| 07/06/07 | | | | |
| 07/08/07 | | | | |
| 07/09/07 | | | | |
| 07/09/07 | | | | |
| 07/09/07 | | | | |
| 07/10/07 | | | | |
| 07/11/07 | | | | |

Redacted

Invoice No.:    1945878                                                                    Page 2
Re:             ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:     102741.010300

<u>Description of Professional Services Rendered</u>

07/11/07

07/11/07

07/12/07

07/12/07

07/12/07

07/12/07

07/12/07

Redacted

07/12/07
07/12/07

07/12/07
07/12/07

07/12/07

07/13/07

07/13/07

07/13/0

07/13/0
07/14/0
07/16/0

07/16/0
07/16/0

07/16/0

07/16/
07/16/

Invoice No.:    1945878                                                          Page 3
Re:             ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:     102741.010300

Description of Professional Services Rendered

07/16/07


07/17/07

07/17/07



07/17/07

07/17/07

07/17/07

07/17/07
07/17/07

07/17/07


07/18/07

07/18/07
07/18/07


07/18/07

07/18/07

07/18/07

07/18/07

07/18/07



07/18/0´

Redacted

Invoice No.:      1945878                                                    Page 4
Re:               ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:       102741.010300

<u>Description of Professional Services Rendered</u>

07/18/07


07/18/07

07/19/07

07/19/07


07/19/07
07/19/07
07/19/07

07/19/07

07/19/07

07/19/07

07/19/07

07/19/07
07/19/07

07/19/07
07/19/07

07/20/07

07/20/07


07/20/07


07/20/07

07/21/07
07/21/07
07/21/07
07/21/07
07/21/07

07/22/07
07/22/07
07/22/07
07/22/07

Redacted

Invoice No.: 1945878
Re: ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.: 102741.010300

<u>Description of Professional Services Rendered</u>

07/22/07
07/23/07

07/23/07
07/23/07

07/23/07

07/23/07
07/23/07

07/23/07

07/24/07

07/24/07
07/24/07

07/24/07

07/24/07

07/25/07
07/25/07

07/25/07

07/26/07
07/26/07

07/26/07

07/26/07
07/26/07

07/27/07
07/27/07

07/27/07
07/27/07

07/27/07

Redacted

Invoice No.:     1945878                                                                          Page 6
Re:              ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:      102741.010300

Description of Professional Services Rendered

07/27/07

07/27/07

07/27/07
07/27/07

07/30/07
07/30/07

07/30/07
07/30/07

07/31/07

07/31/07

07/31/07

Redacted

| | | |
|---|---|---|
| Invoice No.: | 1945878 | Page 7 |
| Re: | ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC. | |
| Matter No.: | 102741.010300 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/03/07 | Copy; 6 Page(s) by 008604 | $ | 0.90 |
| 07/05/07 | VENDOR: Overnite Express INVOICE#: 860804 DATE: 7/9/2007 Messenger Service on 07/05/2007 from Alma Rincon to Ultimate Blackjack Tour, Llc - Century City - File ref. 102741.010300 Rincon, Alma, | $ | 6.95 |
| 07/12/07 | Copy; 11 Page(s) by 008604 | $ | 1.65 |
| 07/16/07 | VENDOR: Berman, Charles INVOICE#: C051000257112070060 DATE: 7/17/2007 TYPE: Business Meals; REASON: Client Billable-LA-IP-Shareholder; DATE: 07/16/07 - Lunch with███████████████ ████████████████ MERCHANT: Daily Grill; ATTENDEES: Charles ███████ | $ | 37.37 |
| 07/16/07 | Westlaw Research by TSANG,LOUISE. | $ | 196.88 |
| 07/17/07 | Westlaw Research by TSANG,LOUISE. | $ | 7.58 |
| 07/18/07 | VENDOR: FedEx INVOICE#: 217297911 DATE: 7/27/2007  Tracking #790294836271; From: Deborah Pouratian, Greenberg Traurig, 2450 Colorado Ave. Ste.400e., Santa Monica, CA 90404;   To: Internet Archive, Information Not Supplied, The Presidio Of San Francisco, San Francisco, CA 94129 | $ | 9.44 |
| 07/18/07 | VENDOR: Internet Archive; INVOICE#: 71-071807420; DATE: 7/18/2007  -  Affidavit verifying existence of web page- Deborah Pouratian. | $ | 420.00 |
| 07/18/07 | VENDOR: Internet Archive; INVOICE#: 71-071807260; DATE: 7/18/2007  -  Affidavit verifying existence of web page- Deborah Pouratian. | $ | 260.00 |
| 07/18/07 | Copy; 104 Page(s) by 015463 | $ | 15.60 |
| 07/18/07 | Telephone; ███████ from Ext. 3850  SNFC CNTRL CA | $ | 0.30 |
| 07/18/07 | Telephone; ███████ from Ext. 3850  SNFC CNTRL CA | $ | 0.10 |
| 07/18/07 | Telephone; ███████ from Ext. 3850  SNFC CNTRL CA | $ | 0.20 |
| 07/18/07 | Telephone; ███████ from Ext. 3850  SNFC CNTRL CA | $ | 0.20 |
| 07/19/07 | Copy; 2 Page(s) by 015640 | $ | 0.30 |
| 07/20/07 | Copy; 522 Page(s) by 015640 | $ | 78.30 |
| 07/20/07 | Copy; 36 Page(s) by 015640 | $ | 5.40 |
| 07/20/07 | Copy; 61 Page(s) by 015640 | $ | 9.15 |
| 07/20/07 | VENDOR: PeerlessPatents, Ltd. INVOICE#: 19060 DATE: 7/20/2007 Ref 102741-010300 - Cert copy of Patent/TM/Copyright/Assignment Doc-Patent App ser. No. 60/444474 Herrmann - GAME OF CHANCE AND SYSTEM AND METHODS FOR PLAYING A GAME OF CHANCE. - File Ref: 102741.010300 | $ | 76.00 |
| 07/23/07 | Copy; 15 Page(s) by 015640 | $ | 2.25 |
| 07/23/07 | Copy; 48 Page(s) by 016426  2 COPIES | $ | 7.20 |
| 07/23/07 | Copy; 9 Page(s) by 015640 | $ | 1.35 |
| 07/24/07 | Westlaw Research by RINCON,ALMA. | $ | 34.40 |
| 07/25/07 | Copy; 31 Page(s) by 008604 | $ | 4.65 |
| 07/25/07 | Copy; 367 Page(s) by 008604 | $ | 55.05 |

| Invoice No.: | 1945878 | | Page 8 |
| Re: | ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC. | | |
| Matter No.: | 102741.010300 | | |

<u>Description of Expenses Billed</u>

| 07/26/07 | Westlaw Research by RINCON,ALMA. | $ | 282.84 |
| 07/27/07 | Telephone; 4155616767 from Ext. 3850  SNFC CNTRL CA | $ | 0.20 |
| | Total Expenses: | $ | 1,514.26 |



# Greenberg Traurig

Invoice No.: 1970264
File No.    : 102741.010300
Bill Date   : September 14, 2007

Ultimate Blackjack Tour
1925 Century Park East
Suite 800
Los Angeles, California 90067

Attn: Mr. Sanford Millar
        COO & General Counsel

## INVOICE

Re:   ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.

Legal Services through August 31, 2007:

Expenses:

| | |
|---|---:|
| Business Meals | 178.08 |
| Certified Copies | 320.00 |
| Federal Express Charges | 28.30 |
| Messenger Services | 117.45 |
| Photocopy Charges | 100.80 |
| Postage | 4.60 |
| Telephone Expenses | 3.22 |
| Information and Research | 174.40 |
| Total Expenses: $ | 926.85 |

MSS:AG
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 2450 Colorado Avenue | Suite 400E | Santa Monica, California 90404
Tel 310.586.7700 | Fax 310.586.7800 | www.gtlaw.com

# Greenberg Traurig

MSS:AG
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No. :   1970264
File No.      :   102741.010300

**Account Statement**

MSS:AG
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 2450 Colorado Avenue | Suite 400E | Santa Monica, California 90404
Tel 310.586.7700 | Fax 310.586.7800 | www.gtlaw.com

Invoice No.:   1970264                                                                 Page  1
Re:            ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:    102741.010300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/01/07 | | | | |
| 08/02/07 | | | | |
| 08/02/07 | | | | |
| 08/02/07 | | | | |
| 08/02/07 | | | | |

Redacted

Invoice No.:      1970264                                                    Page 2
Re:               ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:       102741.010300

<u>Description of Professional Services Rendered</u>

08/03/07

08/03/07

08/03/07

08/03/07

08/03/07

08/03/07

08/03/07

08/03/07

08/03/07

08/04/07

08/04/07

08/05/07

08/05/07

08/05/07

08/05/07

08/05/07

08/06/07

*Redacted*

Invoice No.:    1970264                                                                Page 3
Re:             ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:     102741.010300

<u>Description of Professional Services Rendered</u>

08/06/07

08/06/07

08/06/07

08/06/07

08/06/07
08/06/07

08/06/07

08/06/07

08/06/07

08/06/07

08/06/07

08/06/07

08/06/07

08/07/07

08/07/07

08/07/07

08/07/07

08/07/07

Redacted

Invoice No.:     1970264                                                                        Page 4
Re:              ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:      102741.010300

<u>Description of Professional Services Rendered</u>

08/07/07

08/07/07

08/07/07

08/07/07

08/07/07

08/08/07

08/08/07

08/08/07

08/08/07

08/08/07

Redacted

08/09/07

08/09/07

08/09/07

08/09/07

08/10/07

08/10/07

Invoice No.:    1970264
Re:             ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:     102741.010300

Page 5

<u>Description of Professional Services Rendered</u>

08/10/07


08/10/07
08/10/07

08/10/07
08/10/07

08/10/07

08/10/07

08/11/07


08/11/07

08/11/07
08/11/07


08/11/07
08/12/07

08/12/07


08/12/07

08/12/07


08/12/07

08/13/07
08/13/07


08/13/07

08/13/07
08/13/07

08/13/07

08/13/07

Redacted

Invoice No.:       1970264                                                                                    Page 6
Re:                ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:        102741.010300

<u>Description of Professional Services Rendered</u>

08/13/07

08/13/07

08/13/07

08/13/07

08/13/07

08/13/07

08/13/07

08/14/07
08/14/07

08/14/07

08/14/07

08/14/07

Redacted

08/15/07

08/15/07

08/15/07

08/16/07

08/16/07

08/16/07

08/16/07
08/16/07
08/16/07
08/17/07

08/17/07

| | | |
|---|---|---|
| Invoice No.: | 1970264 | Page 7 |
| Re: | ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC. | |
| Matter No.: | 102741.010300 | |

Description of Professional Services Rendered

08/20/07

08/21/07

08/21/07

08/21/07

08/21/07

08/22/07

08/22/07

08/22/07

Redacted

08/23/07

08/23/07

08/23/07

08/23/07

08/24/07
08/27/07

08/28/07

08/29/07
08/29/07
08/30/07

08/30/07

08/30/07

08/31/07

08/31/07

Invoice No.:     1970264                                                    Page 8
Re:              ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:      102741.010300

Description of Professional Services Rendered

Invoice No.:     1970264                                                                    Page 9
Re:              ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:      102741.010300

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/19/07 | VENDOR: OSMIO Inc. INVOICE#: GTLA0707 DATE: 8/3/2007 584219 07/19/07 Food Service Maria'S Italian Kitchen Charles Berman Francis David | $ | 73.88 |
| 07/20/07 | VENDOR: FedEx INVOICE#: 217297911 DATE: 7/27/2007 Tracking #792382374970; From: Paul Hickman, Internet Archive, 116 Sheridan Ave, San Francisco, CA 94129; To: Matthew Steinberg, Greenberg Traurigllp, 2450 Colorado Avenue, Santa Monica, CA 90404 | $ | 9.34 |
| 07/24/07 | VENDOR: Pouratian, Deborah (Reimbursements) INVOICE#: C051000535662070005 DATE: 8/7/2007 TYPE: In-House Meals; REASON: Client Billable-LA-Lit-Associate; DATE: 07/24/07 - Working Dinner ▇▇▇▇▇▇▇▇▇▇▇▇▇ MERCHANT: Bizou Garden Bistro; ATTENDEES: ▇▇▇▇▇ | $ | 46.00 |
| 07/27/07 | VENDOR: Overnite Express INVOICE#: 864182 DATE: 7/30/2007 Messenger Service on 07/27/2007 from Alma Rincon to United States District Court, Northern D - San Francisco - File ref. 102741.010300 Rincon, Alma, | $ | 18.58 |
| 08/02/07 | Copy; 92 Page(s) by 008604 | $ | 13.80 |
| 08/06/07 | VENDOR: Pouratian, Deborah (Reimbursements) INVOICE#: C051000535662070006 DATE: 8/17/2007 TYPE: In-House Meals; REASON: Client Billable-LA-Lit-Associate; DATE: 08/06/07 - Working lunch ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ MERCHANT: Darya Restaurant; ATTENDEES: ▇▇▇▇▇▇▇ | $ | 58.20 |
| 08/06/07 | VENDOR: Internet Archive; INVOICE#: 71080607320; DATE: 8/6/2007 - To obtain affidavit authenticating documents - Charles Berman. | $ | 320.00 |
| 08/06/07 | VENDOR: FedEx INVOICE#: 219825772 DATE: 8/10/2007 Tracking #799188538779; From: La Mailroom, Greenberg Traurig. Llp, 2450 Colorado Ave, Santa Monica, CA 90404; To: Internet Archive, The Presidio Of San Francisco, San Francisco, CA 94129 | $ | 9.48 |
| 08/06/07 | Telephone; ▇▇▇▇▇ from Ext. 3850 SNFC CNTRL CA | $ | 0.20 |
| 08/06/07 | Telephone; ▇▇▇▇▇ from Ext. 3850 LAS VEGAS NV | $ | 0.72 |
| 08/07/07 | VENDOR: FedEx INVOICE#: 219825772 DATE: 8/10/2007 Tracking #798735930411; From: Paul Hickman, Internet Archive, 116 Sheridan Ave, San Francisco, CA 94129; To: Deborah Pouratian, Greenberg Traurigllp, 2450 Colorado Avenue, Santa Monica, CA 90404 | $ | 9.48 |
| 08/07/07 | Lexis Charges: 08/07/07 LEXIS LEGAL SERVICES Requested by POURATION DEBORAH Ref: 102741.010300 | $ | 0.87 |
| 08/07/07 | Lexis Charges: 08/07/07 LEXIS LEGAL SERVICES Requested by POURATION DEBORAH Ref: 102741.010300 | $ | 22.50 |
| 08/07/07 | Lexis Charges: 08/07/07 SHEPARD'S SERVICE Requested by POURATION DEBORAH Ref: 102741.010300 | $ | 0.12 |
| 08/07/07 | Lexis Charges: 08/07/07 SHEPARD'S SERVICE Requested by POURATION DEBORAH Ref: 102741.010300 | $ | 2.75 |
| 08/07/07 | Lexis Charges: 08/07/07 LEXIS LEGAL SERVICES Requested by POURATION DEBORAH Ref: 102741.010300 | $ | 21.76 |
| 08/08/07 | Telephone; ▇▇▇▇▇ from Ext. 3850 SNFC CNTRL CA | $ | 0.30 |

Invoice No.:     1970264                                                                    Page  10
Re:              ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:      102741.010300

Description of Expenses Billed

| Date | Description | | Amount |
|------|-------------|---|--------|
| 08/09/07 | Copy; 580 Page(s) by 008604 | $ | 87.00 |
| 08/09/07 | Postage by 016426 | $ | 4.60 |
| 08/10/07 | VENDOR: Overnite Express INVOICE#: 869034 DATE: 8/13/2007 Messenger Service on 08/10/2007 from Alma Rincon to United States District Court, Northern D - San Francisco - File ref. 102741.010300 (Ubt/Mmjk) Rincon, Alma, | $ | 15.30 |
| 08/10/07 | Telephone; ▓▓▓▓▓▓ from Ext. 7875  SNFC CNTRL CA | $ | 0.20 |
| 08/10/07 | Telephone; ▓▓▓▓▓▓ from Ext. 7875  SNFC CNTRL CA | $ | 0.30 |
| 08/10/07 | Telephone; ▓▓▓▓▓▓ from Ext. 7875  SNFC CNTRL CA | $ | 0.30 |
| 08/12/07 | Telephone; ▓▓▓▓▓▓ from Ext. 3850  LAS VEGAS NV | $ | 0.16 |
| 08/13/07 | Telephone; ▓▓▓▓▓▓ from Ext. 3850  LAS VEGAS NV | $ | 0.48 |
| 08/13/07 | Telephone; ▓▓▓▓▓▓ from Ext. 3850  LAS VEGAS NV | $ | 0.08 |
| 08/13/07 | Telephone; ▓▓▓▓▓▓ from Ext. 3850  LAS VEGAS NV | $ | 0.08 |
| 08/13/07 | Telephone; ▓▓▓▓▓▓ from Ext. 7875  SNFC CNTRL CA | $ | 0.20 |
| 08/14/07 | Telephone; ▓▓▓▓▓▓ from Ext. 7875  SNFC CNTRL CA | $ | 0.20 |
| 08/15/07 | VENDOR: Overnite Express INVOICE#: 870528 DATE: 8/20/2007 Messenger Service on 08/15/2007 from Alma Rincon to Hotel Nikko San Francisco - San Francisco - File ref. 102741.010300 (Ubt/Mmjk) Rincon, Alma, | $ | 83.57 |
| 08/21/07 | Westlaw Research by RINCON, ALMA. | $ | 126.40 |
| | Total Expenses: | $ | 926.85 |

# Greenberg Traurig

|                 |     |                |
|-----------------|-----|----------------|
| Invoice No.:    |     | 1990234        |
| File No.        | :   | 102741.010300  |
| Bill Date       | :   | October 9, 2007|

Ultimate Blackjack Tour
1925 Century Park East
Suite 800
Los Angeles, California  90067

Attn: Mr. Sanford Millar
      COO & General Counsel

## <u>INVOICE</u>

Re:   ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.

<u>Legal Services through September 30, 2007</u>:

<u>Expenses</u>:

|                                       |           |    |          |
|---------------------------------------|-----------|----|----------|
| Business Meals                        | 49.25     |    |          |
| Local Travel                          | 208.00    |    |          |
| Messenger Services                    | 40.00     |    |          |
| Off-site Printing and Copying Charges | 1,817.83  |    |          |
| Other Charges                         | 974.48    |    |          |
| Service Company Charges               | 994.50    |    |          |
| Special Clerical Services             | 1,141.88  |    |          |
| Travel and Lodging Out of town        | 1,543.17  |    |          |
| Total Expenses:                       |           | $  | 6,769.11 |

MSS:AG
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 2450 Colorado Avenue | Suite 400E | Santa Monica, California 90404
Tel 310.586.7700 | Fax 310.586.7800 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No.:  1990234
File No.    :  102741.010300

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|

MSS:AG
Tax ID: 13-3613083

Invoice No.:      1990234                                                                              Page 1
Re:               ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:       102741.010300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/30/07 | | | | |
| 09/05/07 | | | | |
| 09/05/07 | | | | |
| 09/05/07 | | | | |
| 09/06/07 | | | | |
| 09/06/07 | | | | |
| 09/07/07 | | | | |
| 09/10/07 | | | | |
| 09/14/07 | | | | |
| 09/18/07 | | | | |
| 09/24/07 | | | | |
| 09/26/07 | | | | |
| 09/26/07 | | | | |
| 09/26/07 | | | | |
| 09/27/07 | | | | |
| 09/27/07 | | | | |
| 09/28/07 | | | | |
| 09/28/07 | | | | |

Redacted

Page 2

Invoice No.:      1990234
Re:               ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:       102741.010300

Description of Professional Services Rendered

Redacted

Invoice No.:     1990234                                                                                    Page 3
Re:              ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:      102741.010300

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 07/16/07 | VENDOR: Copy Page INVOICE#: 509936 DATE: 8/1/2007 Ref. No. WG99279 - color copies ordered by Alma Rincon on 07/16/07: 102741.010300 , | $ | 167.64 |
| 07/25/07 | VENDOR: Copy Page INVOICE#: 509936 DATE: 8/1/2007 Ref. No. WG99371 - b&w hand placed docs ordered by Dj Blumberg on 07/25/07: 102741.010300 , | $ | 13.42 |
| 07/26/07 | VENDOR: Copy Page INVOICE#: 509936 DATE: 8/1/2007 Ref. No. WG99409 - b&w and color copies ordered by Alma Rincon on 07/26/07: 102741.010300 , | $ | 329.70 |
| 07/27/07 | VENDOR: Copy Page INVOICE#: 509936 DATE: 8/1/2007 Ref. No. WG99427 - b&w copies ordered by Alma Rincon on 07/27/07: 102741.010300 , | $ | 181.73 |
| 07/31/07 | VENDOR: Copy Page INVOICE#: 509936 DATE: 8/1/2007 Ref. No. WG99451 - color and b&w copies ordered by Alma Rincon on 07/31/07: 102741.010300 , | $ | 448.93 |
| 08/02/07 | VENDOR: Lawscribe Inc; INVOICE#: 072007NED; DATE: 8/2/2007 - Validity Search - Online poker 07/16/07. | $ | 994.50 |
| 08/03/07 | VENDOR: Copy Page INVOICE#: 512500 DATE: 9/1/2007 Ref. No. WG99497 - b&w copies \comb bind ordered by Alma Rincon on 08/03/07: 102741.010300 , | $ | 564.53 |
| 08/07/07 | VENDOR: OSMIO Inc. INVOICE#: GTLA0807 DATE: 9/6/2007 592784 08/07/07 Food Service Maria'S Italian Kitchen ▓▓▓▓▓▓▓ (Ubt) Francis David | $ | 49.25 |
| 08/08/07 | VENDOR: Copy Page INVOICE#: 512500 DATE: 9/1/2007 Ref. No. WG99573 - color copies ordered by Alma Rincon on 08/08/07: 102741.010300 , | $ | 111.88 |
| 08/10/07 | VENDOR: AirPlus International Inc INVOICE#: Z200009935 DATE: 9/3/2007 Tkt. No. 01 67067473289 -▓▓▓▓▓▓▓ Air/Rail Travel on 08/14/2007: LAX SFO LAX | $ | 447.60 |
| 08/10/07 | VENDOR: AirPlus International Inc INVOICE#: Z200009935 DATE: 9/3/2007 Tkt. No. 89 08155261234 -▓▓▓▓▓▓ Travel agency service fee | $ | 29.00 |
| 08/10/07 | VENDOR: AirPlus International Inc INVOICE#: Z200009935 DATE: 9/3/2007 Tkt. No. 01 67067473291 -▓▓▓▓▓▓▓ Air/Rail Travel on 08/14/2007: LAX SFO LAX | $ | 447.60 |
| 08/10/07 | VENDOR: AirPlus International Inc INVOICE#: Z200009935 DATE: 9/3/2007 Tkt. No. 89 08155261236 -▓▓▓▓▓▓▓ Travel agency service fee | $ | 29.00 |
| 08/14/07 | VENDOR: ▓▓▓▓▓▓▓ INVOICE#: C051000074242070036 DATE: 9/16/2007 TYPE: Parking and Tolls; REASON: Client Billable-LA-Lit-Shareholder; DATE: 08/14/07 - Travel to San Francisco for Preliminary Injunction hearing.; MERCHANT: Sky Cap at LAX | $ | 6.00 |

Invoice No.:      1990234                                                    Page  4
Re:               ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:       102741.010300

Description of Expenses Billed

| Date | Description | | Amount |
|------|-------------|---|--------|
| 08/14/07 | VENDOR: Fleetwood Limousine, Ltd. INVOICE#: 060108 DATE: 8/14/2007 Acct 01189 - Sedan Service for ▓▓▓▓▓▓ on 8/14/07 - From Office to LAX. - File Ref: 102741.010300 | $ | 98.25 |
| 08/14/07 | VENDOR: ▓▓▓▓▓ INVOICE#: C051000482922070022 DATE: 9/5/2007 TYPE: Other; REASON: Client Billable-LA-IP-Associate; DATE: 08/14/07 - Purchase of boxes to transport oversized exhibits to hearing.; MERCHANT: Box City | $ | 12.95 |
| 08/14/07 | VENDOR: ▓▓▓▓▓ INVOICE#: C051000482922070022 DATE: 9/5/2007 TYPE: Other; REASON: Client Billable-LA-IP-Associate; DATE: 08/14/07 - Printing and mounting of 11 oversized exhibits for hearing.; MERCHANT: FedEx Kinko's | $ | 941.78 |
| 08/14/07 | VENDOR: ▓▓▓▓▓ INVOICE#: C051000482922070022 DATE: 9/5/2007 TYPE: Other; REASON: Client Billable-LA-IP-Associate; DATE: 08/14/07 - Photocopying in preparation for hearing.; MERCHANT: Hotel Nikko | $ | 19.75 |
| 08/14/07 | VENDOR: ▓▓▓▓▓ INVOICE#: C051000482922070022 DATE: 9/5/2007 TYPE: Taxi/Car Service; REASON: Client Billable-LA-IP-Associate; DATE: 08/14/07 - Taxi from SFO to hotel for court hearing. | $ | 24.00 |
| 08/14/07 | VENDOR: ▓▓▓▓▓ INVOICE#: C051000074242070036 DATE: 9/16/2007 TYPE: Tips; REASON: Client Billable-LA-Lit-Shareholder; DATE: 08/14/07 - Travel to San Francisco for Preliminary Injunction hearing. | $ | 10.00 |
| 08/14/07 | VENDOR: ▓▓▓▓▓ INVOICE#: C051000074242070036 DATE: 9/16/2007 TYPE: Hotel - Non Meals; REASON: Client Billable-LA-Lit-Shareholder; DATE: 08/14/07 - Tax - Travel to San Francisco to appear at Preliminary Injunction hearing.; MERCHANT: Hotel Nikko San Francisco | $ | 32.06 |
| 08/14/07 | VENDOR: ▓▓▓▓▓ INVOICE#: C051000074242070036 DATE: 9/16/2007 TYPE: Hotel - Non Meals; REASON: Client Billable-LA-Lit-Shareholder; DATE: 08/14/07 - Room Charge - Travel to San Francisco to appear at Preliminary Injunction hearing.; MERCHANT: Hotel Nikko San Francisco | $ | 230.00 |
| 08/15/07 | VENDOR: Fleetwood Limousine, Ltd. INVOICE#: 060109 DATE: 8/15/2007 Acct 01189 - Sedan Service for ▓▓▓▓▓ on 8/15/07 - From LAX to Office. - File Ref: 102741.010300 | $ | 103.75 |
| 08/15/07 | VENDOR: LA Depositions Inc; INVOICE#: 83867; DATE: 8/15/2007 - Mess. Service on 08/09/07 from GT to Ultimate Blackjack Tour | $ | 40.00 |
| 08/15/07 | VENDOR: ▓▓▓▓▓ INVOICE#: C051000482922070022 DATE: 9/5/2007 TYPE: Taxi/Car Service; REASON: Client Billable-LA-IP-Associate; DATE: 08/15/07 - Taxi ride from hotel to court for hearing. | $ | 12.00 |

Invoice No.:     1990234                                                                    Page 5
Re:              ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:      102741.010300

Description of Expenses Billed

| | | | |
|---|---|---|---:|
| 08/15/07 | VENDOR▬▬▬INVOICE#: C051000482922070022 DATE: 9/5/2007 TYPE: Taxi/Car Service; REASON: Client Billable-LA-IP-Associate; DATE: 08/15/07 - Ride from court to hotel for hearing. | $ | 9.00 |
| 08/15/07 | VENDOR: ▬▬▬ INVOICE#: C051000482922070022 DATE: 9/5/2007 TYPE: Hotel - Non Meals; REASON: Client Billable-LA-IP-Associate; DATE: 08/15/07 - Charges for hotel room and associated taxes. | $ | 272.91 |
| 09/15/07 | Special Clerical Service 09/15/07 Rincon, Alma Date of Service  07/22/07 | $ | 275.63 |
| 09/15/07 | Special Clerical Service 09/15/07 Rincon, Alma Date of Service  07/23/07 | $ | 78.75 |
| 09/15/07 | Special Clerical Service 09/15/07 Rincon, Alma Date of Service  07/24/07 | $ | 288.75 |
| 09/15/07 | Special Clerical Service 09/15/07 Rincon, Alma Date of Service  07/25/07 | $ | 105.00 |
| 09/15/07 | Special Clerical Service 09/15/07 Rincon, Alma Date of Service  08/05/07 | $ | 157.50 |
| 09/15/07 | Special Clerical Service 09/15/07 Rincon, Alma Date of Service  08/08/07 | $ | 105.00 |
| 09/15/07 | Special Clerical Service 09/15/07 Rincon, Alma Date of Service  08/12/07 | $ | 131.25 |
| | Total Expenses: | $ | 6,769.11 |

# Greenberg Traurig

Invoice No.: 2010618
File No.    :  102741.010300
Bill Date   :  November 7, 2007

Ultimate Blackjack Tour
1925 Century Park East
Suite 800
Los Angeles, California  90067

Attn: Mr. Sanford Millar
        COO & General Counsel

## INVOICE

Re:   ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.

Legal Services through October 31, 2007:

Expenses:

| | | |
|---|---|---|
| Business Meals | 30.06 | |
| Messenger Services | 9.00 | |
| Photocopy Charges | 6.15 | |
| Service Company Charges | 109.00 | |
| Information and Research | 4.80 | |
| Total Expenses: | $ | 159.01 |

MSS:AG
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 2450 Colorado Avenue | Suite 400E | Santa Monica, California 90404
Tel 310.586.7700 | Fax 310.586.7800 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No. :   2010618
File No.     :   102741.010300

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|

MSS:AG
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 2450 Colorado Avenue | Suite 400E | Santa Monica, California 90404
Tel 310.586.7700 | Fax 310.586.7800 | www.gtlaw.com

Invoice No.:    2010618                                                    Page 1
Re:             ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:     102741.010300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/01/07 | | | | |
| 10/02/07 | | | | |
| 10/02/07 | | | | |
| 10/02/07 | | | | |
| 10/02/07 | | | | |
| 10/03/07 | | | | |
| 10/08/07 | | | | |
| 10/08/07 | | | | |
| 10/09/07 | | | | |
| 10/19/07 | | | | |
| 10/20/07 | | | | |
| 10/21/07 | | | | |
| 10/22/07 | | | | |
| 10/22/07 | | | | |
| 10/22/07 | | | | |
| 10/23/07 | | | | |
| 10/26/07 | | | | |
| 10/29/07 | | | | |

Redacted

Invoice No.:    2010618
Re:             ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:     102741.010300

<u>Description of Professional Services Rendered</u>

Invoice No.:     2010618                                                                                 Page 3
Re:              ULTIMATE BLACKJACK TOUR, LLC adv. MMJK, INC.
Matter No.:      102741.010300

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31/07 | VENDOR: LA Depositions Inc; INVOICE#: 83714; DATE: 7/31/2007 - Cust# 3539 - Services provided for period ending 07/31/07. From GT to Ultimate Black Jack Tour on 07/26/07. | $ 40.00 |
| 07/31/07 | VENDOR: LA Depositions Inc; INVOICE#: 83714; DATE: 7/31/2007 - Cust# 3539 - Services provided for period ending 07/31/07. From GT to LA Superior Court on 07/27/07. | $ 34.00 |
| 07/31/07 | VENDOR: LA Depositions Inc; INVOICE#: 83714; DATE: 7/31/2007 - Cust# 3539 - Services provided for period ending 07/31/07. From GT to World Poker Tour on 07/27/07. | $ 35.00 |
| 08/02/07 | VENDOR: Overnite Express INVOICE#: 868093 DATE: 8/6/2007 Messenger Service on 08/02/2007 from Alma Rincon to Ultimate Blackjack Tour, Llc - Century City - File ref. 102741-010300 (Ubj/Mmjk) Steinberg, Matthew S., | $ 9.00 |
| 08/07/07 | VENDOR: ███████ INVOICE#: C051000482922070028 DATE: 10/1/2007 TYPE: Business Meals; REASON: Client Billable-LA-IP-Associate; DATE: 08/07/07 - Dinner while working ████████████████████ ████ ATTENDEES: ████████████████████████ █████ | $ 30.06 |
| 10/05/07 | Westlaw Research by RINCON, ALMA. | $ 4.80 |
| 10/22/07 | Copy; 41 Page(s) by 008604 | $ 6.15 |
| | Total Expenses: | $ 159.01 |