# EXHIBIT D

| Account# \| Inv# Tracking# Ship Dt. \| Inv. Dt. | Sender Information | Recipient Information | ServiceType \| Bill-To Signature \| Ref Data Billed Wt. \| Act. Wt. \| Inv. Type | Original Charge | Credit Amount | Net Due Carrier |
|---|---|---|---|---|---|---|
| **Account#: 248481137 \| LOS ANGELES  (Continued)** | | | | | | |
| Invoice#: 219825772 | | | | | | |
| | | | Reference Data 100932.010200 Total: | $6.95 | $0.00 | $6.95 |
| | Reference Data: 102085.010600 | | | | | |
| 248481137 219825772 791356301227 08/01/07 \| 08/10/07 | GREENBERG TRAURIG LYNNE OSBORNE 2450 COLORADO AVENUE SUITE 40 SANTA MONICA CA 90404 US | IMG JOHN H. RALEIGH IMG CENTER SUITE 100 CLEVELAND OH 44114 US | 1 Day- Standard Overnight Bill Sender \| B.PETERSON 102085.010600 Wt: 2 lbs. \| Wt: 2 lbs. \| INTRA U.S. SHIPMENT | $19.69 | $0.00 | $19.69 |
| | | | Reference Data 102085.010600 Total: | $19.69 | $0.00 | $19.69 |
| | Reference Data: 102287.010100 | | | | | |
| 248481137 219825772 792392482802 08/07/07 \| 08/10/07 | GREENBERG TRAURIG LLP ALMA R. RINCON 2450 COLORADO AVENUE SANTA MONICA CA 90404 US | GREENBERG TRAURIG LLP FRANCIS B. BROGAN JR. ESQ. 401 EAST LAS OLAS BOULEVARD FORT LAUDERDALE FL 33301 US | 1 Day- Standard Overnight Bill Sender \| P.LOGSDON 102287.010100 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S SHIPMENT | $10.86 | $0.00 | $10.86 |
| | | | Reference Data 102287.010100 Total: | $10.86 | $0.00 | $10.86 |
| | Reference Data: 102310-010100 | | | | | |
| 248481137 219825772 798233134393 08/03/07 \| 08/10/07 | GREENBERG TRAURIG PAMELA SIMS 2450 COLORADO AVENUE SUITE 40 SANTA MONICA CA 90404 US | BINGHAM MCCUTCHEN ROSE SHINER 355 SOUTH GRAND AVENUE STE. 4 LOS ANGELES CA 90071 US | 1 Day- Priority Overnight Bill Sender \| .VICTOR 102310-010100 Wt: 12 lbs. \| Wt: 12 lbs. \| INTRA U.S. SHIPMENT | $15.17 | $0.00 | $15.17 |
| 248481137 219825772 799186406881 08/02/07 \| 08/10/07 | GREENBERG TRAURIG PAMELA SIMS 2450 COLORADO AVENUE SUITE 40 SANTA MONICA CA 90404 US | TPG - AXON CAPITAL MICHAEL BUTLER 888 SEVENTH AVENUE 38TH FLOOR NEW YORK CITY NY 10019 US | 1 Day- Priority Overnight Bill Sender \| M.SHIELDS 102310-010100 Wt: 12 lbs. \| Wt: 12 lbs. \| INTRA U.S SHIPMENT | $40.47 | $0.00 | $40.47 |
| | | | Reference Data 102310-010100 Total: | $55.64 | $0.00 | $55.64 |
| | Reference Data: 102310-010200 | | | | | |
| 248481137 219825772 790800906366 08/07/07 \| 08/10/07 | GREENBERG TRAURIG LISA NITTI 2450 COLORADO AVENUE SANTA MONICA CA 90404 US | GROUNDSWELL PRODUCTIONS JULIANA FARRELL 9350 WILSHIRE BOULEVARD SUITE BEVERLY HILLS CA 90212 US | 1 Day- Standard Overnight Bill Sender \| E.BORJA 102310-010200 Wt: 2 lbs. \| Wt: 2 lbs. \| INTRA U.S SHIPMENT | $8.69 | $0.00 | $8.69 |
| 248481137 219825772 798736119845 08/07/07 \| 08/10/07 | GREENBERG TRAURIG LISA NITTI 2450 COLORADO AVENUE SANTA MONICA CA 90404 US | BUSINESS & LEGAL AFFAIRS CON! DAVID BOYLE 10900 WILSHIRE BOULEVARD STE. LOS ANGELES CA 90024 US | 1 Day- Standard Overnight Bill Sender \| R.CHEEVERS 102310-010200 Wt: 2 lbs. \| Wt: 2 lbs. \| INTRA U.S. SHIPMENT | $8.69 | $0.00 | $8.69 |
| | | | Reference Data 102310-010200 Total: | $17.38 | $0.00 | $17.38 |
| | Reference Data: 102310-010500 | | | | | |
| 248481137 219825772 792532898467 08/02/07 \| 08/10/07 | GREENBERG TRAURIG PAMELA SIMS 2450 COLORADO AVENUE SUITE 40 SANTA MONICA CA 90404 US | RADAR PICTURES DAVID BOYLE 10900 WILSHIRE BOULEVARD STE. LOS ANGELES CA 90024 US | 1 Day- Priority Overnight Bill Sender \| R KHOO 102310-010500 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S SHIPMENT | $7.40 | $0.00 | $7.40 |
| | | | Reference Data 102310-010500 Total: | $7.40 | $0.00 | $7.40 |
| | Reference Data: 102741.010300 | | | | | |
| 248481137 219825772 799188538779 08/06/07 \| 08/10/07 | GREENBERG TRAURIG, LLP LA MAILROOM 2450 COLORADO AVE SANTA MONICA CA 90404 US | INTERNET ARCHIVE THE PRESIDIO OF SAN FRANCISCO SAN FRANCISCO CA 94129 US | 1 Day- Priority Overnight Bill Sender \| P.HICKMAN 102741.010300 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S SHIPMENT | $9.48 | $0.00 | $9.48 |
| | | | Reference Data 102741.010300 Total: | $9.48 | $0.00 | $9.48 |
| | Reference Data: 103866.010000 | | | | | |
| 248481137 219825772 792531448362 07/31/07 \| 08/10/07 | GREENBERG TRAURIG LLP CHRISTY MOTOYOSHI 2450 COLORADO AVE SANTA MONICA CA 90404 US | GAMES AND GIZMOS MS. ALISON HARAN 6 LINCOLN ST NEWTON HIGHLANDS MA 02461 US | 1 Day- Priority Overnight Bill Sender \| H.HARAN 103866.010000 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S SHIPMENT | $11.32 | $11.32 | $0.00 |
| 248481137 219825772 799185206310 07/31/07 \| 08/10/07 | GREENBERG TRAURIG LLP CHRISTY MOTOYOSHI 2450 COLORADO AVE. SANTA MONICA CA 90404 US | MEDFORD TOYS MR. RICK 66 HIGH ST MEDFORD MA 02155 US | 1 Day- Priority Overnight Bill Sender \| C.SCINENI 103866.010000 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S SHIPMENT | $11.32 | $11.32 | $0.00 |

**Powership Accounting Report | FedEx Domestic | Control# 52355**

Greenberg Traurig | Inv. Wk: 08/10/07 | Report# 11002 | Print Dt: 08/16/07 | Page 227 of 277



| Account# \| Inv# Tracking# Ship Dt. \| Inv. Dt. | Sender Information | Recipient Information | ServiceType \| Bill-To Signature \| Ref Data Billed Wt. \| Act. Wt. \| Inv. Type | Original Charge | Credit Amount | Net Due Carrier |
|---|---|---|---|---|---|---|
| **Account#: 248481137 \| LOS ANGELES (Continued)** | | | | | | |
| **Invoice#: 217297911** | | | | | | |
| *Reference Data: 102740.010300* | | | | | | |
| 248481137 217297911 792382374970 07/20/07 \| 07/27/07 | INTERNET ARCHIVE PAUL HICKMAN 116 SHERIDAN AVE SAN FRANCISCO CA 94129 US | GREENBERG TRAURIGLLP MATTHEW STEINBERG 2450 COLORADO AVENUE SANTA MONICA CA 90404 US | 1 Day- Standard Overnight Bill Recipient \| M.SIMS 102740.010300 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S. SHIPMENT | $9.34 | $0.00 | $9.34 |
| | | | Reference Data 102740.010300 Total: | $9.34 | $0.00 | $9.34 |
| *Reference Data: 102741.010300* | | | | | | |
| 248481137 217297911 790294836271 07/18/07 \| 07/27/07 | GREENBERG TRAURIG DEBORAH POURATIAN 2450 COLORADO AVE. STE.400E. SANTA MONICA CA 90404 US | INFORMATION NOT SUPPLIED INTERNET ARCHIVE THE PRESIDIO OF SAN FRANCISCO SAN FRANCISCO CA 94129 US | 1 Day- Priority Overnight Bill Sender \| P.HICKMAN 102741.010300 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S. SHIPMENT | $9.44 | $0.00 | $9.44 |
| | | | Reference Data 102741.010300 Total: | $9.44 | $0.00 | $9.44 |
| *Reference Data: 103093.010100* | | | | | | |
| 248481137 217297911 799680503744 07/24/07 \| 07/27/07 | GREENBERG TRAURIG LINDA ROCHON 2450 COLORADO AVENUE SANTA MONICA CA 90404 US | AMBAC ASSURANCE CORPORATIC MICHAEL FILOMIO ONE STATE STREET PLAZA NEW YORK CITY NY 10004 US | 1 Day- Priority Overnight Bill Sender \| Z.JOHNSON 103093.010100 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S. SHIPMENT | $18.43 | $0.00 | $18.43 |
| | | | Reference Data 103093.010100 Total: | $18.43 | $0.00 | $18.43 |
| *Reference Data: 104010-010200* | | | | | | |
| 248481137 217297911 792524444733 07/20/07 \| 07/27/07 | INFORMATION NOT SUPPLIED RAMESH GATTU 1338 MAZUREK BLVD. PENSACOLA FL 32514 US | GREENBERG TRAURIGLLP SARAH RIVADELO 2450 COLORADO AVENUESUITE 40 SANTA MONICA CA 90404 US | 1 Day- Standard Overnight Bill Sender \| M.SIMS 104010-010200 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S. SHIPMENT | $11.32 | $0.00 | $11.32 |
| 248481137 217297911 799677994022 07/19/07 \| 07/27/07 | GREENBERG TRAURIGLLP SARAH RIVADELO 2450 COLORADO AVENUESUITE 40 SANTA MONICA CA 90404 US | INFORMATION NOT SUPPLIED RAMESH GATTU 1338 MAZUREK BLVD. PENSACOLA FL 32514 US | 1 Day- Standard Overnight Bill Sender \| 9999999999999 104010-010200 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S. SHIPMENT | $13.31 | $0.00 | $13.31 |
| | | | Reference Data 104010-010200 Total: | $24.63 | $0.00 | $24.63 |
| *Reference Data: 105053.010100* | | | | | | |
| 248481137 217297911 792524916391 07/19/07 \| 07/27/07 | GREENBERG TRAURIG LLP JO KLAUS 2450 COLORADO AVENUE SANTA MONICA CA 90404 US | INFORMATION NOT SUPPLIED DELORES SMITH 3029 STAFFORDSHIRE BLVD. POWELL TN 37849 US | 1 Day- Priority Overnight Bill Sender \| 9999999999999 105053.010100 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S. SHIPMENT | $13.81 | $0.00 | $13.81 |
| 248481137 217297911 798722635058 07/19/07 \| 07/27/07 | GREENBERG TRAURIG LLP JO KLAUS 2450 COLORADO AVENUE SANTA MONICA CA 90404 US | INFORMATION NOT SUPPLIED DENTON JONES 2430 VICTORY PARK LANE DALLAS TX 75219 US | 1 Day- Priority Overnight Bill Sender \| M.BARNES 105053.010100 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S. SHIPMENT | $10.50 | $0.00 | $10.50 |
| | | | Reference Data 105053.010100 Total: | $24.31 | $0.00 | $24.31 |
| *Reference Data: 105817-010100* | | | | | | |
| 248481137 217297911 791724543268 07/18/07 \| 07/27/07 | INFORMATION NOT SUPPLIED MS. HANLIE DE VRIES 3317 WESTMINSTER ROAD JANESVILLE WI 53546 US | GREENBERG TRAURIGLLP SARAH RIVADELO 2450 COLORADO AVENUESUITE 40 SANTA MONICA CA 90404 US | 1 Day- Standard Overnight Bill Sender \| M.SIMS 105817-010100 Wt: 1 lbs. \| Wt: 1 lbs. \| INTRA U.S. SHIPMENT | $17.18 | $0.00 | $17.18 |
| | | | Reference Data 105817-010100 Total: | $17.18 | $0.00 | $17.18 |
| *Reference Data: 105817-010100 DE VRIES* | | | | | | |
| 248481137 217297911 798224876410 07/23/07 \| 07/27/07 | GREENBERG TRAURIGLLP SARAH RIVADELO 2450 COLORADO AVENUESUITE 40 SANTA MONICA CA 90404 US | USCIS NEBRASKA SERVICE CENTER 850 S STREET LINCOLN NE 68508 US | 1 Day- Standard Overnight Bill Sender \| R.DEVRIES 105817-010100 DE VRIES Wt: 5 lbs. \| Wt: 5 lbs. \| INTRA U.S. SHIPMENT | $10.09 | $0.00 | $10.09 |
| | | | Reference Data 105817-010100 DE VRIES Total: | $10.09 | $0.00 | $10.09 |
| *Reference Data: 106209-010100* | | | | | | |

---

**Powership Accounting Report | FedEx Domestic | Control# 51648**

Greenberg Traurig | Inv. Wk: 07/27/07 | Report# 11002 | Print Dt: 07/31/07 | Page 213 of 261





# First Legal
## L.A. Depositions, Inc.

TAX ID# 20-3100887

**Mail Payments to:**
L A Depositions
P. O. Box 34626
Los Angeles, CA 90034

**invoice**

| 83714 | 3539 |
|---|---|
| 7/31/07 | 16,764.05 |

GREENBERG TRAURIG LLP
2450 COLORADO AVENUE
SUITE 400-E
SANTA MONICA, CA 90404

BILLING QUESTIONS CALL:
BILLING DEPT 866-4921110
PAYMENT QUESTIONS CALL:
PAQUI ABUEG (213)4813085

**PLEASE DETACH HERE AND RETURN WITH REMITTANCE**

TAX ID# 20-3100887

| CUSTOMER | INVOICE# | SERVICE DT | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 3539 | 83714 | 7/31/07 | 16,764.05 | 29 | L.A. DEPOSITIONS |

| Date | Ticket | Code | Caller / Case | Delivered To | Charge | Amount | Total |
|---|---|---|---|---|---|---|---|
| 7/26/07 DELIVERY-ASAP | 3871072 | ASP | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: ABOOD<br>Case No.: DELIVER ENVELOPE<br>Signed: TANYA HANCOCK | LAND AMERICA<br>915 WILSHIRE BLVD,.<br>LOS ANGELES   CA 90017<br>Case Title: CALL WHEN DELIVERED!<br>Ref: 077967.010300  070907-010300  EHR | Base Chg : | 30.00 | 30.00 |
| 7/26/07 DELIVERY-SPECIAL | 3871116 | SPC | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: ALMA<br>Case No.: DELIVER ENVELOPE<br>Signed: SANDY MILLER | ULTIMATE BLACK JACK TOUR<br>1925 CENTURY PARK E<br>LOS ANGELES   CA 90067<br>Case Title: CALL WHEN DELIVERED!<br>Ref: 102741.010300  MSS | Base Chg : | 40.00 | 40.00 |
| 7/26/07 BRANCH FAXFILE | 3871175 | BFX | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: MONI 7769    Wait: 15 Min<br>Case No.: 04CC06925<br>Signed: RCVD/ | ORANGE COUNTY SUPERIOR COURT-WEST<br>8141 13TH STREET<br>WESTMINSTER   CA 92683-4593<br>Case Title: STIP AND ORDER<br>Ref: 10668.050700  RBK | Base Chg :<br>Wait : | 52.50<br>10.00 | 62.50 |
| 7/26/07 SAMEDAY FILING | 3871178 | SDF | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: DELILAH<br>Case No.: CV05 3051 CBM<br>Signed: lodged | UNITED STATES DISTRICT COURT<br>312 NORTH SPRING STREET<br>LOS ANGELES   CA 90012-4793<br>Case Title: 2 STIPULATIONS<br>Ref: 054151.017900  6HW | Base Chg : | 21.75 | 21.75 |
| 7/26/07 DELIVERY-SPECIAL | 3871201 | SPC | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: ALMA<br>Case No.: DELIVER ENVELOPE<br>Signed: c daily | MERRILL LYNCH<br>9560 WILSHIRE BLVD.<br>BEVERLY HILLS   CA 90210<br>Case Title: TO CASHIER WINDOW<br>Ref: 102287.010100  MSS | Base Chg : | 45.25 | 45.25 |
| 7/26/07 DELIVERY-ASAP | 3871243 | ASP | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: ELLEN 7762<br>Case No.: DELIVER ENVELOPE<br>Signed: KIM WALLING | AIG GLOBAL INVESTMENT GROUP<br>1999 AVE.OF THE STARS<br>LOS ANGELES   CA 90067<br>Case Title: CALL WHEN DELIVERED!<br>Ref: 073527.017000  JbU | Base Chg : | 20.00 | 20.00 |

Please pay → Continued

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal
## L.A. Depositions, Inc.

TAX ID# 20-3100887

**Mail Payments to:**
L A Depositions
P. O. Box 34626
Los Angeles, CA 90034

**invoice**

| | |
|---|---|
| 83714 | 3539 |
| 7/31/07 | 16,764.05 |

GREENBERG TRAURIG LLP
2450 COLORADO AVENUE
SUITE 400-E
SANTA MONICA, CA 90404

BILLING QUESTIONS CALL:
BILLING DEPT 866-4921110
PAYMENT QUESTIONS CALL:
PAQUI ABUEG (213)4813085

### PLEASE DETACH HERE AND RETURN WITH REMITTANCE

| TAX ID# 20-3100887 | | | 3539 | 83714 | 7/31/07 | 16,764.05 | 34 | L.A. DEPOSITIONS |

| Date | Order # | Type | From | To | Charges | | Amount |
|---|---|---|---|---|---|---|---|
| 7/27/07 SPECIAL DROP SERVE | 3872248 | SDS | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA CA 90404 Caller: ALMA Case No.: SIGN PROOF Signed: D BAKER | LOEB & LOEB LLP 10100 SANTA MONICA BOULEVARD LOS ANGELES CA 90067-4164 Case Title: DELIVER ENVELOPE Ref: 79825.010200 | Base Chg : | 60.00 | 60.00 |
| 7/27/07 NEXTDAY FILE-DAILY RUN | 3872323 | NDF | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA CA 90404 Caller: BARBARA Case No.: 2 TRUST TRANFER DEED Signed: RECORD/CONFORM/ROR 8/1 | LOS ANGELES COUNTY RECORDER 12400 EAST IMPERIAL HIGHWAY NORWALK CA 90650 Case Title: RECORD/CONFORM/RETRN Ref: 053141.010200 | Base Chg : Adv/Wit Ck: Check Chg : | 5.00 20.00 1.00 | 26.00 |
| 7/27/07 SAMEDAY FILING | 3872344 | SDF | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA CA 90404 Caller: CARLA Case No.: CV06-6858 RGK Signed: filed/ror | UNITED STATES DISTRICT COURT 312 NORTH SPRING STREET LOS ANGELES CA 90012-4793 Case Title: JOINT RULE REPORT Ref: 022161.010200 | Base Chg : | 24.50 | 24.50 |
| 7/27/07 SAMEDAY FILING | 3872416 | SDF | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA CA 90404 Caller: DELILAH Case No.: CV06 06030 AHM Signed: filed/ror | UNITED STATES DISTRICT COURT 312 NORTH SPRING STREET LOS ANGELES CA 90012-4793 Case Title: MOTION Ref: 050453.022300 | Base Chg : | 21.75 | 21.75 |
| 7/27/07 DELIVERY-ASAP | 3872429 | ASP | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA CA 90404 Caller: ALMA Case No.: DELIVER ENVELOPE Signed: jessica baniker | WORLD POKER TOUR 5700 WILSHIRE BLVD. LOS ANGELES CA 90036 Case Title: CALL WHEN DELIVERED! Ref: 102741.010300 | Base Chg : | 35.00 | 35.00 |
| 7/27/07 DELIVERY-SPECIAL | 3872438 | SPC | LOS ANGELES SUPERIOR COURT-CCW 600 SOUTH COMMONWEALTH AVENUE LOS ANGELES CA 90005-4001 Caller: MICHEAL Wait: 60 Min Case No.: PICK UP 15 BOXES Signed: KRIS | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA CA 90404 Case Title: FROM DEPT.316 Ref: 075006.010200 | Base Chg : Wait : Weight : | 44.25 20.00 58.00 | 122.25 |

Please pay-> Continued

**INVOICE PAYMENT DUE UPON RECEIPT**



**First Legal L.A. Depositions, Inc.**

TAX ID# 20-3100887

Mail Payments to:
L A Depositions
P. O. Box 34626
Los Angeles, CA 90034

**invoice**

| 83867 | 3539 |
| 8/15/07 | 25,434.29 |

GREENBERG TRAURIG LLP
2450 COLORADO AVENUE
SUITE 400-E
SANTA MONICA, CA 90404

BILLING QUESTIONS CALL:
BILLING DEPT 866-4921110
PAYMENT QUESTIONS CALL:
PAQUI ABUEG (213)4813085

### PLEASE DETACH HERE AND RETURN WITH REMITTANCE

TAX ID# 20-3100887

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 3539 | 83867 | 8/15/07 | 25,434.29 | 23 | L.A. DEPOSITIONS |

| Date | Order # | Type | From | To | Charges | Amount | Total |
|---|---|---|---|---|---|---|---|
| 8/09/07<br>FILING-SPECIAL | 3881501 | SPC<br>SPC | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: RICARDO 3854   wait: 45 Min<br>Case No.: BC332914<br>Signed: KRIS | LOS ANGELES SUPERIOR COURT<br>111 NORTH HILL STREET<br>LOS ANGELES   CA 90012-3117<br>Case Title: TRIAL BRIEF<br>Ref: HOTELS V.LA PACIFIC<br>07390-01010 SBY | Base Chg :<br>Return :<br>Wait : | 60.75<br>60.75<br>30.00 | 151.50 |
| 8/09/07<br>DELIVERY-SPECIAL | 3881556 | SPC | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: RICARDO<br>Case No.: DELIVER ENVELOPE<br>Signed: christina | NIXON PEABODY LLP<br>555 WEST 5TH ST<br>LOS ANGELES   CA 90013<br>Case Title: CALL WHEN DELIVERED!<br>Ref: PENDING<br>07390-01000 KBH | Base Chg : | 48.50 | 48.50 |
| 8/09/07<br>DELIVERY-SPECIAL | 3881705 | SPC | LOS ANGELES SUPERIOR COURT<br>6230 SYLMAR AVENUE<br>VAN NUYS   CA 91401-2789<br>Caller: CINDY TACHELL<br>Case No.: D215047<br>Signed: KRIS | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Case Title: BOHBOT<br>Ref: 69559.000422 GMB | Base Chg :<br>Adv/Wit Ck: | 57.75<br>157.00 | 214.75 |
| 8/09/07<br>BRANCH SD MESS/DROPSERVE | 3881711 | BSM | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: RICARDO<br>Case No.: DELIVER DOCS.<br>Signed: AMY ATKINS | GARY DAPELO ESQ<br>5000 CAMPUS DRIVE.<br>NEWPORT BEACH   CA 92660<br>Case Title: CALL WHEN DELIVERED!<br>Ref: 07390.010100<br>07390 SBY | Base Chg : | 139.75 | 139.75 |
| 8/09/07<br>DELIVERY-SPECIAL | 3881725 | SPC | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: ALMA<br>Case No.: DELIVER ENVELOPE<br>Signed: M MALKASIAN | ULTIMATE BLACKJACK TOUR LLC<br>1925 CENTURY PARK E<br>LOS ANGELES   CA 90067<br>Case Title: CALL WHEN DELIVERED!<br>Ref: 102741.010300 MSJ | Base Chg : | 40.00 | 40.00 |
| 8/09/07<br>DELIVERY-SPECIAL | 3881798 | SPC | GREENBERG TRAURIG LLP<br>1601 CLOVERFIELD<br>SANTA MONICA   CA 90404<br>Caller: ROSE<br>Case No.: DELIVER ENVELOPE<br>Signed: TRAVIS FIELDS | NARAS<br>3402 PICO BLVD<br>SANTA MONICA   CA 90405<br>Case Title: CALL WHEN DELIVERED!<br>Ref: 058885.010100 | Base Chg : | 32.50 | 32.50 |

Billed MM
07390-01010
* Billed to wrong client

Please pay→ Continued

**INVOICE PAYMENT DUE UPON RECEIPT**



| | | | |
|---|---|---|---|
| Pick Up Date: 07/24/2007<br>Delivery Date: 07/25/2007<br>Pieces/Weight: 1/1<br>Reference Number: 077013.010100 | Alan R. Maier<br>Greenberg Traurig, LLP<br>Santa Monica  90404 | **Delivery Location:**<br>Maria Markman, Deputy Attorney<br>Dept of Justice, Business and Tax<br>Los Angeles  90013 | |
| | **Service:**<br>Morning Overnite<br>Fuel Surcharge | Zone A | **Charge:**<br>$7.80<br>$1.13<br>**$8.93** |

*ARM*

| | | | |
|---|---|---|---|
| **Shipment Number:** 31129-001698-V10<br>Pick Up Date: 07/26/2007<br>Delivery Date: 07/27/2007<br>Pieces/Weight: 1/0<br>Reference Number: 090042.010100 | **Origin Location:**<br>Steven Katleman<br>Greenberg Traurig, LLP<br>Santa Monica  90404 | **Delivery Location:**<br>Harris Katleman<br>Jonathan Goodson Productions<br>Los Angeles  90010 | |
| | **Service:**<br>One Overnite<br>Fuel Surcharge | Zone A | **Charge:**<br>$6.07<br>$0.88<br>**$6.95** |

*SQK*

| | | | |
|---|---|---|---|
| **Shipment Number:** 31129-02189<br>Pick Up Date: 07/25/2007<br>Delivery Date: 07/26/2007<br>Pieces/Weight: 1/3<br>Reference Number: 093544-013900 | **Origin Location:**<br>PAUL SCHUMACHER<br>Greenberg Traurig, LLP<br>Santa Monica  90404 | **Delivery Location:**<br>ELAINE KOHN<br>NASD<br>Los Angeles  90071 | |
| | **Service:**<br>Morning Overnite<br>Fuel Surcharge | Zone A | **Charge:**<br>$9.11<br>$1.32<br>**$12.43** |

*PSM*

| | | | |
|---|---|---|---|
| **Shipment Number:** 31129-02190<br>Pick Up Date: 07/25/2007<br>Delivery Date: 07/26/2007<br>Pieces/Weight: 1/1<br>Reference Number: 093544-013900 | **Origin Location:**<br>PAUL SCHUMACHER<br>Greenberg Traurig, LLP<br>Santa Monica  90404 | **Delivery Location:**<br>GARY HILL<br>HILL+TRAGER<br>Santa Barbara  93101 | |
| | **Service:**<br>Morning Overnite<br>Fuel Surcharge | Zone B | **Charge:**<br>$7.80<br>$1.13<br>**$10.93** |

*PSM*

| | | | |
|---|---|---|---|
| **Shipment Number:** 31129-001675-V10<br>Pick Up Date: 07/24/2007<br>Delivery Date: 07/25/2007<br>Pieces/Weight: 1/0<br>Reference Number: 100092.010100 | **Origin Location:**<br>Tricia Grundi<br>Greenberg Traurig, LLP<br>Santa Monica  90404 | **Delivery Location:**<br>Rachel Ballon<br>JAMS<br>Los Angeles  90017 | |
| | **Service:**<br>Morning Overnite<br>Fuel Surcharge | Zone A | **Charge:**<br>$6.29<br>$0.91<br>**$7.20** |

*JES*

| | | | |
|---|---|---|---|
| **Shipment Number:** 31129-001693-V10<br>Pick Up Date: 07/26/2007<br>Delivery Date: 07/27/2007<br>Pieces/Weight: 1/4<br>Reference Number: 102741.010300 | **Origin Location:**<br>Alma Rincon<br>Greenberg Traurig, LLP<br>Santa Monica  90404 | **Delivery Location:**<br>Hon. Bernard Zimmerman<br>United States District Court, Northern<br>San Francisco  94102 | |
| | **Service:**<br>Morning Overnite<br>Fuel Surcharge | Zone B | **Charge:**<br>$16.23<br>$2.35<br>**$18.58** |

*MSS*

Invoice #:    864182
Invoice Total: $ 523.88
Overnite Express

*Questions about a particular shipment or charge?*
*Call 800-683-7648 extension 4*

*Questions about billing in general?*
*email accounting@overniteexpress.com*

| Shipment Number: | 31129-001547-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Pick Up Date: | 07/02/2007 | Alan R. Maier  ALA | | Robert K. Sall, Esq. | |
| Delivery Date: | 07/03/2007 | Greenberg Traurig, LLP | | SALL LAW FIRM | |
| Pieces/Weight: | 1/2 | Santa Monica | 90404 | Laguna Beach | 92651 |
| Reference Number: | 076555.010100 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $8.22 |
| | | Fuel Surcharge | | | $1.19 |
| | | | | | **$9.41** |
| Shipment Number: | 31129-001546-V10 | Origin Location: | | Delivery Location: | |
| Pick Up Date: | 07/02/2007 | Alan R. Maier  ALA | | Maria Markman, Deputy Attorney | |
| Delivery Date: | 07/03/2007 | Greenberg Traurig, LLP | | Dept of Justice, Business and Tax | |
| Pieces/Weight: | 1/1 | Santa Monica | 90404 | Los Angeles | 90013 |
| Reference Number: | 077013.010100 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $7.80 |
| | | Fuel Surcharge | | | $1.13 |
| | | | | | **$8.93** |
| Shipment Number: | 31129-001544-V10 | Origin Location: | | Delivery Location: | |
| Pick Up Date: | 07/02/2007 | Cheryl Beatty  CDB | | Gary A. Dapelo, Esq. | |
| Delivery Date: | 07/03/2007 | Greenberg Traurig, LLP | | GOOD WILDMAN HEGNESS & | |
| Pieces/Weight: | 1/0 | Santa Monica | 90404 | Newport Beach | 92660 |
| Reference Number: | 079390.010100 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $6.29 |
| | | Fuel Surcharge | | | $0.91 |
| | | | | | **$7.20** |
| Shipment Number: | 31129-001545-V10 | Origin Location: | | Delivery Location: | |
| Pick Up Date: | 07/02/2007 | Cheryl Beatty  CDB | | Matthew Zandi, Esq. | |
| Delivery Date: | 07/03/2007 | Greenberg Traurig, LLP | | Nixon Peabody, LLP, Gas Company | |
| Pieces/Weight: | 1/0 | Santa Monica | 90404 | Los Angeles | 90013 |
| Reference Number: | 079390.010100 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $6.29 |
| | | Fuel Surcharge | | | $0.91 |
| | | | | | **$7.20** |
| Shipment Number: | 31129-001543-V10 | Origin Location: | | Delivery Location: | |
| Pick Up Date: | 07/02/2007 | Cheryl Beatty  CDB | | John Rowland | |
| Delivery Date: | 07/03/2007 | Greenberg Traurig, LLP | | Worldwide Network | |
| Pieces/Weight: | 1/0 | Santa Monica | 90404 | Riverside | 92501 |
| Reference Number: | 100839.010100 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $6.29 |
| | | Fuel Surcharge | | | $0.91 |
| | | | | | **$7.20** |
| Shipment Number: | 31129-001555-V10 | Origin Location: | | Delivery Location: | |
| Pick Up Date: | 07/03/2007 | Alma Rincon  ATR | | Mr. Sanford Millar | |
| Delivery Date: | 07/05/2007 | Greenberg Traurig, LLP | | Ultimate Blackjack Tour, LLC | |
| Pieces/Weight: | 1/0 | Santa Monica | 90404 | Century City | 90067 |
| Reference Number: | 102741.010300 | | | | |
| | | Service: | | Charge: | |
| | | One Overnite | Zone A | | $6.07 |
| | | Fuel Surcharge | | | $0.88 |
| | | | | | **$6.95** |

Invoice #: 860804  
Invoice Total: $ 380.85  
Overnite Express

*Questions about a particular shipment or charge?*  
*Call 800-683-7648 extension 4*

*Questions about billing in general?*  
*email accounting@overniteexpress.com*

| ment Number: | 31129-001807-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/10/2007 | Ian C. Ballon | | Ian Ballon (guest) | |
| ery Date: | 08/11/2007 | Greenberg Traurig, LLP | | Westin San Francisco Market Street | |
| s/Weight: | 1/4 | Santa Monica   90404 | | San Francisco   94103 | |
| ence Number: | 100092.010100 | | | | |
| | | Service: | | Charge: | |
| | | Saturday Overnite | Zone B | | $28.73 |
| | | Fuel Surcharge | | | $4.17 |
| | | | | | **$32.90** |

| ment Number: | 31129-001796-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/09/2007 | Alma Rincon | | Hon. Bernard Zimmerman | |
| ery Date: | 08/10/2007 | Greenberg Traurig, LLP | | United States District Court, Northern | |
| s/Weight: | 1/2 | Santa Monica   90404 | | San Francisco   94102 | |
| ence Number: | 102741.010300 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone B | | $13.36 |
| | | Fuel Surcharge | | | $1.94 |
| | | | | | **$15.30** |

| ment Number: | 31129-001758-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/03/2007 | Barbara Washington | | Michael Bell | |
| ery Date: | 08/06/2007 | Greenberg Traurig, LLP | | Meguiar's, Inc. | |
| s/Weight: | 1/0 | Santa Monica   90404 | | Irvine   92614 | |
| ence Number: | 104540.010100 | | | | |
| | | Service: | | Charge: | |
| | | Next Day Overnite | Zone A | | $5.84 |
| | | Fuel Surcharge | | | $0.85 |
| | | | | | **$6.69** |

| ment Number: | 31129-001765-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/06/2007 | Barbara Washington | | Michael Bell | |
| ery Date: | 08/07/2007 | Greenberg Traurig, LLP | | Meguiar's, Inc. | |
| s/Weight: | 1/1 | Santa Monica   90404 | | Irvine   92614 | |
| ence Number: | 104540.010100 | | | | |
| | | Service: | | Charge: | |
| | | Next Day Overnite | Zone A | | $6.93 |
| | | Fuel Surcharge | | | $1.00 |
| | | | | | **$7.93** |

| ment Number: | 31129-001773-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/07/2007 | Barbara Washington | | Michael Bell | |
| ery Date: | 08/08/2007 | Greenberg Traurig, LLP | | Meguiar's, Inc. | |
| s/Weight: | 1/0 | Santa Monica   90404 | | Irvine   92614 | |
| ence Number: | 104540.010100 | | | | |
| | | Service: | | Charge: | |
| | | Next Day Overnite | Zone A | | $5.84 |
| | | Fuel Surcharge | | | $0.85 |
| | | | | | **$6.69** |

| ment Number: | 31129-001779-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/08/2007 | Barbara Washington | | Michael Bell | |
| ery Date: | 08/09/2007 | Greenberg Traurig, LLP | | Meguiar's, Inc. | |
| s/Weight: | 1/1 | Santa Monica   90404 | | Irvine   92614 | |
| ence Number: | 104540.010100 | | | | |
| | | Service: | | Charge: | |
| | | Next Day Overnite | Zone A | | $6.93 |
| | | Fuel Surcharge | | | $1.00 |
| | | | | | **$7.93** |

ice #:    869034
ice Total: $ 605.65
rnite Express

*Questions about a particular shipment or charge?*
*Call 800-683-7648 extension 4*

*Questions about billing in general?*
*email accounting@overniteexpress.com*

| ment Number: | 31129-001822-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/13/2007 | Frank E. Merideth, Jr. | | Michael J. Trotter | |
| ery Date: | 08/14/2007 | Greenberg Traurig, LLP | | Carroll Kelly Trotter Franzen & | |
| es/Weight: | 1/1 | Santa Monica | 90404 | Long Beach | 90802 |
| rence Number: | 061562.010800 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $7.80 |
| | | Fuel Surcharge | | | $1.13 |
| | | | | | **$8.93** |

| ment Number: | 31129-001823-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/13/2007 | Frank E. Merideth, Jr. | | Donald R. Hall | |
| ery Date: | 08/14/2007 | Greenberg Traurig, LLP | | Hall & Bailey | |
| es/Weight: | 1/1 | Santa Monica | 90404 | Newport Beach | 92660 |
| rence Number: | 061562.010800 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $7.80 |
| | | Fuel Surcharge | | | $1.13 |
| | | | | | **$8.93** |

| ment Number: | 31129-001826-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/13/2007 | Christine Pesis | | John R. Mayer | |
| ery Date: | 08/14/2007 | Greenberg Traurig, LLP | | JOHN R. MAYER, APLC | |
| es/Weight: | 1/0 | Santa Monica | 90404 | San Diego | 92103 |
| rence Number: | 061803.010000 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $6.29 |
| | | Fuel Surcharge | | | $0.91 |
| | | | | | **$7.20** |

| ment Number: | 31129-00662 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/17/2007 | SHARON KLEIN | | ED COSS | |
| ery Date: | 08/20/2007 | Greenberg Traurig, LLP | | EIO TARSADIA HOTELS | |
| es/Weight: | 1/0 | Santa Monica | 90404 | Newport Beach | 92660 |
| rence Number: | 072603.010100 | | | | |
| | | Service: | | Charge: | |
| | | Morning Overnite | Zone A | | $6.29 |
| | | Fuel Surcharge | | | $0.91 |
| | | Manual Form Charge | | | $2.00 |
| | | | | | **$9.20** |

| ment Number: | 31129-001821-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/13/2007 | Steven Katleman | | Larry Hochberg | |
| ery Date: | 08/14/2007 | Greenberg Traurig, LLP | | Residence | |
| es/Weight: | 1/0 | Santa Monica | 90404 | Santa Monica | 90405 |
| rence Number: | 075626.010100 | | | | |
| | | Service: | | Charge: | |
| | | Next Day Overnite | Zone A | | $5.84 |
| | | Fuel Surcharge | | | $0.85 |
| | | | | | **$6.69** |

| ment Number: | 31129-001834-V10 | Origin Location: | | Delivery Location: | |
|---|---|---|---|---|---|
| Up Date: | 08/14/2007 | Alma Rincon | | Steve Hassid (Guest) | |
| ery Date: | 08/15/2007 | Greenberg Traurig, LLP | | Hotel Nikko San Francisco | |
| es/Weight: | 1/28 | Santa Monica | 90404 | San Francisco | 94102 |
| rence Number: | 102741.010300 | | | | |
| | | Service: | | Charge: | |
| | | Early Overnite | Zone B | | $64.25 |
| | | Fuel Surcharge | | | $9.32 |
| | | Oversized Shipment | | | $10.00 |
| | | | | | **$83.57** |

ice #: 870528
ice Total: $ 748.62
rnite Express

*Questions about a particular shipment or charge?*
*Call 800-683-7648 extension 4*

*Questions about billing in general?*
*email accounting@overniteexpress.com*