# EXHIBIT E

Page

Playa Vista - 5418 McConnell Avenue, Los Angeles CA. 90066 (310) 822-1620
Twin Towers - 2029 Century Park East, Retail Level, Los Angeles, CA. 90067 (310) 226-8640
MGM - 10250 Constellation Blvd., Retail Level Suite 150, Los Angeles, CA. 90067 (310) 203-0404
Sun America - 1999 Avenue of the Stars, Suite 100C, Los Angeles, CA. 90067 (310) 203-0404
Jamboree Center - 16811 Hale Avenue Unit C, Irvine, CA 92606 (949) 222-0050
Grand Towers - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040
Imaging/Repository - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040

Garden
___ Ave., Suite 1007 W
___, California 90404
(310) 453-3600
Fax (310) 453-1994

**Company:** GREENBERG TRAURIG LLP
**Attention:** DAVE FARMAN
**Address:**
**City / Zip:**        **Phone:**
**Billing information:** 162741 - 010300

**Date In:** 8/13/07   **Time:**
**Date Due:** 8/13/07   **Time:** ASAP
**Order Taken By:**
**Job #** 99633        **WG**
**Delivery** Yes ☐ No ☐
**To:**

**Copies per Original:** 2
**Output:**
☐ As Original
☐ One Sided
☐ Two Sided
☐ Signature Book

**Finishing Instructions:**
Original / Copy
☐ ☐ As Is
☐ ☐ Staple
☐ ☐ Two-Hole Punch
☐ ☐ Three Hole Punch
☐ ☐ Trim to: ____ X ____
☐ Uncollated

Original / Copy
☐ ☐ Velo-bind
☐ ☐ Comb-bind
☐ ☐ Coil-bind
☐ ☐ Tape-bind
☐ ☐ Wire-O
☐ ☐ Score / Perforate
☐ ☐ Other:

☐ **Enlarge / Reduce to:** ____ x ____
☐ Foam/Gator/Other ____
☐ Gloss/Matt
☐ Freefloat ____
**Color Copies**
Print from file:
☐ MAC ☐ PC ☐ postscript
☐ **Scan**
☐ color ☐ black & white

**Comments / Special Instructions**
2 COPIES SIZE FOR SIZE

**Billing Detail**
| Description | # of Originals | Quantity | Total | Unit Price | Extension |
|---|---|---|---|---|---|
| OVERSIZE COPIES | | | 33 FT² | $0.99 | $32.67 |

Sub Total $ 32.67
Tax $ 2.69
☐ Postage ☐ Messenger $
Total $ 35.36

**Received by:** [signature]    **Date:**

*Terms and Conditions - See Reverse Side*



**CopyPage**
Water Garden
[...] Colorado Ave., Suite 1007 W
[...] Monica, California 90404
Phone (310) 453-3600
Fax (310) 453-1994

OTHER COPYPAGE STORES
Playa Vista - 5418 McConnell Avenue, Los Angeles CA. 90066 (310) 822-1620
Twin Towers - 2029 Century Park East, Retail Level, Los Angeles, CA. 90067 (310) 226-8646
MGM - 10250 Constellation Blvd., Retail Level Suite 150, Los Angeles, CA. 90067 (310) 203-0404
Sun America - 1999 Avenue of the Stars, Suite 100C, Los Angeles, CA. 90067 (310) 788-8601
Jamboree Center - 16811 Hale Avenue Unit C, Irvine, CA 92606 (949) 222-0050
Grand Towers - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040
Imaging/Repository - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040

Company: Greenberg Traurig
Attention: Alma Rincon
Address:
City / Zip:     Phone:
Billing information:
102741 - 010300

Date In: 8/8/07     Time:
Date Due:           Time: Rush
Order Taken By:
Job # 99573         WG
Delivery   Yes ☐   No ☐
To:

**Copies per Original:** 5
**Output:**
☐ As Original
☐ One Sided
☐ Two Sided
☐ Signature Book

**Finishing Instructions:**
Original / Copy
☐ ☐ As Is
☐ ☐ Staple
☐ ☐ Two-Hole Punch
☐ ☐ Three Hole Punch
☐ ☐ Trim to: _____ X _____
☐ ☐ Uncollated

Original / Copy
☐ ☐ Velo-bind
☐ ☐ Comb-bind
☐ ☐ Coil-bind
☐ ☐ Tape-bind
☐ ☐ Wire-O
☐ ☐ Score / Perforate
☐ ☐ Other:

☐ Enlarge / Reduce to: _____ X _____
☐ Foam/Gator/Other
☐ Gloss/Matt
☐ Freefloat
☐ Color Copies
   Print from file:
   ☐MAC ☐PC ☐postscript
☐ Scan
   ☐color ☐black & white

**Comments / Special Instructions**

**Billing Detail**

| Description | # of Originals | Quantity | Total | Unit Price | Extension |
|---|---|---|---|---|---|
| 8½x11 Color | 23 | 5 | 115 | .89 | 102.35 |
| 8½x11 Lazer | 2 | 5 | 10 | .10 | 1.00 |

Sub Total $ 103.35
Tax $ 8.52
☐Postage ☐Messenger $
Total $ 111.87

102741.010300

Received by: [signature]       Date:

*Terms and Conditions - See Reverse Side*

**byPage**

Playa Vista - 5418 McConnell Avenue, Los Angeles CA. 90066 (310) 822-1620
Twin Towers - 2029 Century Park East, Retail Level, Los Angeles, CA. 90067 (310) 226-8640
MGM - 10250 Constellation Blvd., Retail Level Suite 150, Los Angeles, CA. 90067 (310) 203-0404
Sun America - 1999 Avenue of the Stars, Suite 100C, Los Angeles, CA. 90067 (310) 788-8601
Jamboree Center - 16811 Hale Avenue Unit C, Irvine, CA 92606 (949) 222-0050
Grand Towers - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040
Imaging/Repository - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040

| Field | Value |
|---|---|
| Company: | GREENBERG TRAURIG LLP |
| Attention: | ALMA RINCON |
| Address: | |
| City / Zip: | Phone: |
| Billing information: | UBT |
| Date In: | 8/2/07 Time: |
| Date Due: | 8/2/07 Time: ASAP |
| Order Taken By: | CARLOS |
| Job # | 99497  WG |
| Delivery | Yes ☑  No ☐ |
| To: | |

**Copies per Original:** 3

**Finishing Instructions:** (various checkboxes)

**Comments / Special Instructions**
3 copies w/ tabs, color for color, comb bind copies

**Billing Detail**

| Description | # of Originals | Quantity | Total | Unit Price | Extension |
|---|---|---|---|---|---|
| B/W Copies (Medium Lit.) | | | 1,671 | .11 | 183.81 |
| Regular Tabs | | | 96 | .25 | 24.00 |
| (8½ x 11) Color Laser Copies | | | 330 | .89 | 293.70 |
| Comb-Binds | | | 8 | 2.50 | 20.00 |

OK MSS

Sub Total $ 521.51
Tax $ 43.02
☐Postage ☐Messenger $
Total $ 564.53

Received by: [signature]   Date: 8/2/07

*Terms and Conditions - See Reverse Side*

# CopyPage

**Water Garden**
2450 Colorado Ave., Suite 1007 W
Santa Monica, California 90404
Phone (310) 453-3600
Fax (310) 453-1994

OTHER COPYPAGE STORES

Playa Vista - 5418 McConnell Avenue, Los Angeles CA. 90066 (310) 822-1620
Twin Towers - 2029 Century Park East, Retail Level, Los Angeles, CA. 90067 (310) 226-8640
MGM - 10250 Constellation Blvd., Retail Level Suite 150, Los Angeles, CA. 90067 (310) 203-0404
Sun America - 1999 Avenue of the Stars, Suite 100C, Los Angeles, CA. 90067 (310) 788-8601
Jamboree Center - 4 Park Plaza, Suite #150, Irvine, CA. 92614 (949) 222-0050
Grand Towers - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040
Imaging/Repository - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040

---

**Company:** Greenberg Traurig LLP
**Attention:** Alma Rincon
**Address:**
**City / Zip:**           **Phone:**
**Billing information:** UBT
102741 - 010 300

**Date In:** 7/6/07   **Time:**
**Date Due:** 7/6/07   **Time:**
**Order Taken By:**
**Job #** 99279   WG
**Delivery** Yes ☐  No ☐
**To:**

---

**Copies per Original:** 3

**Output:**
☐ As Original
☐ One Sided
☐ Two Sided
☐ Signature Book

**Finishing Instructions:** Original / Copy
☐ ☐ As Is
☐ ☐ Staple
☐ ☐ Two-Hole Punch
☐ ☐ Three Hole Punch
☐ ☐ Trim to:
_____ X _____
☐ ☐ Uncollated

**Original / Copy**
☐ ☐ Velo-bind
☐ ☐ Comb-bind
☐ ☐ Coil-bind
☐ ☐ Tape-bind
☐ ☐ Wire-O
☐ ☐ Score / Perforate
☐ ☐ Other:

**Enlarge / Reduce to:** _____ x _____
☐ Foam/Gator/Other___
☐ Gloss/Matt
☐ Freefloat_____
**Color Copies**
Print from file:
☐MAC ☐PC ☐postscript
☐ **Scan**
☐color ☐black & white

---

**Comments / Special Instructions**

3 Copies in Color

---

**Billing Detail**

| Description | # of Originals | Quantity | Total | Unit Price | Extension |
|---|---|---|---|---|---|
| Color Copies | | | 174 | $0.89 | $154.86 |

Sub Total  $
Tax        $ 12.77
☐Postage ☐Messenger $
Total      $ 167.63

**Received by:** _____   **Date:** _____

*Terms and Conditions - See Reverse Side*



**CopyPage**
Water Garden
2450 Colorado Ave., Suite 1007 W
Santa Monica, California 90404
Phone (310) 453-3600
Fax (310) 453-1994

OTHER COPYPAGE STORES

Playa Vista - 5418 McConnell Avenue, Los Angeles CA. 90066 (310) 822-1620
Twin Towers - 2029 Century Park East, Retail Level, Los Angeles, CA. 90067 (310) 226-8640
MGM - 10250 Constellation Blvd., Retail Level Suite 150, Los Angeles, CA. 90067 (310) 203-0404
Sun America - 1999 Avenue of the Stars, Suite 100C, Los Angeles, CA. 90067 (310) 788-8601
Jamboree Center - 16811 Hale Avenue Unit C, Irvine, CA 92606 (949) 222-0050
Grand Towers - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040
Imaging/Repository - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040

Company: Greenberg Traurig
Attention: D.J
Address:
City / Zip:                       Phone:
Billing information:

102741 - 010300

Date In: 7/25/07  Time:
Date Due:         Time: RUSH
Order Taken By:
Job # 99371                WG
Delivery  Yes ☒  No ☐
To: (CA140s)

**Copies per**
Original: 1
Output:
☒ As Original
☐ One Sided
☐ Two Sided
☐ Signature Book

**Finishing Instructions:**
Original  Copy
☐  ☒  As Is
☐  ☐  Staple
☐  ☐  Two-Hole Punch
☐  ☐  Three Hole Punch
☐  ☐  Trim to: _____X_____
☐  ☐  Uncollated

Original  Copy
☐  ☐  Velo-bind
☐  ☐  Comb-bind
☐  ☐  Coil-bind
☐  ☐  Tape-bind
☐  ☐  Wire-O
☐  ☐  Score / Perforate
☐  ☐  Other:

☐ Enlarge / Reduce
to: _____x_____
☐ Foam/Gator/Other____
☐ Gloss/Matt
☐ Freefloat____
☐ Color Copies
  Print from file:
  ☐MAC ☐PC ☐postscript
☐ Scan
  ☐color ☐black & white

**Comments / Special Instructions**

**Billing Detail**
Description                      # of Originals  Quantity  Total  Unit Price  Extension
8½x11 Hand placement                                       62    .20         12.40

Sub Total  $ 12.40
Tax        $  1.02
☐Postage ☐Messenger $
Total      $ 13.42

Received by: _____        Date: _____
Terms and Conditions - See Reverse Side

# CopyPage

**Water Garden**
2450 Colorado Ave., Suite 1007 W
Santa Monica, California 90404
Phone (310) 453-3600
Fax (310) 453-1994

Playa Vista - 5418 McConnell Avenue, Los Angeles CA. 90066 (310) 822-1620
Twin Towers - 2029 Century Park East, Retail Level, Los Angeles, CA. 90067 (310) 226-8640
MGM - 10250 Constellation Blvd., Retail Level Suite 150, Los Angeles, CA. 90067 (310) 203-0404
Sun America - 1999 Avenue of the Stars, Suite 100C, Los Angeles, CA. 90067 (310) 788-8601
Jamboree Center - 16811 Hale Avenue Unit C, Irvine, CA 92606 (949) 222-0050
Grand Towers - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040
Imaging/Repository - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040

| | |
|---|---|
| Company: Greenberg Traurig LLC | Date In: 7-26-07 Time: |
| Attention: Alma Rivera | Date Due: 7-26-07 Time: 12 noon |
| Address: | Order Taken By: |
| City / Zip:   Phone: | Job # 99409   WG |
| Billing information: 102741 · 010300 | Delivery Yes ☑ No ☐ To: Carlos |

**Copies per**
Original: 3

**Output:**
- ☐ As Original
- ☐ One Sided
- ☐ Two Sided
- ☐ Signature Book

**Finishing Instructions:**
Original / Copy
- ☐ ☐ As Is
- ☐ ☐ Staple
- ☐ ☐ Two-Hole Punch
- ☐ ☐ Three Hole Punch
- ☐ ☐ Trim to: ___X___
- ☐ ☐ Uncollated

**Copy**
- ☐ Velo-bind
- ☐ Comb-bind
- ☐ Coil-bind
- ☐ Tape-bind
- ☐ Wire-O
- ☐ Score / Perforate
- ☐ Other:

**Enlarge / Reduce to:** ___X___
- ☐ Foam/Gator/Other
- ☐ Gloss/Matt
- ☐ Freefloat
- ☐ Color Copies
  Print from file:
  ☐ MAC ☐ PC ☐ postscript
- ☐ Scan
  ☐ color ☐ black & white

**Comments / Special Instructions**

**Billing Detail**

| Description | # of Originals | Quantity | Total | Unit Price | Extension |
|---|---|---|---|---|---|
| B/w copies | | | 717 | .11 | 78.87 |
| regular tabs | | | 60 | .25 | 15.00 |
| 8½ x 11 color laser copies | | | 230 | .81 | 209.70 |
| Acco fasteners | | | 4 | 1.50 | 6.00 |

Sub Total $ 304.57
Tax $ 25.12
☐ Postage ☐ Messenger $
Total $ 329.69

Received by: _____   Date: _____

*Terms and Conditions - See Reverse Side*



**CopyPage**
Water Garden
2450 Colorado Ave., Suite 1007 W
Santa Monica, California 90404
Phone (310) 453-3600
Fax (310) 453-1994

Playa Vista - 5418 McConnell Avenue, Los Angeles CA. 90066 (310) 822-1620
Twin Towers - 2029 Century Park East, Retail Level, Los Angeles, CA. 90067 (310) 226-8640
MGM - 10250 Constellation Blvd., Retail Level Suite 150, Los Angeles, CA. 90067 (310) 203-0404
Sun America - 1999 Avenue of the Stars, Suite 100C, Los Angeles, CA. 90067 (310) 788-8601
Jamboree Center - 16811 Hale Avenue Unit C, Irvine, CA 92606 (949) 222-0050
Grand Towers - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040
Imaging/Repository - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040

| | |
|---|---|
| Company: Greenberg Traurig LLP | Date In: 7-27-07 Time: |
| Attention: Alma del Rincon | Date Due: 7-27-07 Time: Rush!! |
| Address: | Order Taken By: |
| City / Zip:    Phone: | Job # 99427    WG |
| Billing information: 102741-010300 | Delivery  Yes ☐  No ☐ |
| | To: |

**Copies per**
Original: _____
Output: _____
☐ As Original
☐ One Sided
☐ Two Sided
☐ Signature Book

**Finishing Instructions:**
Original / Copy
☐ ☐ As Is
☐ ☐ Staple
☐ ☐ Two-Hole Punch
☐ ☐ Three Hole Punch
☐ ☐ Trim to: ___X___
☐ ☐ Uncollated

Original / Copy
☐ ☐ Velo-bind
☐ ☐ Comb-bind
☐ ☐ Coil-bind
☐ ☐ Tape-bind
☐ ☐ Wire-O
☐ ☐ Score / Perforate
☐ ☐ Other:

☐ Enlarge / Reduce to: ___x___
☐ Foam/Gator/Other___
☐ Gloss/Matt
☐ Freefloat___
☐ Color Copies
   Print from file:
   ☐MAC ☐PC ☐postscript
☐ Scan
   ☐color ☐black & white

**Comments / Special Instructions**

**Billing Detail**

| Description | # of Originals | Quantity | Total | Unit Price | Extension |
|---|---|---|---|---|---|
| B/W Copies | | | 476 | .11 | 52.36 |
| Regular Tabs | | | 30 | .25 | 7.50 |
| Color 8½x11 | | | 118 | .89 | 105.02 |
| Acco Fastener | | | 2 | 1.50 | 3.00 |

Sub Total $ 167.88
Tax         $ 13.85
☐Postage ☐Messenger $
Total      $ 181.73

Date: _____

*Terms and Conditions - See Reverse Side*

# CopyPage

**Water Garden**
2450 Colorado Ave., Suite 1007 W
Santa Monica, California 90404
Phone (310) 453-3600
Fax (310) 453-1994

OTHER COPYPAGE STORES

Playa Vista - 5418 McConnell Avenue, Los Angeles CA. 90066 (310) 822-1620
Twin Towers - 2029 Century Park East, Retail Level, Los Angeles, CA. 90067 (310) 226-8640
MGM - 10250 Constellation Blvd., Retail Level Suite 150, Los Angeles, CA. 90067 (310) 203-0404
Sun America - 1999 Avenue of the Stars, Suite 100C, Los Angeles, CA. 90067 (310) 788-8601
Jamboree Center - 16811 Hale Avenue Unit C, Irvine, CA 92606 (949) 222-0050
Grand Towers - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040
Imaging/Repository - 350 S. Grand Ave., #2900, Los Angeles, CA. 90071 (213) 617-4040

| | |
|---|---|
| **Company:** Greenberg Traurig | **Date In:** 7/31/07  **Time:** |
| **Attention:** Alma Rincon | **Date Due:** 7/31/07  **Time:** ASAP |
| **Address:** | **Order Taken By:** |
| **City / Zip:**   **Phone:** | **Job #** 99451   WG |
| **Billing information:** 102741-010300 | **Delivery** Yes ☒  No ☐  **To:** |

**Copies per Original:** 4

**Output:**
☐ As Original
☐ One Sided
☐ Two Sided
☐ Signature Book

**Finishing Instructions:**
Original / Copy
☐ ☐ As Is
☐ ☐ Staple
☐ ☐ Two-Hole Punch
☐ ☐ Three Hole Punch
☐ ☐ Trim to: ____ X ____
☐ ☐ Uncollated

Original / Copy
☐ ☐ Velo-bind
☐ ☐ Comb-bind
☐ ☐ Coil-bind
☐ ☐ Tape-bind
☐ ☐ Wire-O
☐ ☐ Score / Perforate
☐ ☐ Other:

☐ **Enlarge / Reduce to:** ____ x ____
☐ Foam/Gator/Other ____
☐ Gloss/Matt
☐ Freefloat ____
**Color Copies**
Print from file:
☐ MAC ☐ PC ☐ postscript
☐ **Scan**
☐ color ☐ black & white

**Comments / Special Instructions**
Please see email attached

**Billing Detail**

| Description | # of Originals | Quantity | Total | Unit Price | Extension |
|---|---|---|---|---|---|
| 8½ x 11 B/W | 111 | 4 | 444 | .08 | 35.52 |
| 8½ x 11 Color | 48 | 10 | 480 | .79 | 379.20 |

Sub Total $ 414.72
Tax $ 34.21
☐ Postage ☐ Messenger $ ____
Total $ 448.93

**Received by:** _[signature]_   **Date:** ____

*Terms and Conditions - See Reverse Side*

10-01-07   11:43am   From-Greenberg                    +3105867940         T-763   P.002/003   F-751

**Statement** for account number:                                  **CHASE**

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,441.97 | 09/29/07 | $0.00 | $48.00 |

Amount Enclosed  $ [        .       ]    Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

4246315116114 50

24063 BEX Z 24707 C

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆500016028⑆  1595116114503 6⑈

**BUSINESS CARD STATEMENT**

Opening/Closing Date: 08/05/07 - 09/04/07
Payment Due Date:            09/29/07
Minimum Payment Due:         $48.00

CUSTOMER SERVICE
In U.S.            1-800-346-5538
Español            1-888-795-0574
TDD                1-800-955-8060
Pay by phone       1-800-436-7958
Outside U.S. call collect
                   1-480-350-7099

**VISA ACCOUNT SUMMARY**     Account Number: 4246 3151 1611 4503

| | | | |
|---|---|---|---|
| Previous Balance | $930.72 | Total Credit Line | $14,900 |
| Payment, Credits | -$930.72 | Available Credit | $12,458 |
| Purchases, Cash, Debits | +$2,441.97 | Cash Access Line | $2,980 |
| New Balance | $2,441.97 | Available for Cash | $2,980 |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/businesscards

Your next AutoPayment for $2,441.97 will be deducted from your account and credited on your due date. Should you make a payment prior to your due date, that amount will be deducted from the AutoPayment amount identified above.

**PREMIER CASH REBATE POINT SUMMARY**

| | |
|---|---|
| Previous Rebate Point Balance | 5,000 |
| Bonus Rebate Points | 1,494 |
| Base Rebate Points on all Purchases | 2,442 |
| New Rebate Point Balance | 8,936 |

3,181 Rebates to expire on statement date in July 2009

Remember you earn one point for all your purchases plus an additional two points for common business purchases. Common business purchases include purchases made at gas stations, hardware stores, home improvement stores, office supply stores and restaurants.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 08/02 | 24445007215919751837071 | | | |
| 08/02 | 24323017215541619013160 | | | 30.06 |
| 08/07 | 24223697221701730131091 | FLAME-PERSIAN CUISINE LOS ANGELES CA | | |
| 08/10 | 24761977222544944011292 | | | |
| 08/11 | 24071057224987110425420 | | | |
| 08/11 | 24072027224143911740300 | | | |
| 08/12 | 24300157225980000289410 | | | |
| 08/12 | 24492797225406001092109 | | | |
| 08/13 | 24224437226258147200378 | | | |
| 08/10 | 24122477225900011200691 | | | 941.78 |
| 08/14 | 24445007227933161298606 | FEDEX KINKO'S #1400 LOS ANGELES CA | | |
| 08/13 | 24323007226542208010201 | | | |
| 08/14 | 24492157226849435905212 | | | |
| 08/14 | 24803907227701000192667 | BOX CITY #3 LOS ANGELES CA | | 12.95 |