# EXHIBIT F



# First Legal
## L.A. Depositions, Inc.

TAX ID# 20-3100887

**Mail Payments to:**
L A Depositions
P. O. Box 34626
Los Angeles, CA 90034

**invoice**

| 83714 | 3539 |
|---|---|
| 7/31/07 | 16,764.05 |

GREENBERG TRAURIG LLP
2450 COLORADO AVENUE
SUITE 400-E
SANTA MONICA, CA 90404

BILLING QUESTIONS CALL:
BILLING DEPT 866-4921110
PAYMENT QUESTIONS CALL:
PAQUI ABUEG (213)4813085

### PLEASE DETACH HERE AND RETURN WITH REMITTANCE

| TAX ID# 20-3100887 | | | | 3539 | 83714 | 7/31/07 | 16,764.05 | 33 | L.A. DEPOSITIONS |
|---|---|---|---|---|---|---|---|---|---|
| 7/27/07 MAIL | 3871855 | ML | GREENBERG TRAURIG LLP 2450 COLORADO AVENUE SANTA MONICA  CA 90404 Caller: P.M.   Wait: 30 Min Case No.: P/U MAIL @ 18:45 AND Signed: OTC | | UNITED STATES POST OFFICE 7001 S CENTRAL AVE LOS ANGELES  CA 90001 Comment: * NO BASE CHARGE * Case Title: MUST DELIVER BEFORE Ref: MAIL RUN | | | | | |
| 7/27/07 FAX/PDF-FILING | 3871875 | FAX | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA  CA 90404 Caller: DELILAH Case No.: CV 05 3051 CBM Signed: lodged/del cc's | | UNITED STATES DISTRICT COURT 312 NORTH SPRING STREET LOS ANGELES  CA 90012-4793 Case Title: JUDGMENT Ref: MARKOS V.SEARS 05451-017900 | Base Chg : | 34.00 | 34.00 | | |
| 7/27/07 SAMEDAY FILING | 3871876 | SDF | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA  CA 90404 Caller: DELILIAH Case No.: BC363469 Signed: F/C/ROR | | LOS ANGELES SUPERIOR COURT 111 NORTH HILL STREET LOS ANGELES  CA 90012-3117 Case Title: OBJECTION Ref: 072337.010000 | Base Chg : | 24.50 | 24.50 | | |
| 7/27/07 DELIVERY-SPECIAL | 3871954 | SPC | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA  CA 90404 Caller: ROSE Case No.: DELIVER ENVELOPE Signed: WALTERS | | AIG GLOBAL INVESTMENT GROUP 1999 AVE.OF THE STARS LOS ANGELES  CA 90067 Case Title: CALL WHEN DELIVERED! Ref: 075327.013700 | Base Chg : | 40.00 | 40.00 | | |
| 7/27/07 FAX/PDF-FILING | 3872097 | FAX | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA  CA 90404 Caller: ALMA 7875 Case No.: BD345777 Signed: FC/ROR | | LOS ANGELES SUPERIOR COURT 111 NORTH HILL STREET LOS ANGELES  CA 90012-3117 Case Title: OBJECTION Ref: 102741.010300 | Base Chg : | 34.00 | 34.00 | | |
| 7/27/07 DELIVERY-SPECIAL | 3872194 | SPC SPC | GREENBERG TRAURIG LLP 1601 CLOVERFIELD SANTA MONICA  CA 90404 Caller: jo klaus Case No.: DELIVER ENVELOPE Signed: GAVE TO JO | | FATANEH MILLS 2171 MT.OLYMPUS DRIVE WEST HOLLYWOOD  CA 90069 Case Title: CALL WHEN DELIVERED! Ref: 039870.010100 | Base Chg : Return   : | 50.00 50.00 | 100.00 | | |

Please pay-> Continued

### INVOICE PAYMENT DUE UPON RECEIPT

**PeerlessPatents, Ltd.**

2711 Jefferson Davis Hwy - Suite 401B
Arlington, VA 22202
Phone: 703-271-0180 or 703-979-0420
Tax ID: 54-1899766

**Invoice**



| Date | Invoice # |
|---|---|
| 7/20/2007 | 19060 |

| Bill To |
|---|
| Greenberg Traurig LLP<br>Attn: CHARLES BERMAN, ESQ.<br>2450 Colorado Avenue<br>Suite 400E<br>Santa Monica, CA 90404 |



| Terms | Reference No. |
|---|---|
| Net 30 | 102741-010300 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Certified copy of a Patent, Trademark or Copyright (Application or Registration) or Assignment Document<br>in re<br>patent application ser.no.60/444474 Herrmann et al - GAME OF CHANCE AND SYSTEM AND METHODS FOR PLAYING A GAME OF CHANCE | | 20.00 | 20.00 |
| Rush Processing Service Fee - AT COST SERVICE PROCESSING | | 30.00 | 30.00 |
| Overnight Delivery - "fedex" or "express Mail" | | 26.00 | 26.00 |

| | |
|---|---|
| **Total** | $76.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $76.00 |



V# 56902

OFFSHORE LEGAL SOLUTIONS
372 ARDEN AVENUE, SUITE 102 • GLENDALE, CALIFORNIA 90042
(818) 448-5592

August 2, 2007

101162576

**COMPLETED**

Steve Hassid
Greenberg Traurig
1601 Cloverfield Blvd.
Santa Monica, California 90404

RE: LawScribe Invoice No. 072007NED



RECEIVED
SEP 1 2 2007
A/P-MIAMI-GT

ENTERED
SEP 1 2 2007
GT-MIAMI-A/P

Dear Mr. Hassid,

Please note the following charges to your account:

| Date | Description | Billing Rate | Billable Hours | Total |
|---|---|---|---|---|
| 07/16/07 | Validity Search – Online Poker | Engr: $45/hr. Atty: $60/hr. | Engr: 22 U.S. Atty: 3 | $1170 less 15% disc. = $994.50 |

Total Invoice Amount = $994.50

Please make checks payable to:
LawScribe, Inc.
372 Arden Ave., Suite 102
Glendale, CA 91203
Tax ID # : 51-0519122

GT - LOS ANGELES (71) - A/P
Vendor #: 56902
G/L#_____ DEPT#_____
C/M# 102741-010300
Approval: X_____
                Signature
Print Name:_____ TKPR# 84V
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

Thank you for your quick payment and we appreciate your business.

Sincerely,

Asha Chopra
Office Manager
LawScribe, Inc.

APPROVED
102741-010300

S. HASSID