# EXHIBIT G

GREENBERG TRAURIG LLP
2450 COLORADO AVENUE, STE 400 E
SANTA MONICA, CA 90404

No. 007853
16-1806/1220

PAY Three hundred twenty and 00/100************************************

NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

| DATE | CHECK NO. | | AMOUNT |
|---|---|---|---|
| 08/06/07 | 7853 | $ | ***320.00*** |

TO THE ORDER OF
Internet Archive
Paul Forrest Hickman
116 Sheridan Avenue
San Francisco, CA 94129

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00

GREENBERG TRAURIG LLP
FIRM ACCOUNT

CITY NATIONAL BANK
400 North Roxbury Drive   (310) 553-4262
Beverly Hills, CA 90210

⑊007853⑊ ⑈122016066⑈ 101⑊749606⑊

| DATE | DESCRIPTION | REFERENCE | BALANCE |
|---|---|---|---|
| Check #: 7853 | Vendor ID: 47524    Check Date: Aug 06/07 | | |

| Inv. Date | Inv. Number | Description | Payment Amt |
|---|---|---|---|
| 8/06/07 | 71080607320 | To obtain affidavit authenticating documents - Charles Berman. | 320.00 |

PLEASE DETACH BEFORE DEPOSITING

| DATE | DESCRIPTION | REFERENCE | BALANCE |
|---|---|---|---|

August 06, 2007

# CHECK REQUEST

REGULAR ACCOUNT: ☐    RETAINER ACCOUNT: ☐

| | FILE NUMBER | CLIENT-FILE NAME | PAYMENT DESCRIPTION** | AMOUNT | CODE* | ACCOUNTING ONLY |
|---|---|---|---|---|---|---|
| 1 | 102741.010300 | UBT v. MMJK | To obtain affidavit authenticating documents | $320 | 19 | (1) _____ |
| 2 | | | | | | (2) _____ |
| 3 | | | | | | (3) _____ |
| 4 | | | | | | (4) _____ |
| 5 | | | | | | (5) _____ |
| | | | TOTAL | $320.00 | | |

**This description will print on client invoice when using Code 18

Mail to Payee: Yes ☒ No ☐

Special Instructions and/or Remarks:

Return to: CB

Attorney's/Secretary's Initials

Signature: _[signed]_

Printed Name: Charles Berman

Payee: Internet Archive
Paul Forrest Hickman
116 Sheridan Avenue
San Francisco, CA 94129
(Fill in address if window envelope will be used)

ACCOUNTING ONLY

Payee Code: _____
Ck#: _____
Date: _____

*DISBURSEMENT CODES

(1) Telephone charges
(2) Messenger
(3) Reproduction charges
(4) Word Processing
(5) Witness fees
(6) Info & Research
(7) Title policies
(8) Court Fees/Filing fees
(9) Recording charges
(10) Minute books, seal & stock cert
(11) Travel & Lodging–Out of Town
(12) Printing charges
(13) Transportation–Local Travel
(14) Postage
(15) Publication charges
(16) Legal expert & professional
(17) Special Clerical Services
(18) Other Disbursements
(19) Certified Copies
(20) Service Company changes
(21) Court reporter/Depo
(22) Transcript charges
(23) Subpoena Fees
(24) Govt. Agency reports
(25) Business Meals
(26) Copies from Courthouse
(27) Abstract, title & survey chg
(28) Facsimile
(29) Federal Express
(30) Local Counsel
(31) Arbitrator/Mediators
(32) Private Investigators
(33) Exhibits
(34) Lit Sup Vendors



Web | Moving Images | Texts | Audio | Software | Education | Patron Info | About IA

**Universal access to human knowledge**

Home    Donate | Forums | FAQs | Contributions | Terms, Privacy, & Copyright | Contact | Jobs | Bios

Search: [ ]  All Media Types   [Upload]   Anonymous User (login or join us)
Advanced Search

### Media Coverage [more]

OSTI Partners with Internet Archive

Brewster Kahle interviewed in Second Life!

Great Article from WebProNews!

Cnet Article- Grant Funds Open-Source Challenge to Google Library

Ap Story Picked up by several major publications!

Forbes.com picks up AP story on the Archive! "When a website dies, it goes to Heaven..."

SF Chronicle spotlights Tech Award winners

Brewster Kahle quoted in SF Chronicle Article on "Digital Utopias"

Archive -It 2 profiled in EContent Magazine

A Profile of Brewster Kahle from Cnet

### Information Requests

**The Internet Archive's Policy for Responding to Information Requests**

The following sets forth the Internet Archive's policy with regard to requests for documents or other records for use in legal proceedings. Please also read our frequently asked questions in their entirety for additional information.

The Internet Archive is a nonprofit organization dedicated to archiving the Internet and other digital materials, and providing public access to these records. We are not in the business of responding to requests for affidavits, or authenticating pages or other information from the Wayback Machine; this is why we make our collections available at no cost via our Web site, http://www.archive.org. As a nonprofit, our resources are limited, and these kinds of requests are a significant drain on our time and funds. Please remember that an affidavit from the Internet Archive may not be necessary.

Before asking the Internet Archive to authenticate your documents, we ask that you please seek judicial notice or simply ask your opposing party to stipulate to the documents' authenticity. Of course, the best source of such information is the party who posted the information on the URLs at issue, and the second-best source of such information is someone who actually accessed the historical versions of the URLs.

However, if you are determined to obtain an affidavit authenticating printouts from the Internet Archive's Wayback Machine, we will do our best to help you in accordance with this policy.

To initiate your request, you must send us payment as described below and an electronic list of the extended URLs for each page you would like us to print out. By extended URL, we are referring to the full URL that appears in the Address field of your Web browser when you are looking at the page in question (e.g., http://web.archive.org/web/19970126045828/http://www.archive.org/). If you want more than one page from a particular domain, you must supply the extended URL for each page. Due to the undue burden on our limited resources, we cannot respond to requests for all linked pages at some particular domain. The list of extended URLs should be emailed to info@archive.org. Please include your contact information in your email.

Our standard fee is $250 per request, plus $10 for each URL

therein. The Internet Archive does not automatically notarize the affidavit. If you would like your affidavit notarized there is an additional $100 fee. Any URLs that contain printable files (such as .pdfs, .docs, .txts or other files) cost $15 per URL. We can only accept payment by check, which should be payable to the Internet Archive, or by means of PayPal; our PayPal account is at info@archive.org. Please note that you must pay us up front; we will not begin working on your request until payment in full is received. This policy is necessary because a number of requestors have not paid the Internet Archive after receiving our responses. The Internet Archive's mailing/shipping address is:

Internet Archive
The Presidio of San Francisco
116 Sheridan Avenue
San Francisco, CA 94129

When you submit payment, please make sure that the Internet Archive can readily identify the request to which your payment relates. For example, if you send a check, include a copy of your request in the envelope with the check. If you send payment via PayPal, email info@archive.org immediately after sending payment letting the Internet Archive know that you just sent payment and identifying your request.

The Internet Archive will provide printed pages and a standard affidavit of authenticity. We require five business days from receipt of payment to turn around most requests. Requests for especially large numbers of URLs may take longer or we may contact you and ask that you limit your request.

If you would like us to send you the documents and affidavit by FedEx, please provide us with a FedEx account number. If we do not receive a FedEx number, we will send the documents by regular mail. We do not fax results.

Unless otherwise specified, all requests will be printed using the Firefox browser. If you would rather have the results printed from Internet Explorer or Safari browsers, please make that clear in the request.

Our policy is to respond to reasonable requests within these parameters. We reserve the right to refuse any request that we deem to be unreasonable, and may require you to reimburse other costs we incur as a result of your request.

Thank you for your cooperation.


Frequently Asked Questions

Terms of Use (10 Mar 2001)

**GREENBERG TRAURIG LLP**
2450 COLORADO AVENUE, STE 400 E
SANTA MONICA, CA 90404

No. 007782

16-1608/122

NOT NEGOTIABLE AFTER 90 DAYS FROM ISSUE

PAY  Two hundred sixty and 00/100************************************************

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/18/07 | 7782 | $ ***260.00*** |

TO THE ORDER OF
Internet Archive
116 Sheridan Avenue
San Francisco, CA 94129

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000.00

GREENBERG TRAURIG LLP
FIRM ACCOUNT

**CITY NATIONAL BANK**
400 North Roxbury Drive  (310) 553-4262
Beverly Hills, CA 90210

⑆007782⑆ ⑈122016066⑈ 101⑉749606⑊

| DATE | DESCRIPTION | REFERENCE | BALANCE |
|---|---|---|---|

Check #: 7782    Vendor ID: 47524    Check Date: Jul 18/07

| Inv. Date | Inv. Number | Description | Payment Amt |
|---|---|---|---|
| 7/18/07 | 71-071807260 | Affidavit verifying existence of web page - Deborah Pouratian. | 260.00 |

DETACH

PLEASE DETACH BEFORE DEPOSITING

| DATE | DESCRIPTION | REFERENCE | BALANCE |
|---|---|---|---|

July 18, 2007

# CHECK REQUEST

REGULAR ACCOUNT: ☒    RETAINER ACCOUNT: ☐

| | FILE NUMBER | CLIENT-FILE NAME | PAYMENT DESCRIPTION** | AMOUNT | CODE* | ACCOUNTING ONLY |
|---|---|---|---|---|---|---|
| 1 | 102741.010300 | Ultimate Blackjack Tour | Affidavit verifying existence of web page | $260.00 | 18 | (1) |
| 2 | | | | | | (2) |
| 3 | | | | | | (3) |
| 4 | | | | | | (4) |
| 5 | | | | | | (5) |
| | | | TOTAL | $260.00 | | |

**This description will print on client invoice when using Code 18

Mail to Payee: Yes ☒  No ☐

Special Instructions and/or Remarks: Please FedEx check and send email to Deb Pouratian with tracker number.

Return to: DPO

Attorney's/Secretary's Initials

Signature: _____

Printed Name: Deborah Pouratian

Payee:  Internet Archive
        The Presidio of San Francisco
        116 Sheridan Avenue
        San Francisco, CA 94129
        (Fill in address if window envelope will be used)

**DISBURSEMENT CODES**

(1) Telephone charges
(2) Messenger
(3) Reproduction charges
(4) Word Processing
(5) Witness fees
(6) Info & Research
(7) Title policies
(8) Court Fees/Filing fees
(9) Recording charges
(10) Minute books, seal & stock cert
(11) Travel & Lodging-Out of Town
(12) Printing charges
(13) Transportation-Local Travel
(14) Postage
(15) Publication charges
(16) Legal expert & professional
(17) Special Clerical Services
(18) Other Disbursements
(19) Certified Copies
(20) Service Company changes
(21) Court reporter/Depo
(22) Transcript charges
(23) Subpoena Fees
(24) Govt. Agency reports
(25) Business Meals
(26) Copies from Courthouse
(27) Abstract, title & survey chg
(28) Facsimile
(29) Federal Express
(30) Local Counsel
(31) Arbitrator/Mediators
(32) Private Investigators
(33) Exhibits
(34) Lit Sup Vendors

ACCOUNTING ONLY

Payee Code: 47524
Ck#: _____
Date: _____

JUL 18 2007
A/P-LOS ANGELES-GT

 

Web | Moving Images | Texts | Audio | Software | Education | Patron Info | About IA

Home   Donate | Forums | FAQs | Contributions | Terms, Privacy, & Copyright | Contact | Jobs | Bios

Search: [            ]  [All Media Types ▼]   [Upload]   Anonymous User (login or join us)
Advanced Search

**Media Coverage** [more]

OSTI Partners with Internet Archive

Brewster Kahle interviewed in Second Life!

Great Article from WebProNews!

Cnet Article- Grant Funds Open-Source Challenge to Google Library

Ap Story Picked up by several major publications!

Forbes.com picks up AP story on the Archive! "When a website dies, it goes to Heaven..."

SF Chronicle spotlights Tech Award winners

Brewster Kahle quoted in SF Chronicle Article on "Digital Utopias"

Archive -It 2 profiled in EContent Magazine

A Profile of Brewster Kahle from Cnet

**Information Requests**

**The Internet Archive's Policy for Responding to Information Requests**

The following sets forth the Internet Archive's policy with regard to requests for documents or other records for use in legal proceedings. Please also read our frequently asked questions in their entirety for additional information.

The Internet Archive is a nonprofit organization dedicated to archiving the Internet and other digital materials, and providing public access to these records. We are not in the business of responding to requests for affidavits, or authenticating pages or other information from the Wayback Machine; this is why we make our collections available at no cost via our Web site, http://www.archive.org. As a nonprofit, our resources are limited, and these kinds of requests are a significant drain on our time and funds. Please remember that an affidavit from the Internet Archive may not be necessary.

Before asking the Internet Archive to authenticate your documents, we ask that you please seek judicial notice or simply ask your opposing party to stipulate to the documents' authenticity. Of course, the best source of such information is the party who posted the information on the URLs at issue, and the second-best source of such information is someone who actually accessed the historical versions of the URLs.

However, if you are determined to obtain an affidavit authenticating printouts from the Internet Archive's Wayback Machine, we will do our best to help you in accordance with this policy.

To initiate your request, you must send us payment as described below and an electronic list of the extended URLs for each page you would like us to print out. By extended URL, we are referring to the full URL that appears in the Address field of your Web browser when you are looking at the page in question (e.g., http://web.archive.org/web/199701260458282/http://www.archive.org/). If you want more than one page from a particular domain, you must supply the extended URL for each page. Due to the undue burden on our limited resources, we cannot respond to requests for all linked pages at some particular domain. The list of extended URLs should be emailed to info@archive.org. Please include your contact information in your email.

Our standard fee is $250 per request, plus $10 for each URL

therein. The Internet Archive does not automatically notarize the affidavit. If you would like your affidavit notarized there is an additional $100 fee. Any URLs that contain printable files (such as .pdfs, .docs, .txts or other files) cost $15 per URL. We can only accept payment by check, which should be payable to the Internet Archive, or by means of PayPal; our PayPal account is at info@archive.org. Please note that you must pay us up front; we will not begin working on your request until payment in full is received. This policy is necessary because a number of requestors have not paid the Internet Archive after receiving our responses. The Internet Archive's mailing/shipping address is:

Internet Archive
The Presidio of San Francisco
116 Sheridan Avenue
San Francisco, CA 94129

When you submit payment, please make sure that the Internet Archive can readily identify the request to which your payment relates. For example, if you send a check, include a copy of your request in the envelope with the check. If you send payment via PayPal, email info@archive.org immediately after sending payment letting the Internet Archive know that you just sent payment and identifying your request.

The Internet Archive will provide printed pages and a <u>standard affidavit of authenticity</u>. We require five business days from receipt of payment to turn around most requests. Requests for especially large numbers of URLs may take longer or we may contact you and ask that you limit your request.

If you would like us to send you the documents and affidavit by FedEx, please provide us with a FedEx account number. If we do not receive a FedEx number, we will send the documents by regular mail. We do not fax results.

Unless otherwise specified, all requests will be printed using the Firefox browser. If you would rather have the results printed from Internet Explorer or Safari browsers, please make that clear in the request.

Our policy is to respond to reasonable requests within these parameters. We reserve the right to refuse any request that we deem to be unreasonable, and may require you to reimburse other costs we incur as a result of your request.

Thank you for your cooperation.

<u>Frequently Asked Questions</u>

Terms of Use (10 Mar 2001)