# EXHIBIT H

**FLEETWOOD LIMOUSINE, LTD.**
5839 Green Valley Circle, Suite 102
Culver City, CA 90230

(310) 645-6092        (800) 283-5893        Fax (310) 645-124[5]
TCP 2308-B

*RECEIVED SEP 0 4 2007 A/P-LOS ANGELES-GT*

## INVOICE

| | | |
|---|---|---|
| Bill To: | GREENBERG TRAURIG LLP | Customer: STEINBERG, MATTHE[W] |
| | 2450 COLORADO # 400 | 917 N BEVERLY DRIVE |
| | SANTA MONICA CA 90404-3575 | BEVERLY HILLS CA 90210 |
| Attention: | MARY JOSEPH | |

*ENTERED OCT - 1 2007 GT-MIAMI-A/P*

| Account | Order No | Order By | Sales | Vehicle Type | Service Date | Invoice |
|---|---|---|---|---|---|---|
| 01189 | | ELMA | | SEDAN | 08/14/2007 | 060108 |

| CHARGES | | RATE | AMOUNT |
|---|---|---|---|
| Service Fee | Flt | 75.00 | 75.00 |
| Gratuity | Pct | 20.00 | 15.00 |
| Surcharge | Pct | 5.00 | 3.75 |
| Fuel | Pct | 6.00 | 4.50 |
| TOTAL CHARGES | | | $98.25 |

| DESCRIPTION | AMOUNT |
|---|---|
| SUBTOTAL | 98.25 |
| | 0.00 |
| TOTAL PAYMENT | $0.00 |
| AMOUNT DUE | $98.25 |

*COMPLETED 9/28/07 TY*

*RECEIVED SEP 3 ? 2007 A/P-MIAMI-GT*

NET 0 DAYS .. DUE DATE 08/14/2007

### COMMENTS

101162854

### ROUTING

| | | |
|---|---|---|
| P | 16:00 | 1601 CLOVERFIELD  SANTA MONICA  310/586-7875 |
| D | 17:30 | UNITED Flt Dpt LOS ANGELES INTL At 18:15  For SAN FRANCISCO  800-241-6522 |
| | 0:00 | CLIENT MATTER # 102741-010300 |
| | 0:00 | DRIVER- SILVIO  818-612-0294 |

Thank you for choosing
Fleetwood/Barrington limousine service
for all your transportation needs.

**GT - LOS ANGELES (71) - A/P**
Vendor #: 01518
G/L#: _____  DEPT#: _____
C/M#: 102791.010300
Approval: X _____
Print Name: MSteinberg  TKPR# MSS
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N

**FLEETWOOD LIMOUSINE, LTD.**
5839 Green Valley Circle, Suite 102
Culver City, CA  90230
(310) 645-6092          (800) 283-5893          Fax (310) 645-1245
TCP 2308-B


RECEIVED SEP 0 4 2007 A/P-LOS ANGELES-GT

| INVOICE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bill To: | GREENBERG TRAURIG LLP 2450 COLORADO # 400 SANTA MONICA CA 90404-3575 | | | Customer: | STEINBERG, MATTHEW 917 N BEVERLY DRIVE BEVERLY HILLS CA 90210 | | |
| Attention: | MARY JOSEPH | | | | | | |
| Account 01189 | Order No | Order By ELMA | Sales | Vehicle Type SEDAN | Service Date 08/15/2007 | Invoice 060109 | |

| CHARGES | | RATE | AMOUNT |
|---|---|---|---|
| Service Fee | Flt | 75.00 | 75.00 |
| Gratuity | Pct | 20.00 | 15.00 |
| Surcharge | Pct | 5.00 | 3.75 |
| Airport Fee | Flt | 2.50 | 2.50 |
| Parking Fee | Flt | 3.00 | 3.00 |
| Fuel | Pct | 6.00 | 4.50 |
| TOTAL CHARGES | | | $103.75 |

| DESCRIPTION | AMOUNT |
|---|---|
| SUBTOTAL | 103.75 |
| | 0.00 |
| COMPLETED 9/28/07 | |
| TOTAL PAYMENT | $0.00 |
| AMOUNT DUE | $103.75 |
| NET 0 DAYS .. DUE DATE 08/15/2007 | |

**COMMENTS**

**ROUTING**

| P | 15:27 | UNITED Flt 571  Arr LOS ANGELES INTL At 15:27  From SAN FRANCISCO 800-241-6522 |
| D | 17:42 | 1601 CLOVERFIELD  SANTA MONICA 310/586-7875 |
| P | 15:27 | CLIENT MATTER # 102741-010300 |

Thank you for choosing
Fleetwood/Barrington limousine service
for all your transportation needs.

GT - LOS ANGELES (71) - A/P
Vendor # 0958
G/L# _____  DEPT# _____
C/M# 102741 010300
Approval: X _____
Print Name: M Steinberg   TKPR# MSS
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N

# Account Statement Copy

**AirPlus International Inc.**
225 Reinekers Lane, Suite 770, Alexandria VA 22314

Greenberg Traurig P.A.
Ms. Lydia Prince
1221 Brickell Ave, 22nd Floor
MIAMI, FL 33131
USA

**Continental Airlines** / **AirPlus International**

| | |
|---|---|
| Account No.: | 1920 00501 056657 |
| Billing Date: | 09/03/2007 |
| Payment Due Date: | 10/03/2007 |
| Statement No.: | Z200009935 |
| **Total Amount Due:** | **USD 233,500.12** |

Bank Details For Wire Transfer:
Citibank, N.A. New York
ACCT # 30507902, SWIFT CITIUS33
Bank Code 021000089

Billing Inquiries:
Phone: +1 703 373 0940
Fax:   +1 703 373 0941
E-mail: usa@airplus.com

Page: 10 / 31

| Pos. | Pur.Date Loc.Code | Name Reason Code | Pers. | Clien | Dept. | Matter No. | Supplier Service | Currency | Net | Sales Tax Exch. Rate | Gross USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Carried forward including page 9: | USD | 51,471.67 | | 51,471.67 |
| 127 | 08/07/07 n/a | Redman/Christina n/a | n/a | n/a | n/a | n/a | UA 0167066776707 / Class U on 08/11/07 ETIX LAX MCO | USD | 100.00 | | 100.00 |
| 128 | 08/10/07 n/a | Duffy/Brian L n/a | n/a | n/a | n/a | n/a | UA 0167067473276 / Class W on 09/17/07 ETIX DEN PHL BOS DEN | USD | 346.15 | | 346.15 |
| 129 | 08/10/07 n/a | Jones/Dgregg n/a | n/a | n/a | n/a | n/a | UA 0167067473279 / Class S on 09/18/07 ETIX LAX SFO | USD | 120.17 | | 120.17 |
| 130 | 08/10/07 n/a | Miranda/Maria T n/a | n/a | n/a | n/a | n/a | UA 0167067473281 / Class S on 09/18/07 ETIX LAX SFO | USD | 120.17 | | 120.17 |
| 131 | 08/10/07 n/a | Rumberger/E Thom n/a | n/a | n/a | n/a | n/a | UA 0167067473284 / Class V on 09/17/07 ETIX SFO BOS SFO | USD | 460.80 | | 460.80 |
| 132 | 08/10/07 n/a | Hassid/Steve n/a | n/a | n/a | n/a | n/a | UA 0167067473289 / Class H on 08/14/07 ETIX LAX SFO LAX | USD | 447.60 | | 447.60 |
| 133 | 08/10/07 n/a | Steinberg/Matthew n/a | n/a | n/a | n/a | n/a | UA 0167067473291 / Class H on 08/14/07 ETIX LAX SFO LAX | USD | 447.60 | | 447.60 |
| 134 | 08/10/07 n/a | Palmer/David G n/a | n/a | n/a | n/a | n/a | UA 0167067473292 / Class V on 08/23/07 ETIX DEN LAS DEN | USD | 206.50 | | 206.50 |
| 135 | 08/10/07 n/a | Duffy/Brian L n/a | n/a | n/a | n/a | n/a | UA 0167067473294 / Class L on 08/23/07 ETIX DEN LAS DEN | USD | 116.34 | | 116.34 |
| 136 | 08/13/07 81 | Rossi/Ronald G n/a | RRI | 091613 | 0300 | 010300 | UA 0167067473307 / Class Q on 08/19/07 ETIX DEN MIA DEN | USD | 464.74 | | 464.74 |
| 137 | 08/13/07 11 | Shapiro/Ira S n/a | ISS | 083652 | 1917 | 010200 | UA 0167067473309 / Class Q on 08/22/07 ETIX IAD LAX IAD | USD | 695.95 | | 695.95 |
| 138 | 08/13/07 11 | Mulder/Steve n/a | MUL | 083652 | 1915 | 010200 | UA 0167067473310 / Class Q on 08/22/07 ETIX IAD LAX IAD | USD | 695.95 | | 695.95 |
| 139 | 08/13/07 81 | Neumann/Christopher n/a | CJN | 065715 | 0500 | 810700 | UA 0167067473312 / Class S on 09/27/07 ETIX DEN FLL | USD | 161.32 | | 161.32 |
| 140 | 08/14/07 11 | Ifrah/Jeff 52125 | 0104 | 999997 | 0500 | 000140 | UA 0167067473321 / Class Q on 08/20/07 ETIX BWI ORD BWI | USD | 349.09 | | 349.09 |
| | | | | | | | Subtotal including page 10: | USD | 56,204.05 | | 56,204.05 |

# Account Statement — Copy

**AirPlus International Inc.**
225 Reinekers Lane, Suite 770, Alexandria VA 22314

Greenberg Traurig P.A.
Ms. Lydia Prince
1221 Brickell Ave., 22nd Floor
MIAMI, FL 33131
USA

**Continental Airlines / AirPlus International**

Billing Inquiries:
Phone: +1 703 373 0940
Fax:   +1 703 373 0941
E-mail: usa@airplus.com

| Account No.: | 1920 00501 056657 |
|---|---|
| Billing Date: | 09/03/2007 |
| Payment Due Date: | 10/03/2007 |
| Statement No.: | Z200009935 |
| **Total Amount Due:** | **USD 233,500.12** |

Bank Details For Wire Transfer:
Citibank, N.A. New York
ACCT # 30507902, SWIFT CITIUS33
Bank Code 021000089

Page: 17 / 31

| Pos. | Pur.Date Loc.Code | Name Reason Code | Pers. | Clien | Dept. | Matter No. | Supplier Service | Currency | Net | Sales Tax Exch. Rate | Gross USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Carried forward including page 16: | USD | 72,611.06 | | 72,611.06 |
| 217 | 08/10/07 n/a | Jones/Dgregg n/a | | n/a | n/a | n/a | 8908155261223 Travel agency service fee | USD | 29.00 | | 29.00 |
| 218 | 08/10/07 n/a | Jones/Dgregg n/a | | n/a | n/a | n/a | 8908155261224 Travel agency service fee | USD | 29.00 | | 29.00 |
| 219 | 08/10/07 n/a | Miranda/Maria T n/a | | n/a | n/a | n/a | 8908155261225 Travel agency service fee | USD | 29.00 | | 29.00 |
| 220 | 08/10/07 n/a | Miranda/Maria T n/a | | n/a | n/a | n/a | 8908155261226 Travel agency service fee | USD | 29.00 | | 29.00 |
| 221 | 08/10/07 n/a | Miranda/Maria T n/a | | n/a | n/a | n/a | 8908155261227 Travel agency service fee | USD | 29.00 | | 29.00 |
| 222 | 08/10/07 n/a | Heller/Caroline J n/a | | n/a | n/a | n/a | 8908155261228 Travel agency service fee | USD | 29.00 | | 29.00 |
| 223 | 08/10/07 n/a | Rumberger/E Thom n/a | | n/a | n/a | n/a | 8908155261229 Travel agency service fee | USD | 29.00 | | 29.00 |
| 224 | 08/10/07 n/a | Cohen/Lori G n/a | | n/a | n/a | n/a | 8908155261230 Travel agency service fee | USD | 29.00 | | 29.00 |
| 225 | 08/10/07 n/a | Ponsetto/James n/a | | n/a | n/a | n/a | 8908155261231 Travel agency service fee | USD | 29.00 | | 29.00 |
| 226 | 08/10/07 n/a | Voiland/Thomas J n/a | | n/a | n/a | n/a | 8908155261232 Travel agency service fee | USD | 29.00 | | 29.00 |
| 227 | 08/10/07 n/a | Samson/Clete n/a | | n/a | n/a | n/a | 8908155261233 Travel agency service fee | USD | 29.00 | | 29.00 |
| 228 | 08/10/07 n/a | Hassid/Steve n/a | | n/a | n/a | n/a | 8908155261234 Travel agency service fee | USD | 29.00 | | 29.00 |
| 229 | 08/10/07 n/a | Cameron/Robert n/a | | n/a | n/a | n/a | 8908155261235 Travel agency service fee | USD | 29.00 | | 29.00 |
| 230 | 08/10/07 n/a | Steinberg/Matthew n/a | | n/a | n/a | n/a | 8908155261236 Travel agency service fee | USD | 29.00 | | 29.00 |
| | | | | | | | Subtotal including page 17: | USD | 73,017.06 | | 73,017.06 |

0 0001119

NECHOexpense

Page 1 of 1

## Expense Report Submission Summary



C051000074242070036

Spender Matthew S. Steinberg       From Aug 14, 2007  To Aug 15, 2007       Reimbursement Amt 292.05 USD

Report name Travel to San Francisco

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 3 | Audit required | Yes |
| Number of receipts to submit | 1 | | |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 2 | | |

Attach the transmittal sheet to your receipts and mail/fax to:

Reimbursement Receipts - Doral Shared Services
Email: gtlaw@kwiktag.com
PLEASE DO NOT SUBMIT WITHOUT SIGNATURE
X _____
PAYEE SIGNATURE

Fax number: (866) 758-9751

Your Expense Report will be sent to the following approver(s):
Mary K Joseph

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Region | Spent Amt | Approver |
|---|---|---|---|---|
| 8/14/07 | Hotel | United St... | 276.05 USD | Mary K Joseph |

9/16/2007

Expense — VBJ aow mmJK
San Francisco August 14-15, 2007

1. Stay Cap at LAX          $6.00 ←
2. Miscellaneous Tips        10.00
3. Hotel                    276.05
                            ──────
                            292.05

Reimburse mss

Bill to

VBJ aow mmJK

# hotel nikko san francisco

222 Mason Street, San Francisco, CA 94102
Telephone: 415-394-1111   Facsimile: 415-421-0455
Guest Facsimile: 415-394-1106
Hotel Web Page: www.hotelnikkosf.com

STEINBERG, MATTHEW
TRAVELEADERS
2151 LEJEUNE RD 300
CORAL GABLES, FL
33134

| | | | |
|---|---|---|---|
| Arrive | 8/14/07 | Room No. | 1422 |
| Depart | 8/15/07 | Acct. No. | 432260 |
| Payment | | Group | TRAVELEADERS |

| LINE | DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 8/14/07 | IN-ROOM MOVIES 21:53 | 1422 | 211 | $13.99 |
| 2 | 8/14/07 | ROOM CHARGE | 1422 | 225 | $229.00 |
| 3 | 8/14/07 | ROOM TAX 14% | 1422 | 226 | $32.06 |
| 4 | 8/14/07 | HOTEL SERVICES | 1422 | 227 | $1.00 |

$276.05

nikkohotels International
1-800-NIKKO-US   www.nikkohotels.com   GDS: NK