# EXHIBIT I

Osmio invoicing - view invoice - Invoice /011

Page 1 of 2

**OSMIO**

PLEASE REMIT UPON RECEIPT TO:
Osmio, LLC
437 Madison Avenue, 33rd Floor
New York, NY 10022
Tel (US): (866) OSMIO76
Tel (UK): 0808-234-6818

RECEIVED
SEP 6 2007

| Invoice # | Date | Period |
|---|---|---|
| GTLA0807 | 9/6/2007 | 8/1/2007 - 8/31/2007 |

101152258

Greenberg Traurig
Attention: Helayne Schomberg
2450 Colorado Avenue
400 East
Santa Monica, CA 90404

| Order | Order Date | User | Client | Meeting Participants | Restaurants | Ordered | Billed |
|---|---|---|---|---|---|---|---|
| | | | | A/P-MIAMI-GT | | | |
| 578251 | 08/17/2007 | Francis, David | 999997-000106 | Hosting Breakfast Meeting / Mark Levingson 999997.000106 | City Kitchen | $93.87 | $93.87 |
| 589753 | 08/02/2007 | Rapp, Cheryl | 072011-012100 | Ordered by Cheryl for Henry Holmes | Boardroom Catering | $145.66 | $145.66 |
| 589965 | 08/01/2007 | Rapp, Cheryl | 999971-900600 | Ordered by Cheryl Rapp for Sean McMillan. Attorney would like 2 salads, Cesar and Chinese Chicken Salad. Thank you! | Boardroom Catering | $207.66 | $207.66 |
| 591121 | 08/07/2007 | Rapp, Cheryl | 999971-900600 | Ordered by Cheryl Rapp for Carol Perrin's Dept. meeting. Please put tomatoes to the side, thank you. | Boardroom Catering | $145.66 | $145.66 |
| 592784 | 08/07/2007 | Francis, David | 102741-010300 | Charles Berman (UBT) | Maria's Italian Kitchen | $49.25 | $49.25 |
| 593387 | 08/08/2007 | Francis, David | 104689-010100 | Danielle DeCou | Maria's Italian Kitchen | $35.04 | $35.04 |
| 594379 | 08/10/2007 | Francis, David | 999997-000140 | Mtg. w/Marc Haimes w/ Henry Homes | Maria's Italian Kitchen | $50.23 | $50.23 |
| 595339 | 08/13/2007 | Francis, David | 123456-123456 | As per vendor invoice | BTDAILY/Black Tie Catering & Events | $195.34 | $195.34 |
| 597404 | 08/17/2007 | Rapp, Cheryl | 999997-000128 | Ordered by Cheryl Rapp for Angela Crowder - CLE | Boardroom Catering | $269.67 | $269.67 |
| 599319 | 08/21/2007 | Francis, David | 104540-010100 | Diana Scott | Maria's Italian Kitchen | $103.09 | $103.09 |
| 601557 | 08/28/2007 | Rapp, Cheryl | 999971-900600 | Ordered by Cheryl Rapp for Staff Development Training | Boardroom Catering | $641.70 | $641.70 |
| 601789 | 08/29/2007 | Rapp, Cheryl | 085483-010100 | Ordered by Cheryl Rapp for Dennis Hillier (Boca Office) | Boardroom Catering | $170.46 | $170.46 |
| 602384 | 08/28/2007 | Francis, David | 078572-010500 | Rick Davis | Factor's Famous Deli Catering (CC/West LA) | $370.90 | $370.90 |
| 603485 | 08/30/2007 | Francis, David | 078572-010500 | Kathleen Kim | California Pizza Kitchen (Santa Monica) | $135.17 | $135.17 |

ENTERED
SEP 11 2007
GT-MIAMI-A/P

Please put all tomatoes on the side

Osmio Invoicing - View Invoice - Invoice 7011                                    Page 2 of 2

## Invoice Total(s)

$2,613.70

**Remittance Information**

**Checks:**
Make payable to 'Osmio' and mail to:
437 Madison Avenue, 33rd Floor
New York, NY 10022

**Electronic (US):**
Osmio LLC
Bank of America
Acct #: 9476979593
Routing (Swift) #: 026009593

**Electronic (UK):**
Bank of America NA London
Sort Code: 165050
Swift Code: BOFAGB22

Beneficiary: Bank of America Private Domestic Deposit 5687
SWIFT CODE BOFAUS6SFCD
Beneficiary Bank Account : 600895687011

Beneficiary Customer: OSMIO LLC
Acct. number 11635003

To pay via credit card please e-mail billing@osmio.com. We accept Visa, MasterCard, Amex & Discover.

**Other Delivery/Viewing Options**

Export to Excel

E-Mail Recipients:
Invoice

☐ Attach Excel File

Send Mail

NECHOexpense                                                              Page 1 of 1

**Expense Report Submission Summary**



C051000535862070005

Spender Debbie Pouratian        From Jul 24, 2007  To Jul 24, 2007        Reimbursement Amt 56.88 USD

Report name Working Dinner

| Expense Report Information : | | | Attach the transmittal sheet to your receipts and mail/fax to: |
|---|---|---|---|
| Number of expenses | 1 | Audit required    Yes | Reimbursement Receipts - Doral Shared Servic |
| Number of receipts to submit | 1 | | 8400 NW 36th Street, Ste 400 |
| Number of VAT receipts | 0 | | Miami, FL 33166 |
| Number of lost receipts | 0 | | Email: gtlaw@kwiktag.com, |
| | | | Fax number: (866) 758-9751 |

Your Expense Report will be sent to the following approver(s):
Mary K Joseph

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Region | Spent Amt | Approver |
|---|---|---|---|---|
| 7/24/07 | In-House Meals | United St... | 56.88 USD | Mary K Joseph |

http://gt-necho/NechoExpenseWeb/redirect.do?f=print_summary                7/27/2007

```
BIZOU GARDEN BISTRO
   2450 COLORADO AVE STE 1
   SANTA MONICA, CA 90404

Terminal #1        00000005
JUL 24, 07          6:39 PM

Server ID: 56

MASTERCARD
***********0025 M
SALE                REF #1 000028
BATCH #: 000700     AUTH #: 024700

AMOUNT              $51.88
TIP            $    5.-
TOTAL          $    56.88

         APPROVED
      CUSTOMER COPY
```

NECHOexpense

Page 1 of 1

## Expense Report Submission Summary



C051000535662070006

Spender Debbie Pouratian     From Aug 6, 2007  To Aug 6, 2007     Reimbursement Amt 58.20 USD

Report name Working Dinner re Sur Reply re Oppos. to Prel. Inj

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | Yes |
| Number of receipts to submit | 1 | | |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

Attach the transmittal sheet to your receipt and mail/fax to:
Reimbursement Receipts - Doral Shared Services
Email: gtlaw@kwiktag.com
PLEASE DO NOT SUBMIT WITHOUT SIGNATURE
X
PAYEE SIGNATURE

Fax number: (866) 758-9751

Your Expense Report will be sent to the following approver(s):
Mary K Joseph

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Region | Spent Amt | Approver |
|---|---|---|---|---|
| 8/6/07 | In-House Meals | United St... | 58.20 USD | Mary K Joseph |

Steve's 102741
       010300

Darya Persic Sweets
           to o/p.

**Darya Restaurant**
12130 Santa Monica Blvd
West L.A., CA 90025
(310) 442-9000

09:09:14PM 08/06/07 Mon
Chk#00114 Tbl: TO-GO Srv: SHOHRE Y.

** VISA **

Acct#5490xxxxxxxx0025 Exp: 05/11
Seq#83 Appr#006738

Purchases:    51.20

Tip: _____7.00_____

TOTAL: _____58.20_____

CUSTOMER COPY

This receipt is for your records.
Enter the tip and total amounts from
the merchant copy onto this receipt.

Merchant #00008535280


Tip Guide for $51.20
-----------------------------------
18%=$9.22  20%=$10.24

08/17/2007 00:04 FAX  310 586 7317           GREENBERG TRAURIG                    ☒004/004



**DARYA**
Fine Persian Cuisine
12130 Santa Monica Blvd
West Los Angeles, CA 90025

(310) 442-9000

**(REPRINT)**
-------- 08/06/07 09:09p --------
Server:SHOHRE Y.        (Master Chk)
Chk#00114 Table#TO-GO

Order started at 09:06:41 PM

| QTY: | ITEM | PRICE |
|---|---|---|
| 1 | SOLTANI | 19.95 |
|   | -NO RICE | -1.00 |
|   | -SHIRAZI. |  |
| 1 | DOUGH BTL | 2.50 |
| 1 | SOLTANI | 19.95 |
|   | -D.SALAD | 2.00 |
|   | -1/2 RICE SALAD. |  |
| 2 | DIET COKE | 3.90 |

```
        Total Purchases  47.30
             SALES TAX:   3.90
                         -------
              Bill Total: 51.20

           ** VISA **:  -51.20
   ACCT# 5480xxxxxxxx0026
              EXP: 1105
              NAME:
           APPR: 008738
```

**AMOUNT DUE: 0.00**
Please visit our Orange County location
in the City of Orange, next to the
Orange Mall on Tustin Ave (714) 921-2773

**DELIVERY INFORMATION**
**(310) 586-3850**
**VERJINIA**
**WATER GARDEN BLDG**
1801 CLOVERFIELD # 400N
**PICKUP #21432**

10-01-07   11:43am   From-Greenberg   +3105867940   T-763   P.002/003   F-751

**Statement** for account number:

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $2,441.97 | 09/29/07 | $0.00 | $48.00 |

**CHASE**

Amount Enclosed $ ____

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

4246315116114 50

24063 BEX Z 24707 C

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

⑆500160 28⑆  1595116 1145036⑆'

**BUSINESS CARD STATEMENT**

Opening/Closing Date:   08/05/07 - 09/04/07
Payment Due Date:   09/29/07
Minimum Payment Due:   $48.00

CUSTOMER SERVICE
In U.S.   1-800-346-5538
Español   1-888-795-0574
TDD   1-800-955-8060
Pay by phone   1-800-436-7958
Outside U.S. call collect
   1-480-350-7099

**VISA ACCOUNT SUMMARY**   Account Number: 4246 3151 1611 4503

| | | | |
|---|---|---|---|
| Previous Balance | $930.72 | Total Credit Line | $14,900 |
| Payment, Credits | -$930.72 | Available Credit | $12,458 |
| Purchases, Cash, Debits | +$2,441.97 | Cash Access Line | $2,980 |
| New Balance | $2,441.97 | Available for Cash | $2,980 |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/businesscards

Your next AutoPayment for $2,441.97 will be deducted from your account and credited on your due date. Should you make a payment prior to your due date, that amount will be deducted from the AutoPayment amount identified above.

**PREMIER CASH REBATE POINT SUMMARY**

| | |
|---|---|
| Previous Rebate Point Balance | 5,000 |
| Bonus Rebate Points | 1,494 |
| Base Rebate Points on all Purchases | 2,442 |
| New Rebate Point Balance | 8,936 |

3,181 Rebates to expire on statement date in July 2009

Remember you earn one point for all your purchases plus an additional two points for common business purchases. Common business purchases include purchases made at gas stations, hardware stores, home improvement stores, office supply stores and restaurants.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 08/02 | 24445007215919751837071 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
| 08/02 | 24323017215541619013160 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 30.05 |
| 08/07 | 24223697221701730131091 | FLAME-PERSIAN CUISINE LOS ANGELES CA | | |
| 08/10 | 24761977222544944011292 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
| 08/11 | 24071057224987110425420 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
| 08/11 | 24072027224143911740300 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
| 08/12 | 24300157225980000288410 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
| 08/12 | 24492797225406001092109 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
| 08/13 | 24224437226258147200378 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
| 08/10 | 24122477225900011200697 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 941.78 |
| 08/14 | 24445007227933161298606 | FEDEX KINKO'S #1400 LOS ANGELES CA | | |
| 08/13 | 24323007226542208010201 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓ |
| 08/14 | 24492157226849435905212 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 12.95 |
| 08/14 | 24803907227701000001827667 | BOX CITY #3 LOS ANGELES CA | | |

**OSMIO**

PLEASE REMIT UPON RECEIPT TO:
Osmio, LLC
437 Madison Avenue, 33rd Floor
New York, NY 10022
Tel (US): (866) OSMIO76
Tel (UK): 0808-234-6818

| Invoice # | Date | Period |
|---|---|---|
| GTLA0707 | 8/3/2007 | 7/1/2007 - 7/31/2007 |

Greenberg Traurig
Attention: Helayne Schomberg
2450 Colorado Avenue
400 East
Santa Monica, CA 90404

ENTERED
AUG 1 4 2007
GT-MIAMI-A/P

101101431

| Order | Order Date | User | Client | Comment | Meeting Participants | Restaurants | Ordered | Billed |
|---|---|---|---|---|---|---|---|---|
| 571533 | 07/10/2007 | Francis, David | 900600-999971 | Elaine Schomberg Account Meeting | | Factor's Famous Deli Catering (CC/West LA) | $137.36 | $137.36 |
| 578026 | 07/12/2007 | Rapp, Cheryl | 999971-900600 | Ordered by Cheryl Rapp for Real Estate Mandatory Training Video | | Boardroom Catering | $207.66 | $207.66 |
| 578247 | 07/20/2007 | Francis, David | 999997-000106 | Hosting Breakfast Meeting / Mark Levingson 999997.000106 | | City Kitchen | $93.87 | $93.87 |
| 578823 | 07/11/2007 | Rapp, Cheryl | 999971-900600 | Order by Cheryl Rapp for Secretarial Lunch w/Steve Waldrop | Please put the tomatoes on the side, thank you! | Boardroom Catering | $368.87 | $368.87 |
| 578854 | 07/12/2007 | Francis, David | 900600-999971 | Secreterial Luncheon with Steve Waldrop | | Boardroom Catering | $331.67 | $331.67 |
| 579188 | 07/17/2007 | Francis, David | 999997-000106 | Hosting Breakfast Meeting / Mark Levingson 999997.000106 | | City Kitchen | $93.87 | $93.87 |
| 581492 | 07/19/2007 | Francis, David | 900600-999971 | Litigation Luncheon | | Boardroom Catering | $331.67 | $331.67 |
| 581831 | 07/16/2007 | Francis, David | 063805-000000 | no comments | | Maria's Italian Kitchen | $78.78 | $78.78 |
| 582701 | 07/17/2007 | Francis, David | 063805-000000 | Kim-Khue Bui....training session | | Tacone Catering (Century City) | $100.39 | $100.39 |
| 583462 | 07/19/2007 | Francis, David | 079637-013100 | Crowder, Angela J (client meeting) | 2450 Colorado Ave. suite 400E....going to conference room M | Boardroom Catering | $123.01 | $123.01 |
| 583585 | 07/19/2007 | Francis, David | 079637-013100 | Angela Crowder | | BTDAILY/Black Tie Catering & Events | $175.97 | $175.97 |
| 584219 | 07/19/2007 | Francis, David | 102741-010300 | Charles Berman | | Maria's Italian Kitchen | $73.88 | $73.88 |
| | | Francis, | 999997- | | | | | |

RECEIVED
A/P-MIA-GT

| 584650 | 07/20/2007 | David | 000140 | Pending | | Maria's Italian Kitchen | $62.22 | $62.22 |

**Invoice Total(s)** $2,179.22

**Remittance Information**

**Checks:**
Make payable to 'Osmio' and mail to:
437 Madison Avenue, 33rd Floor
New York, NY 10022

**Electronic (US):**
Osmio LLC
Bank of America
Acct #: 9476979593
Routing (Swift) #: 026009593

**Electronic (UK):**
Bank of America NA London
Sort Code: 165050
Swift Code: BOFAGB22

Beneficiary: Bank of America Private Domestic Deposit 5687
SWIFT CODE BOFAUS6SFCD
Beneficiary Bank Account : 600895687011

Beneficiary Customer: OSMIO LLC
Acct. number 11635003

To pay via credit card please e-mail billing@osmio.com. We accept Visa, MasterCard, Amex & Discover.

**Other Delivery/Viewing Options**

Export to Excel

E-Mail Recipients:
Invoice

☐ Attach Excel File

Send Mail

NECHOexpense

Page 1 of 1

## Expense Report Submission Summary



C051000257112070060

Spender Charles Berman     From Jul 16, 2007   To Jul 16, 2007     Reimbursement Amt 37.37 USD

Report name lunch with Expert witness

**Expense Report Information :**

| | | | |
|---|---|---|---|
| Number of expenses | 1 | Audit required | No |
| Number of receipts to submit | 1 | | |
| Number of VAT receipts | 0 | | |
| Number of lost receipts | 0 | | |

**Attach the transmittal sheet to your receipts and mail/fax to:**
Reimbursement Receipts - Doral Shared Services
8400 NW 36th Street, Ste 400
Miami, FL 33166
Email. gtlaw@kwiktag.com,

Fax number: (866) 758-9751

**Your Expense Report will be sent to the following approver(s):**
Mary K Joseph

**Please print a transmittal sheet and submit receipts for the following expenses:**

| Date | Expense Type | Region | Spent Amt | Approver |
|---|---|---|---|---|
| 7/16/07 | Business Meals | United St... | 37.37 USD | Mary K Joseph |

http://gt-necho/NechoExpenseWeb/expenseReport.do?method=printSubmissionSummary...     7/17/2007

UBT

*Charly Berman*
*Ken Rosenthal*

DAILY GRILL
2501 Colorado Ave
Santa Monica, CA 90049

Server: Alexei          DOB: 07/16/2007
01:44 PM                     07/16/2007
Table 64/1                  10/100013

AMEX                        5242892
Card #XXXXXXXXXXXX6006
Magnetic card present: BERMAN C
Approval: 530903

          Amount:      32.37
          + Tip:          27
          = Total:       37

X_____
Approval: 530903

          Quest Copy

102741/
010300