GREENBERG TRAURIG, LLP
MATTHEW S. STEINBERG (SBN 82969)
STEVE P. HASSID (SBN 219913)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: steinbergm@gtlaw.com; hassids@gtlaw.com

Attorneys for Defendants
Ultimate Blackjack Tour, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMJK, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> ULTIMATE BLACKJACK TOUR, LLC <br><br> Defendant. | CASE NO. C 3:07-CV-03236-BZ <br><br> [Assigned to the Hon. Bernard Zimmerman] <br><br> **NOTICE OF WITHDRAWAL OF ULTIMATE BLACKJACK TOUR LLC'S BILL OF COSTS** <br><br> Date Action Filed:   11/21/07 |

**TO ALL PARTIES AND THIS HONORABLE COURT:**

PLEASE TAKE NOTICE that pursuant to settlement regarding costs by and between the parties, Defendant Ultimate Blackjack Tour LLC hereby withdraws its bill of costs filed with this Court on November 21, 2007.

DATED: December 11, 2007           GREENBERG TRAURIG, LLP


By:_____/S/_____
MATTHEW S. STEINBERG
STEVE P. HASSID
Attorneys for Defendant
Ultimate Blackjack Tour, LLP

---

1

**NOTICE OF WITHDRAWAL OF ULTIMATE BLACKJACK TOUR LLC'S BILL OF COSTS**
LA127,113,983v1 102741010300

# CERTIFICATE OF SERVICE

I, hereby certify that on December 11, 2007, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF ULTIMATE BLACKJACK TOUR LLC'S BILL OF COSTS** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

DERGOSITS & NOAH LLP
Todd A. Noah (SBN 152328) (tnoah@dergnoah.com)
Paul K. Tomita (SBN 188096) (ptomita@dergnoah.com)
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

DATED: December 11, 2007                GREENBERG TRAURIG, LLP


By:_____/S/_____
MATTHEW S. STEINBERG
STEVE P. HASSID
Attorneys for Defendant
Ultimate Blackjack Tour, LLC